UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*******************************
In Re:                           *
                                 *    Chapter 7
Barry Wisner Chapin              *    Case No. 20-10324
   Debtor                        *
*******************************

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOW COMES Marcus Errico Emmer Brooks by and through Ellen A. Shapiro, and files this Notice of Appearance and Request for Service on behalf of the Board of Trustees of 32-34 Fairfield Condominium Trust, a creditor and party-in-interest, and pursuant to Bankruptcy Rules 2002, 9007 and 9010, Local Rule 12, and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the office and/or telephone number set forth below:

>Marcus Errico Emmer Brooks
>45 Braintree Hill Office Park, Suite 107
>Braintree, MA 02184
>Attn: Ellen A. Shapiro, Esquire
>Tel: (781) 843-5000
>Fax:(781) 843-1529
>eshapiro@meeb.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, any of the rights or interests of the Board of Trustees of 32-34 Fairfield Street Condominium Trust.

>Board of Trustees of
>32-34 Fairfield Street Condominium Trust
>MARCUS ERRICO EMMER BROOKS
>By its counsel,
>
>/s/ Ellen A. Shapiro
>Ellen A. Shapiro, Esq. (BBO#454000)
>eshapiro@meeb.com
>45 Braintree Hill Office Park, Suite 107
>Braintree, MA 02184

Dated: April 15, 2020            (781) 843-5000