# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
|  | )  **Chapter 7** |
| **BARRY WISNER CHAPIN,** | )  **Case No. 20-10324-JEB** |
|  | ) |
| **Debtor.** | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on April 15, 2020, I caused a copy of the *Notice of Telephonic Hearing* to be served via this Court's CM/ECF system on the parties listed on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: kcruickshank@murphyking.com

DATED: April 15, 2020
773361

**BARRY WISNER CHAPIN**
**Case No. 20-10324**
**SERVICE LIST**

**BY CM/ECF:**

- David G. Baker    bkaecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
- Christopher M. Condon    ccondon@murphyking.com, imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com
- Elizabeth Dailey    bd@dgandl.com, rjl@dgandl.com;mbd@dgandl.com;bs@dgandl.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Kevin Gaughen    kevingaughenjr@gaughenlane.com
- Dean Lennon    dlennon@meeb.com
- Reneau J. Longoria    rjl@dgandl.com, bd@dgandl.com;mbd@dgandl.com;bs@dgandl.com
- Richard T. Mulligan    mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Harold B. Murphy    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Richard B. Reiling    Reilinglaw@aol.com, richard@bottonereiling.com
- Ellen A. Shapiro    shapiro@goshlaw.com

772058