UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

_____
                                                )
In Re:                                          )
                                                )
Barry Wisner Chapin,            )         Chapter   7
                                                )         Case No.  20-10324-JEB
                    Debtor      )
_____)

# NOTICE OF RESCHEDULED HEARING ON CARLTON GARDENS CONDOMINIUM TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Please take notice that a Hearing on the Motion for Relief from Automatic Stay filed by Carlton Gardens Condominium Trust in the above-captioned matter has been **re-scheduled** for TELEPHONIC HEARING on **April 28, 2020 at 11:00 A.M**. before the Honorable Janet E. Bostwick, Bankruptcy Judge, at the J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109.

/s/ Dean T. Lennon
Dean T. Lennon, Esq.
BBO#668031
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000
dlennon@meeb.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN
DISTRICT OF MASSACHUSETTS

_____
)
In Re: )
)
Barry Wisner Chapin, ) Chapter 7
) Case No. 20-10324-JEB
Debtor )
_____)

## CERTIFICATE OF SERVICE

I, Dean T. Lennon, hereby certify on this 18th day April, 2020, I have served NOTICE OF HEARING ON THE CARLTON GARDENS CONDOMINIUM TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, by causing same to be electronically filed with the Court, and by causing a copy of the same to be mailed first class, postage prepaid, to any of the parties listed on the attached Service List, not noted as having received electronic service.

/s/ Dean T. Lennon
Dean T. Lennon, BBO# 668031
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
dlennon@meeb.com
(781) 843-5000

**SERVICE LIST**

Barry Wisner Chapin
34 Farfield Apt. 2
Boston, MA 02116
(Debtor)

David G. Baker
236 Huntington Avenue, Ste. 317
Boston, MA 02115
(617) 340-3680
(Debtor counsel)

Harold B. Murphy
Murphy & King, P.C.
One Beacon Street
Boston, MA 02108-3107
(Chapter 7 Trustee)

U.S. Trustee's Office
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Freedom Mortgage Corporation
907 Pleasant Valley Avenue
Mount Laurel, NJ 08054
Attn: Stanley Middleman, President

Town of Westborough Tax Collector
34 W. Main Street
Westborough, MA 01581

Internal Revenue Service Lien
Attn: IRS Advisory Group
7940 Kentucky Drive Stop 2850F
Florence, KY 41042

Massachusetts Department of Revenue Lien
Child Support Enforcement Division
100 Cambridge Street
Boston, MA 02114

David M. Ferris
325 Donald Lynch Blvd., Suite 200
Marlborough, MA 01752