

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* BARRY WISNER CHAPIN, Debtor | Ch. 7 <br> 20-10324-JEB |

### Order

**MATTER:**

#64 Motion filed by Trustee Harold B. Murphy for Sale of Property free and clear of liens under Section 363(f) Re: 225 NE 1st Street, No. 406, Delray Beach, Florida

The Court will hold a hearing on the Motion to Sell on **May 19, 2020 at 9:30 a.m.** Objections and higher offers shall be filed by **May 15, 2020 at 4:30 p.m.**

The Trustee shall serve the Motion to Sell and Notice of Sale on all creditors and interested parties, and parties having requested notice, by **April 23, 2020** and file a certificate of such service.

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 4/22/2020