Dated: 4/23/2020

No objections filed. The Chapter 7 Trustee's Application to employ Craig R. Jalbert and Verdolino & Lowey, P.C. as accountants is hereby granted. Payment of fees and expenses are subject to prior court approval pursuant to Section 330 of the Code.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: <br><br> BARRY WISNER CHAPIN, <br><br> Debtor. | ) <br> ) <br> )   **Chapter 7** <br> )   Case No.  20-10324-JEB <br> ) <br> ) <br> ) |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORITY
TO RETAIN VERDOLINO & LOWEY, P.C., AS ACCOUNTANTS**

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, respectfully requests authority to retain Craig R. Jalbert, CIRA and the firm of Verdolino & Lowey, P.C., as his accountants (collectively "V&L"), to assist in the performance of his duties as Trustee. In further support hereof, the Trustee states as follows:

**Background**

1. On February 4, 2020 (the "Petition Date"), the Debtor commenced a bankruptcy case by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code").

2. The Trustee is the duly appointed Chapter 7 Trustee of the Estate.

3. The Trustee hereby requests this Court's authority to retain Craig R. Jalbert, Certified Insolvency and Restructuring Advisor, and the firm of V&L as his accountants under a general retainer.

4. In connection with the trustee's recovery of assets of the estate, it is necessary to retain V&L in this proceeding as the liquidation of assets may have tax implications for the Estate. Accordingly, the Trustee requests authority to retain an accountant to:

   a. Complete necessary federal and state tax returns;