# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | )  **Chapter 7** |
| **BARRY W. CHAPIN,** | )  Case No.  20-10324-JEB |
| | ) |
| **Debtor.** | ) |
| | ) |

## ASSENTED TO MOTION BY CHAPTER 7 TRUSTEE TO CONTINUE APRIL 28, 2020 HEARINGS ON (I) MOTION FOR RELIEF FROM STAY FILED BY FREEDOM MORTGAGE CORPORATION AND (II) MOTION OF THE CARLTON GARDENS CONDOMINIUM TRUST FOR RELIEF FROM STAY
*(Request for Emergency Determination)*

Harold B. Murphy, Chapter 7 trustee (the "Trustee") of the above referenced debtor (the "Debtor"), hereby request that the Court continue the hearings on the (1) *Motion for Relief From Stay Filed by Freedom Mortgage Corporation* [doc. no. 22]*;* and (2) *Motion of the Carlton Gardens Condominium Trust for Relief From Stay* [doc. no. 28] (collectively, the "Motions") scheduled for April 28, 2020 at 11:00 a.m. for a period of approximately two weeks, or to such date as may be convenient to the Court.

As grounds therefore, the Trustee states that each of the Motions seek relief with request to the property located at 147 Milk Street, Unit No. 15, Carlton Gardens Condominium, Westborough, MA 01581 (the "Real Property"). The Trustee has consulted with a real estate broker regarding the marketing and sale of the Real Property and is coordinating to arrange to for the broker to access and view the Real Property.  Freedom Mortgage Corporation and Carlton Gardens Condominium Trust have each agreed to a two week continuance of the hearings on the Motions.  The Debtor, who has filed an objection with regard to the Motions, has also agreed to the continuance.

**Request for Emergency Determination**

Pursuant to MLBR 9013-1(g), because the hearings on Motions are scheduled for tomorrow, emergency determination is requested. No party will be prejudiced by the requested relief.

WHEREFORE, based upon the foregoing, the Trustee requests that the Court enter an order continuing the hearings on the Motions for a period of two weeks or to such date as may be convenient to the Court, and granting such further relief as the Trustee deems just and proper.

Respectfully Submitted,

HAROLD B. MURPHY,
CHAPTER 7 TRUSTEE

By his counsel,

/s/ *Kathleen R. Cruickshank*
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Email: kcruickshank@murphyking.com

Dated: April 27, 2020

771282