UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Case No. 20-10324 JEB |
| Barry Wisner Chapin | Chapter 7 |
| Debtor | |

### CERTIFICATE OF SERVICE

    I, Kevin W. Gaughen, Jr., state that on **April 27, 2020**, I electronically filed the attached Notice of Telephonic Hearing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served the attached document on the following CM/ECF participants:

David G. Baker, Esq. for the Debtor
John Fitzgerald, Assistant US Trustee
Harold B. Murphy, Esq.
Kathleen Cruickshank, Esq.
Christopher M. Condon, Esq.
Richard B. Reiling, Esq.
Dean Lennon, Esq.
Richard T. Mulligan, Esq.
Elizabeth Dailey, Esq.
Reneau J. Longoria, Esq.
Ellen A. Shapiro, Esq.

I further certify that, I will mail on this date by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants as shown on the following pages.

**April 27, 2020**　　　　　　　　　　　　　　Respectfully Submitted,
**Hingham Institution for Savings**,
By its attorneys,
Gaughen, Gaughen, Lane & Hernando, LLP

    /s/ Kevin W. Gaughen, Jr.
Kevin W. Gaughen, Jr. BBO #670458
528 Broad Street Weymouth, MA 02189
P (781) 335-0374
F (781) 340-6315
kevingaughenjr@gaughenlane.com

Mr. Barry W. Chapin
34 Fairfield Street, Unit 2
Boston, MA 02116

David G. Baker, Esq.
236 Huntington Avenue, Ste 317
Boston, MA 02115

Harold B. Murphy
Murphy & King, PC
One Beacon Street
Boston, MA 02108-3107

City of Boston
Treasurer/Collector of Taxes
1 City Hall Square
Boston, MA  02201-2004

David M. Ferris
325 Donald Lynch Blvd.
Suite 200
Marlboro, MA 02116

Internal Revenue Service
7940 Kentucky Drive
Stop 2850F
Florence, KY 41042

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mass Department of Revenue
Child Support Enforcement Division
100 Cambridge Street
Boston, MA  02114

Mass Department of Revenue
P.O. Box 7003
Boston, MA  02204

Mass Department of Revenue
Attn: Tax Lien Dept.
100 Cambridge Street
Boston, MA  02114