## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

U.S. BANKRUPTCY COURT

IN RE:

**CASE NO.: 20-10324**  2020 APR 30  A 10: 35
Chapter: 7

BARRY WISNER CHAPIN
xxx-xx-6215

DEBTOR

_____ /.

## BACKER ABOUD POLIAKOFF & FOELSTER, LLP'S, MOTION TO APPEAR PRO HAC VICE ON BEHALF OF CREDITOR, OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC. AND CERTIFICATE OF ATTORNEY

Backer Aboud Poliakoff & Foelster, LLP, counsel to Creditor, OCEAN CITY LOFTS

CONDOMINIUM ASSOCIATION, INC., hereafter referred to as "Association," moves the

Court for an Order authorizing it to appear pro hac vice on behalf of the Association and, as

grounds therefore, states:

1.    Association is a Florida condominium association and a corporation not-for-profit

pursuant to Chapters 718 and 617, Fla. Stat.

2.    Debtor had previously owned a condominium unit located at 185 NE 4th Ave.,

Unit 210, Delray Beach, FL 33483 in the Association's condominium community, hereafter

referred to as "Subject Unit."

3.    Debtor lost his right to redeem the unit in the context of the Association's State

Court lien foreclosure action to collect delinquent condominium association assessments filed in

Case No. 502019CA003451XXXXMB in the Circuit Court in the 15th Judicial Circuit in and for

Palm Beach County, Florida and the property was sold to a third party high bidder, 104 Andover

Court, LLC, at the Association's lien foreclosure sale; however, Debtor has erroneously

indicated in his schedules filed herein (ECF No. 23) that he remains the record owner of the

Subject Unit.

4.     The Association desires to appear in these proceedings to protect its interests.

5.     Undersigned counsel certifies that he is a member of and in good standing with The Florida Bar.

6.     Undersigned counsel certifies that he has been admitted to practice in the United States District Court for the Southern and Middle Districts of Florida and that his admission is in good standing.

7.     Undersigned counsel certifies that there are no disciplinary proceedings pending against undersigned counsel as a member of the bar in any jurisdiction in which he is admitted.

8.     Undersigned counsel certifies that he is familiar with the Local Rules of the Court;

9.     Undersigned counsel certifies that he has paid the applicable pro hac vice fee. A true and correct copy of the proof of payment is attached hereto as Exhibit "A."

WHEREFORE, BACKER ABOUD POLIAKOFF & FOELSTER, LLP and Ryan M. Aboud, Esq., respectfully requests that the Court grant this Motion and authorize them to appear pro hac vice on behalf of Creditor, OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC.

(This space intentionally left blank)

I, Ryan M. Aboud, Esq., certify that I filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Backer Aboud Poliakoff & Foelster and Creditor, OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC. and that copies were served upon the parties via regular U.S. Mail as indicated on the Creditor Matrix attached hereto as Exhibit "B" this 29th day of April, 2020.

Respectfully Submitted,
Backer Aboud Poliakoff & Foelster, LL
The Arbor Suite 420
400 S. Dixie Highway
Boca Raton FL 33432
(561) 361-8535 Voice
(561) 361-3491 Fax
By:/s/Ryan M. Aboud, Esq.
FBN: 27366
Email: RAboud@BAPFLaw.com
Counsel for OCEAN CITY LOFTS
CONDOMINIUM ASSOCIATION, INC.

Exhibit "A"

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### U.S. Bankruptcy Court Pro Hac Vice Fees

**Pro Hac Vice Fees Successfully Collected**

You have successfully completed your payment for the Pro Hac Vice fees on behalf of the
United States Bankruptcy Court for the District of Massachusetts

| | |
|---|---|
| Receipt Number: | phv-16548-1588187040 |
| Bankruptcy Case Number: | 20-10324 |
| Case Name: | Barry Wisner Chapin |
| Attorney Name: | Ryan M Aboud |
| Street Address: | 400 South Dixie Highway Suite 420 |
| City, State Zip Code: | Boca Raton   FL   33432 |
| Email Address: | RAboud@BAPFLaw.com |
| Payment Date: | Wed Apr 29 15:06:53 EDT 2020 |

**Notice: The U. S. Bankruptcy Court will be notified of your payment status within 24 hours.
You will receive an email confirmation when they have been notified.**

Return To U.S. Bankruptcy Court Website

Label Matrix for local noticing
0101-1
Case 20-10324
District of Massachusetts
Boston
Wed Apr 29 15:17:41 EDT 2020

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

AmSher Collection Services, Inc.
4524 Southlake Pkwy Ste. 15
Birmingham, AL 35244-3271

American Express National Bank, AENB
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

Bank Of The West
13505 California Street
Omaha, NE 68154-5247

City of Boston
Treasury Dept. Bankruptcy Coordinator
One City Hall Plaza
Boston, MA 02201-1020

