UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:  

Chapter 13
Case No.: 20-10324

CHAPIN, BARRY,
Debtor

## NOTICE OF APPEARANCE

Please note the Appearance of Andrew W. Evans, at the following address: Evans & Evans, P.C., 7 Essex Green Drive, Suite 5, Peabody, MA 01960, as counsel to the creditor JOANNE GRAF.

  The undersigned hereby requests receipt of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted electronically, or otherwise, which affect the Debtor or the property of the Debtor or property of the Debtors' bankruptcy estate, by any party in the above-captioned case.

        Respectfully submitted,

5/1/2020      Joanne Graf
         By her attorney:

         /s/ Andrew W. Evans
         _____
         Andrew W. Evans
         Evans & Evans, P.C.
         7 Essex Green Drive, Suite 5
         Peabody, MA 01960
         (978) 548-5174
         BBO#: 556403

## **CERTIFICATE OF SERVICE**

      I, Andrew W. Evans hereby certify that on the below date I caused a copy of the within Notice of Appearance to be served upon the following parties by mailing the same by first class mail, postage prepaid, unless some other form of service is indicated:

VIA ECF:

Harold Murphy, Esq., Chapter 7 Trustee
David Baker, Esq., attorney for Debtor
U.S. Trustee's Office

5/1/2020

                                                /s/ Andrew W. Evans
                                                Andrew W. Evans, Esq.
                                                Evans & Evans, P.C.
                                                7 Essex Green Drive
                                                Suite #5
                                                Peabody, MA 01960