UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| BARRY W. CHAPIN ) | Chapter 13 |
| ) | Case No: 20-10324-JEB |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
BY THE COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Bankruptcy Rule 9010(b) and Massachusetts Local Bankruptcy Rules ("MLBR") 9010-3, please enter the appearance of the undersigned attorney for creditor and party-in-interest, Geoffrey E. Snyder, as he is Commissioner of the Massachusetts Department of Revenue ("MDOR"). Further, in accordance with MLBR Rule 9010-3(c), the undersigned hereby requests to receive copies of all notices and pleadings.

John B. O'Donnell (BBO # 673351)
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
P.O. Box 9565
100 Cambridge Street, 7th Floor
Boston, MA  02114
TEL. NO.: (617) 626-3869
E-MAIL: odonnellj@dor.state.ma.us

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

                                                                        **Respectfully submitted,**

**Dated: May 1, 2020**                      **GEOFFREY E. SNYDER**
                                                                  **COMMISSIONER**
                                                                  **MASSACHUSETTS DEPARTMENT OF REVENUE**

                                                                 **By his attorneys,**

                                                                 **MAURA HEALEY**
                                                                 **ATTORNEY GENERAL OF MASSACHUSETTS**

                                                                **Kevin W. Brown, General Counsel**
                                                               **Special Assistant Attorney General**


                                                                */s/ John B. O'Donnell*
                                                                John B. O'Donnell
                                                                BBO #: 673351
                                                                Counsel to the Commissioner
                                                                Massachusetts Department of Revenue
                                                                Litigation Bureau
                                                                100 Cambridge Street, P.O. Box 9565
                                                                Boston, Ma 02114
                                                                Tel: (617) 626-3869
                                                                **Email: odonnellj@dor.state.ma.us**

## CERTIFICATE OF SERVICE

    I, John B. O'Donnell, hereby certify that on this 1st day of May, 2020, I have caused to be served a true and accurate copy of the within document, by electronic notification (EN) upon all parties who have requested electronic notice in this case.


                                                                 */s/ John B. O'Donnell*
                                                                John B. O'Donnell