UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In Re: \* | |
| \* | Chapter 7 |
| Barry Wisner Chapin \* | Case No. 20-10324 |
| Debtor \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF BOARD OF TRUSTEES OF 32-34 FAIRFIELD STREET CONDOMINIUM TRUST FOR RELIEF FROM AUTOMATIC STAY

Now comes Creditor, Board of Trustees of 32-34 Fairfield Street Condominium Trust (hereinafter "Creditor") and moves this Honorable Court for relief from the automatic stay provisions of 11 U.S.C. Section 362(1) and makes application for permission to proceed in rem for the debt against the Unit to establish rights of priority in the security and to enforce its secured rights in the collateral. In support of this motion, Creditor states as follows:

1. On February 4, 2020, the Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code for the District of Massachusetts.

2. Creditor/Movant is the Managing Board of a condominium association which association is the organization of unit owners of 32-34 Fairfield Street Condominium (the "Condominium"), a Condominium duly established pursuant to Massachusetts General Laws Chapter 183A by the recording of a Master Deed in the Suffolk County Registry of Deeds.

3. Debtor is the owner of a unit known as Unit 34-2, 32-34 Fairfield Street Condominium, 32 Fairfield Street, Boston, Massachusetts in the Condominium.

4. Creditor/Movant is the holder of a statutory lien for unpaid common area assessments attributable to the Unit pursuant to Massachusetts General Laws Chapter 183A, §6, which lien arises as of the date of the recording of the Master Deed.

5. Accordingly, Creditor's lien is a statutory lien which is not subject to avoidance pursuant to 11 U.S.C. §545.

6. Said lien has a limited priority over the first mortgage to the extent of six months prior to the institution of an action; thereafter, except for municipal obligations and the mortgage, the lien is superior to all other encumbrances on the unit.

7. As of the date of the filing of this Motion, approximately, $1,830.00 is due and owing on the Unit, exclusive of attorney's fees and costs incurred in connection with the filing of this motion.

8. According to the Debtor's schedules, at the time of the filing of this case, there are approximately the following encumbrances on the subject property:

| Name of Creditor | Type of Lien | Amount Owed |
| --- | --- | --- |
| Hingham Institute for Savings | First Mortgage | $523,381.00 |
| 32-34 Fairfield Street Condominium | Statutory Lien | $ 1,830.00 |
| Total Secured Encumbrances | | $525,211.00 |

The Debtor has listed the City of Boston as having a secured claim but does not list the amount of the claim. The Debtor has listed on "Schedule E/F: Creditors who Have Unsecured Claims", the Internal Revenue Service with a claim in the amount of $327,000.00 and the Massachusetts Department of Revenue with a claim in the amount o $25,000.00. In addition, according to the records at the Suffolk Registry of Deeds, there is a Notice of Child Support Lien recorded on May 31, 2019 by the Massachusetts Department of Revenue in the amount of $41,307.50.

9. According to the Debtor's schedules, at the time of the filing of this case, the fair market value of the subject property is $813,700.00. In Movant's opinion, the liquidation value of the subject property would be $760,618.44, calculated as the fair

market value less a reasonable realtor's fee of $48,822.00 (6%); deed stamps ($3,709.56) and anticipated costs incurred for a real estate closing of $550.00.

10. Annexed hereto is a ledger for Debtor's unit account.

11. As a result of this motion, attorney's fees of approximately $550.00 and costs in the amount of $181.00 have accrued in addition to the amount set forth in Paragraphs 7 and 8 above. This figure may increase as additional attorney's fees and costs continue to accrue.

12. The total post-petition arrearage through the anticipated hearing on this motion would also include all additional monthly common area assessments currently in the amount of $328.00 with a monthly late fee charge of $25.00. Pursuant to Massachusetts General Laws Chapter 183A, §6, the post-petition arrearage would also include any additional expenses, attorney's fees and costs that accrue from the date of the filing of this motion through the date of the hearing.

13. The Debtor has stated that he intends to retain his interest in the Unit.

14. Debtor has filed a Declaration of Homestead with the Registry in Book 55381, Page 304.

15. Creditor/Movant is seeking relief from the automatic stay solely for the purpose of establishing its priority lien **in rem** in state court.

16. The First Mortgagee has filed a Motion for Relief which, if allowed, and subsequently moves to foreclose on the unit at such time as the moratorium on foreclosures is lifted, Creditor will have lost its priority position if it has not established the same through the statutory process set forth in Massachusetts General Laws Chapter 183A, §6.

