UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Barry W. Chapin,<br>Debtor | Case No. 20-10324-JEB<br>Chapter 7 |

CERTIFICATE OF SERVICE

      I, Richard T. Mulligan, state that on May  6 , 2020, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Freedom Mortgage Corporation using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

David Baker
Harold B. Murphy
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Barry W. Chapin
34 Fairfield St Apt 2
Boston, MA 02116-2587

David M. Ferris
325 Donald Lynch Boulevard, Suite 200
Marlborough, MA 01752

Internal Revenue Service
Attn:  IRS Advisory Group
7940 Kentucky Drive
Stop 2850F
Florence, KY 41042

Trustees of the Carlton Gardens Condominium Trust
147 Milk Street
Westborough, MA 01581

Massachusetts Department of Revenue, Child Support Enforcement Division
100 Cambridge Street
Boston, MA 02114

Massachusetts Department of Revenue, Child Support Enforcement Division
100 Cambridge Street
Boston, MA 02114

Trustees of the Carlton Gardens Condominium Trust
147 Milk Street
Westborough, MA 01581

Westborough Tax Collector
34 West Main Street
Westborough, MA 01581

                                        Respectfully submitted,
                                        Freedom Mortgage Corporation,
                                        By its Attorney
                                        /s/Richard T. Mulligan

                                        _____
                                        Richard T. Mulligan
                                        BBO#  567602
                                        Harmon Law Offices, P.C.
                                        PO Box 610389
                                        Newton Highlands, MA 02461
                                        (617)558-0500
                                        mabk@harmonlaw.com

Dated:May 6, 2020