

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

BARRY WISNER CHAPIN,
Debtor

Ch. 7
20-10324-JEB

### Order

**MATTER:**

#55 Application filed by Trustee Harold B. Murphy to Employ Engel and Volkers as Real Estate Broker filed with Affidavit

No objections filed. The Chapter 7 Trustee's Application to employ Engel and Volkers as real estate broker is hereby granted. Payment of compensation is subject to final court approval in the context of an order authorizing the sale of the property. The hearing on this Application scheduled for May 12, 2020 is canceled.

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge

Dated: 5/7/2020