# United States Bankruptcy Court
## District of Massachusetts (Boston)

| | |
|---|---|
| In re Barry Wisner Chapin, ) | |
| ) | |
| Debtor ) | Case No. 20-10324 |
| Address: 34 Fairfield St, Apt. 2 ) | |
| Boston, MA 02116 ) | |
| ) | Chapter 7 |
| Last four digits of Social-Security or Individual Tax- ) | |
| Payer-Identification No(s): 6215 ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned Michael S. Denham hereby appears as counsel for the Child Support Enforcement Division of the Massachusetts Department of Revenue, a creditor in the above-captioned Chapter 7 case, and requests that all parties in interest serve copies of notices, papers and orders served or filed in this case upon the undersigned counsel via ECF or United States mail, first class, postage prepaid.

/s/ Michael S. Denham
Michael S. Denham, Esq.
BBO # 694831
Massachusetts Department of Revenue
Child Support Enforcement Division
P.O. Box 9561
Boston, MA  02114-9561
(617) 626-2398
denhamm@dor.state.ma.us

DATED: May 11, 2020

# United States Bankruptcy Court
## District of Massachusetts (Boston)

| | |
|---|---|
| In re Barry Wisner Chapin, ) | |
| ) | |
| Debtor ) | Case No. 20-10324 |
| Address: 34 Fairfield St, Apt. 2 ) | |
| Boston, MA 02116 ) | |
| ) | Chapter 7 |
| Last four digits of Social-Security or Individual Tax- ) | |
| Payer-Identification No(s): 6215 ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I, Michael S. Denham, certify that on May 11, 2020, I filed the foregoing document using the CM/ECF system and by doing so, served the following CM/ECF participants:

David G. Baker, Esq.
Christopher M. Condon, Esq.
Kathleen R. Cruickshank, Esq.
Elizabeth Dailey, Esq.
Andrew W. Evans, Esq.
John Fitzgerald, Assistant U.S. Trustee
Kevin Gaughen, Esq.
Dean Lennon, Esq.

Reneau J. Longoria, Esq.
Richard T. Mulligan, Esq.
Harold B. Murphy, Chaptecr 7 Trustee
John B. O'Donnell, Esq.
Richard B. Reiling, Esq.
Ellen A. Shapiro, Esq.

I also certify that on this date I served a copy of same on the following non-CM/ECF participants listed below by first class mail, postage prepaid:

| | |
|---|---|
| Barry Wisner Chapin<br>34 Fairfield St, Apt. 2<br>Boston, MA 02116 | Ryan M. Aboud<br>Backer Aboud Poliakoff & Foelster, LLP<br>The Arbor Suite 420<br>400 S. Dixie Highway<br>Boca Raton, FL 33342 |
| Craig R. Jalbert<br>Verdolino & Lowey, P.C.<br>124 Washington Street<br>Foxboro, MA 02035 | Catherine McGlennon<br>Engel & Voelkers<br>c/o Murphy & King<br>One Beacon Street<br>Boston, MA 02108 |

Signed under the pains and penalties of perjury on May 11, 2020.

/s/ Michael S. Denham
Michael S. Denham