# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| **In re:** )<br>)<br>) | **Chapter 7** |
| **BARRY W. CHAPIN,** )<br>) | **Case No. 20-10324-JEB** |
| **Debtor.** )<br>) |  |

## CERTIFICATE OF SERVICE

    I, Kathleen R. Cruickshank, hereby certify that on June 19, 2020, I caused a copy of the *Objection by Chapter 7 Trustee to Creditor Ocean City Lofts Condominium Association, Inc.'s Motion for Relief from Stay* to be served via this Court's CM/ECF system, and by electronic mail and/or first class mail, postage prepaid, on the parties listed on the attached service list.

                                                             /s/ Kathleen R. Cruickshank
                                                             Kathleen R. Cruickshank (BBO #550675)
                                                             MURPHY & KING
                                                             Professional Corporation
                                                              One Beacon Street
                                                             Boston, MA 02108
                                                             Tel: (617) 423-0400
                                                             Email: kcruickshank@murphyking.com

DATED:   June 19, 2020
781570

**BARRY WISNER CHAPIN**
**Case No. 20-10324**
**SERVICE LIST**

**BY CM/ECF:**

- Ryan M. Aboud     raboud@bapflaw.com
- David G. Baker     bkaecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
- Brian Charville     bcharville@ferrisdevelopment.com
- Christopher M. Condon     ccondon@murphyking.com, imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com
- Elizabeth Dailey     bd@dgandl.com, rjl@dgandl.com;mbd@dgandl.com;bs@dgandl.com
- Michael Denham     denhamm@dor.state.ma.us, csebankruptcy@dor.state.ma.us;oneilld@dor.state.ma.us
- Andrew W. Evans     andrew@evansevanslaw.com, lmdevansevanslaw@gmail.com,g36335@notify.cincompass.com,R56960@notify.bestcase.com,r56960@notify.bestcase.com,susan@evansevanslaw.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- Kevin Gaughen     kevingaughenjr@gaughenlane.com
- Dean Lennon     dlennon@meeb.com
- Reneau J. Longoria     rjl@dgandl.com, bd@dgandl.com;mbd@dgandl.com;bs@dgandl.com
- Richard T. Mulligan     mabk@harmonlaw.com, rmulligan@ecf.courtdrive.com
- Harold B. Murphy     bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Harold B. Murphy     mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- John B O'Donnell     odonnellj@dor.state.ma.us
- Richard B. Reiling     Reilinglaw@aol.com, richard@bottonereiling.com
- Bradley Sarnell     Bradley.a.sarnell@usdoj.gov, northern.taxcivil@usdoj.gov
- Ellen A. Shapiro     eshapiro@meeb.com

**BY FIRST CLASS MAIL:**

Civil Process Clerk, Office of the US Attorney
John Joseph Moakley US Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

United States of America
c/o Ariana Fajardo Orshan, Attorney for
Southern District of Florida
99 NE 4th Street
Miami, FL 33132

Steven Terner Mnuchin, Secretary of the Treasury
Department of the Treasury, Internal Revenue Service
1111 Constitution Ave., N.W.,
Washington, D.C. 20224

Kevin Kidd
Red Hills Holdings, LLC
2250 NW Flanders St. Suite G02
Portland, OR  97210

2

Internal Revenue Service
7940 Kentucky Drive
Stop 2850F
Florence, KY 41042

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**BY ELECTRONIC MAIL:**

Ronald M. Rosengarten
rosengartenr@gtlaw.com
abrahamd@gtlaw.com
flservice@gtlaw.com
Counsel to Barry Chapin

Michael D. Moccia
mdm@moccialaw.com
mdmoccia@gmail.com
Counsel to DNA Real Estate, LLC

Lauren Bluestein
Assistant United States Attorney
lauren.bluestein@usdoj.gov
reina.sanchez@usdoj.gov
Counsel to the Internal Revenue Service

Danielle Riggin
DRiggin@BAPFlaw.com
Counsel to Ocean City Lofts Condominium Association

Keith F Backer
kbacker@bapflaw.com
Counsel to Ocean City Lofts Condominium Association