*[Judge's signature, Dated: 9/25/2020]*

*[Left margin annotation: No objections filed. Allowed. The deadline to file objections to the entry of the Debtor's discharge is extended through and including October 9, 2020.]*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **BARRY W. CHAPIN,** ) | **Case No. 20-10324-JEB** |
| ) | |
| **Debtor.** ) | |

**MOTION BY CHAPTER 7 TRUSTEE TO EXTEND DEADLINE TO OBJECT**
**TO ENTRY OF DEBTOR'S DISCHARGE**

Harold B. Murphy, the duly appointed Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), respectfully requests that this Court enter an order extending the deadline for filing objections to the entry of the Debtor's discharge for approximately thirty (30) days, through and including October 9, 2020. In support thereof, the Trustee states as follows:

1. On February 4, 2020 (the "Petition Date"), the Debtor commenced a bankruptcy case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code").

2. The Trustee is the duly appointed Chapter 7 Trustee of the Debtor.

3. The current deadline to object to the entry of the Debtor's discharge is September 8, 2020.

4. The Trustee has conducted several Section 341 meetings of creditors in this case. Most recently, the Trustee conducted a continued meeting on August 27, 2020 and continued it to September 29, 2020. The Debtor has produced documents, but not all documents, requested by the Trustee, including tax returns for the periods from 2016 through 2018.

5. The Trustee seeks to preserve his rights regarding the entry of the Debtor's