Columbus B&T/Synovus B
PO Box 120
Columbus, GA 31902-0120

Delray Beach Tax Collector
301 S. Congress Avenue
Delray Beach, FL 33445-4620

Ferris Development
325 Donald Lynch Blvd. #200
Marlborough, MA 01752-4711

Freedom Mortgage
PO Box 50485
Indianapolis, IN 46250-0485

Board of Trustees of 32-34 Fairfield Street
c/o Ellen A. Shapiro, Esquire
Marcus Errico Emmer Brookes
45 Braintree Hill Office Park
Suite 107
Braintree, MA 02184-8740

32-34 Fairfield Street Condo. Assn
c/o Modica Associates
131 Park Drive
Boston, MA 02215-5171

American Express
PO Box 981537
El Paso, TX 79998-1537

Ariana Fajardo Orshan, Esq.
99 NE 4th Street
Miami, FL 33132-2131

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Claire Chapin
25 Olde Coach Road
Westborough, MA 01581-3106

Comcast
One Comcast Center
Philadelphia, PA 19103-2899

Dennis M. Bottone, Esq.
Bottone
Reiling
63 Atlantic Avenue 3rd Floor
Boston, MA 02110-3752

Ferris Development Group, LLC
325 Donald Lynch Blve Ste 200
Marlborough, MA 01752-4711

Gaughen, Gaughen, Lane & Hernando, LLP
528 Broad Street
East Weymouth, MA 02189-1303

Hingham Institution for Savings
55 Main St
Hingham, Ma 02043-2590

AT&T
4331 Communications Dr. Flr 4W
Dallas, TX 75211-1300

American Express National Bank
c/o Zwicker and Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008

Astor Condo Assoc. Inc.
c/o First Service Residential
2590 N. 28th Terr.
Hollywood, FL 33020

Carlton Gardens Condo. Assoc.
c/o Northborough Property Management
27 South Street
Northborough, MA 01532-2664

Claire M. Chapin
25 Olde Coach Rd.
Westboro, MA 01581-3106

Constantine Karnis
40 Tilegate Gld
Fairport, NY 14450-1718

Eversource Electric
300 Cadwell Drive
Springfield, MA 01104-1742

Floridian Community Bank
14235 US Highway One
June Beach, FL 33408-1405

Houssam Alkoury, DMD
Simply Orthodontics
77 W. Main Street #209
Hopkinton, MA 01748-1663

nternal Revenue Service
O Box 7346
hiladelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
c/o Robertson, Anschutz & Schneid,
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853


oanne Graf
/o Ross B. Gampel, Esq.
728 Coral Way, Ste 700
tiami, FL 33145-2794

Keith F. Backer, Esq.
Backer Aboud Poliakoff & Foelster
400 South Dixie Highway
Boca Raton, FL 33432-5518

Linda Reyes-Flores
c/o Dennis Bottone, Esq.
63 Atlantic Avenue 3rd Floor
Boston, MA 02110-3752


oanCare LLC
637 Semtara Way ste 303
irginia Beach, VA 23452-4262

MDOR Child Support Unit
100 Cambridge Street
Boston, MA 02114-2509

Mark Schupara
40 Battery St, PH 4
Boston, MA 02109-1906


lass. Dept. of Revenue Attn: Bankruptcy Unit
.O. Box 9564
oston, MA 02114-9564

Massachusetts Dept of Revenue
PO Box 9564
Boston, MA 02114-9564

National Grid
300 Erie Boulevard West
Syracuse, NY 13202-4250


lational grid
ttn; Christophewr Aronson, Esq.
O Sylvan Road
altham, MA 02451-1120

Ocean City Lofts
c/o First Service Residential
1855 Griffin Road, Ste A-330
Dania, FL 33004-2365

Pamela M. Jonah, Esq.
Marcus, Errico, Emmer & Brooks PC
45 Braintree Hill Office Park Ste 107
Braintree, MA 02184-8740


adosveta Rizzo
495 Graud Est. Way
oca Raton, FL 33496-1027

Synovus Bank
c/o Thompson, O'Brien, Kemp and Nas
40 Technology Parkway South Suite 300
Peachtree Corners, GA 30092-2924

Synovus Bank/Dovenmuele Mortgage
1 Corporate Dr. Ste. 360
Lake Zurich, IL 60047-8945


own of Westborough
4 West Main Street
lestborough, MA 01581-1998

Barry Wisner Chapin
34 Farfield Apt. 2
Boston, MA 02116-2587

Craig R. Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035-1368


avid G. Baker
36 Huntington Avenue, Ste. 317
oston, MA 02115-4701

Harold B. Murphy
Murphy & King, P.C.
One Beacon Street
Boston, MA 02108-3107

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


PMCB Card
O Box 15369
lilmington, DE  19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Carlton Gardens Condominium Trust

(u)Freedom Mortgage Corporation

(d)Hingham Institution for Savings
55 Main Street
Hingham, MA 02043-2590

u)Linda Reyes-Flores

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57