WHEREFORE, the Board of Trustees of 32-34 Fairfield Street Condominium Trust respectfully requests that this Court enter an Order:

1. Granting the Board of Trustees of 32-34 Fairfield Street Condominium Trust relief from the automatic stay to allow the 32-34 Fairfield Street Condominium to exercise its rights as a Massachusetts Condominium Association under State Law; and

2. Providing such other relief as is just and equitable.

BOARD OF TRUSTEES OF 32-34 FAIRFIELD STREET
CONDOMINIUM TRUST
By its counsel,

/s/ *Ellen A. Shapiro*
Ellen A. Shapiro, Esquire (BBO#454000)
eshapiro@meeb.com
Marcus, Errico, Emmer & Brooks, PC
45 Braintree Hill Office Park, Suite 107
781-843-5000

Dated: April 30, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re:      \*      Chapter 7
Barry Wisner Chapin      \*      Case No. 20-10324
    Debtor      \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING BOARD OF TRUSTEES OF 32-34 FAIRFIELD STREET CONDOMINIUM TRUST'S RELIEF FROM THE AUTOMATIC STAY

Upon the Motion by the Board of Trustees of 32-34 Fairfield Street Condominium Trust for Relief from Automatic Stay, which Motion came before me, and after due and proper notice was given, and after full consideration, it is hereby ORDERED:

The Board of Trustees of 32-34 Fairfield Street Condominium Trust is hereby granted immediate relief from the automatic stay provisions of 11 U.S.C. §362(a) to exercise its rights and remedies in rem as a Massachusetts Condominium Association under applicable law, to establish its priority statutory lien on the certain property known as **32 Fairfield Street, Unit 34-2, 32-34 Fairfield Street Condominium, Boston, Massachusetts 02116**.

Dated: _____
                                            Honorable
                                            U.S. Bankruptcy Judge

## Owner Ledger

Barry Chapin
34 Fairfield Street, #2
Boston, MA  02116

Date: 04/30/20
Owner Code: 34-02
Property: 03
Unit: 34-02
Status: Current
Fees: 328.00
Deposit: 0.00
Move In Date: 12/01/15
Move Out Date:
Due Day: 1
Tel# (O): (508) 616-9660
Tel# (H): (508) 662-9600

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 1,274.00 |
| 01/01/19 | Fees | 328.00 | | 1,602.00 |
| 01/02/19 | chk# 6626  Reversed by ctrl#287433 | | 262.00 | 1,340.00 |
| 01/11/19 | Returned check charge | 20.00 | | 1,360.00 |
| 01/11/19 | Returned check charge | 20.00 | | 1,380.00 |
| 01/11/19 | chk# 6606  NSF receipt Ctrl# 285009 | | -262.00 | 1,642.00 |
| 01/11/19 | chk# 6626  NSF receipt Ctrl# 286791 | | -262.00 | 1,904.00 |
| 01/16/19 | Late Fee | 25.00 | | 1,929.00 |
| 02/01/19 | Fees | 328.00 | | 2,257.00 |
| 02/18/19 | Late Fee | 25.00 | | 2,282.00 |
| 03/01/19 | Fees | 328.00 | | 2,610.00 |
| 03/05/19 | chk# 6666  Reversed by ctrl#291836 | | 262.00 | 2,348.00 |
| 03/12/19 | Returned check charge | 20.00 | | 2,368.00 |
| 03/12/19 | chk# 6666  NSF receipt Ctrl# 290909 | | -262.00 | 2,630.00 |
| 03/18/19 | Late Fee | 25.00 | | 2,655.00 |
| 04/01/19 | Fees | 328.00 | | 2,983.00 |
| 04/01/19 | chk# 6682 | | 262.00 | 2,721.00 |
| 04/16/19 | Late Fee | 25.00 | | 2,746.00 |
| 05/01/19 | Fees | 328.00 | | 3,074.00 |
| 05/16/19 | Late Fee | 25.00 | | 3,099.00 |
| 06/01/19 | Fees | 328.00 | | 3,427.00 |
| 06/06/19 | Legal Fee - Shapiro invoice #55070 | 395.00 | | 3,822.00 |
| 06/11/19 | Legal Fee - Shapiro pre-bill worksheet | 150.00 | | 3,972.00 |
| 06/13/19 | chk# 347962 | | 3,972.00 | 0.00 |
| 07/01/19 | Fees | 328.00 | | 328.00 |
| 07/01/19 | chk# 6718  Reversed by ctrl#300819 | | 262.00 | 66.00 |
| 07/16/19 | Late Fee | 25.00 | | 91.00 |
| 07/17/19 | Returned check charge | 20.00 | | 111.00 |
| 07/17/19 | chk# 6718  NSF receipt Ctrl# 299107 | | -262.00 | 373.00 |
| 08/01/19 | Fees | 328.00 | | 701.00 |
| 08/16/19 | Late Fee | 25.00 | | 726.00 |
| 09/01/19 | Fees | 328.00 | | 1,054.00 |
| 09/16/19 | Late Fee | 25.00 | | 1,079.00 |
| 10/01/19 | Fees | 328.00 | | 1,407.00 |
| 10/08/19 | Legal Fee - Shapiro invoice #56091 | 120.00 | | 1,527.00 |
| 10/16/19 | Late Fee | 25.00 | | 1,552.00 |
| | | | | CONTINUED |

## Owner Ledger

| | |
|---|---|
| Date: | 04/30/20 |
| Owner Code: | 34-02 |
| Property: | 03 |
| Unit: | 34-02 |
| Status: | Current |
| Fees: | 328.00 |
| Deposit: | 0.00 |
| Move In Date: | 12/01/15 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O) | (508) 616-9660 |
| Tel# (H) | (508) 662-9600 |

Barry Chapin
34 Fairfield Street, #2
Boston, MA  02116

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 1,552.00 |
| 11/01/19 | Fees | 328.00 | | 1,880.00 |
| 11/07/19 | Legal Fee - Shapiro invoice #56364 | 300.00 | | 2,180.00 |
| 11/15/19 | Late Fee | 25.00 | | 2,205.00 |
| 12/01/19 | Fees | 328.00 | | 2,533.00 |
| 12/02/19 | chk# 6796  Reversed by ctrl#312360 | | 262.00 | 2,271.00 |
| 12/03/19 | Legal Fee - Shapiro invoice #56645 | 150.00 | | 2,421.00 |
| 12/10/19 | Legal Fee - Shapiro wrap up fee (invoice | 200.00 | | 2,621.00 |
| 12/12/19 | chk# 356111 | | 2,530.00 | 91.00 |
| 12/13/19 | Returned check charge | 20.00 | | 111.00 |
| 12/13/19 | chk# 6796  NSF receipt Ctrl# 311337 | | -262.00 | 373.00 |
| 12/30/19 | chk# 6803  Reversed by ctrl#312472 | | 262.00 | 111.00 |
| 12/31/19 | Returned check charge | 20.00 | | 131.00 |
| 12/31/19 | chk# 6803  NSF receipt Ctrl# 312434 | | -262.00 | 393.00 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 393.00 | 393.00 |

# Statement

Prepared By: Modica Associates
131 Park Drive #G1
Boston, MA 02215

| Statement Period | Statement Date |
|---|---|
| 12/31/2019 - 4/1/2020 | 4/30/2020 |

Page 1

Barry Chapin
34 Fairfield Street, #2
Boston, MA 02116

| Deposits Held | Previous Balance | Balance Due |
|---|---|---|
| $0.00 | $0.00 | $1,730.00 |

Account number 00378930
32-34 Fairfield Street Condominium - 34-02

## Statement

| Date | Memo | Increase | Decrease | Balance |
|---|---|---|---|---|
| 12/31/2019 | Balance Forward - Condominium Fee | $262.00 | | $262.00 |
| 12/31/2019 | Balance Forward - legal fees | $91.00 | | $353.00 |
| 12/31/2019 | Balance Forward - Bank Fees | $40.00 | | $393.00 |
| 1/1/2020 | Association fee | $328.00 | | $721.00 |
| 2/1/2020 | Association fee | $328.00 | | $1,049.00 |
| 2/19/2020 | Late Fee | $25.00 | | $1,074.00 |
| 3/1/2020 | Association fee | $328.00 | | $1,402.00 |
| 4/1/2020 | Association fee | $328.00 | | $1,730.00 |
| 4/15/2020 | Draft & file Notice of Appearance and Request for Service | $100.00 | | $1,830.00 |
| 4/30/2020 | Draft & file Motion for Relief from Automatic Stay | $550.00 | | $2,380.00 |
| 4/30/20 | Filing Fee for Motion for Relief | $181.00 | | $2,561.00 |

Date: 05/01/2020                    Tabs3 Detail Work-In-Process Report                    Page: 1
MARCUS, ERRICO, EMMER & BROOKS, P.C.

Primary Timekeeper: 32 Ellen Shapiro

**Client: 6020.001   32-34 Fairfield Street Condominium Trust, Boston, M**   32-34 Fairfield      Contact: Modica Associates
**CHAPIN, BARRY UNIT 2**      Email: team@modicaassociates.com

| | | | |
|---|---|---|---|
| Primary Timekeeper: | 32 EAS | Category: | 1 UNASSIGNED |
| Secondary Timekeeper: | 1 | Draft Template: | Draft |  Rate Code: 1 |
| Originating Timekeeper: | 33 GS | Final Template: | Final | Date Opened: 04/20/2020 |
| Previous Balance: | 0.00 | | |

| Date | Tmkr | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | | | | | | | | |
| 04/21/2020 | 32 EAS | 1 | | | | 8 | | 281 | 1 | 0.00 | | 0.00 | 0.00 | | 125.00 | 125.00 | Draft Notice of Appearance and Request for Notice. File same with Bankruptcy Court and serve parties. |
| 04/30/2020 | 32 EAS | 1 | | | | 8 | | 229 | 2 | 0.00 | | 0.00 | 0.00 | | 550.00 | 550.00 | Review bankruptcy schedules, review account history, Prepare and file with Bankruptcy Court with service on parties, Draft Motion for Relief from Automatic Stay |
| Billable Total: | 32 Ellen Shapiro | | | | | | | | | | | 0.00 | 0.00 | | 675.00 | | |
| Fee Write-Up: | | | | | | | | | | | | | | 0.00 | | 675.00 | |
| **Total Billable Fees** | | | | | | | | | | | | 0.00 | 0.00 | | 675.00 | | |
| Total Fee Write-Up | | | | | | | | | | | | | | 0.00 | | 675.00 | |
| **Expenses** | | | | | | | | | | | | | | | | | |
| 05/01/2020 | 32 EAS | | | | | | | 712 | 1 | | | | | | 181.00 | | Bankruptcy filing fee for Motion for Relief |
| **Total Billable Expenses** | | | | | | | | | | | | | | | 181.00 | | |

**RECAP**

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 675.00 | | | | |
| Expenses: | 181.00 | Previous Balance: | 0.00 | | |
| Advances: | 0.00 | Payments/Credits: | 0.00 | | |
| **Total WIP:** | 856.00 | **Balance Due:** | 0.00 | **Total:** | 856.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Friday 05/01/2020 3:16

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*****************************
   In Re:                           *
                                    *   Chapter 7
                                    *   Case No. 20-10324
   Barry Wisner Chapin              *
   Debtor                           *
*****************************
```

CERTIFICATE OF SERVICE

I, Ellen A. Shapiro, attorney for the Board of Trustees of 32-34 Fairfield Street Condominium Trust hereby certify that on April 30, 2020, I electronically filed the foregoing Motion of Board of Trustees of 32-34 Fairfield Street Condominium Trust for Relief from Automatic Stay with the United States Bankruptcy Court of the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CM/ECF participants:

David G. Baker, Esquire on behalf of the Debtor at david@bostonbankruptcy.com
Christopher M. Condon, Esquire on behalf of Harold B. Murphy at ccondon@murphyking.com
Kathleen R. Cruickshank, Esquire on behalf of Harold B. Murphy at kcruickshank@murphyking.com
Elizabeth Dailey, Esquire on behalf of Freedom Mortgage Corporation at bd@dgandl.com
Kevin Gaughen, Jr., Esquire on behalf of Hingham Institute for Savings at kevingaughenjr@gaughenlane.com
Dean Lennon, Esquire on behalf of Carlton Gardens Condominium at dlennon@meeb.com
Reneau J. Longoria, Esquire on behalf of Freedom Mortgage Corporation at rjl@dgandl.com
Richard T. Mulligan, Esquire on behalf of Freedom Mortgage Corporation at mabk@harmonlaw.com
Richard B. Reiling, Esquire on behalf of Linda Reyes-Flores at Reilinglaw@aol.com
Harold B. Murphy, Esquire at bankruptcy@murphyking.com
John Fitzgerald, Esquire at USTPRegion01.BO.ECF@USDOJ.GOV

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants as listed on the attached Notice List.

Board of Trustees of
32-34 Fairfield Street Condominium Trust
MARCUS ERRICO EMMER BROOKS
By its counsel,

/s/ *Ellen A. Shapiro*
Ellen A. Shapiro, Esq. (BBO#454000)
eshapiro@meeb.com
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000

NOTICE LIST

City of Boston
Treasury Department
Bankruptcy Coordinator
One City Hall Plaza
Boston, MA 02201

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

MDOR Child Support Unit
100 Cambridge Street
Boston, MA 02114-2509

Massachusetts Department of Revenue
PO Box 9564
Boston, MA 02114-9564

Barry Wisner Chapin
34 Fairfield Street, Apt. 2
Boston, MA 02116-2587

                Board of Trustees of
                32-34 Fairfield Street Condominium Trust
                MARCUS ERRICO EMMER BROOKS
                By its counsel,

                /s/ Ellen A. Shapiro
                Ellen A. Shapiro, Esquire
                eshapiro@meeb.com
                BBO#454000
                45 Braintree Hill Office Park, Suite 107
                Braintree, MA 02184
Dated:  April 30, 2020        (781) 843-5000