**Fill in this information to identify your case:**

Debtor 1    __Barry Wisner Chapin__

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the __District of Massachusetts__

Case number    __1:20-bk-10324__
(If known)

☒ Check if this is :a corrected filing

## Official Form 106Sum

## Amended Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B:** *Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ...................................... | $2,008,700.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B*............................. | $16,254.56 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B*...................................... | $2,024,954.56 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | **Schedule D:** *Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*.................................................................................................. | $1,210,422.05 |
| 3. | **Schedule E/F:** *Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................... | $757,787.49 |
| | **Your total liabilities** | $1,968,209.54 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. | **Schedule I:** *Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I ............................................................ | $0.00 |
|---|---|---|
| 5. | **Schedule J:** *Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22, Column A, of Schedule J. ................................................................ | $320.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒  Yes

**7.  What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

☒  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.  From the *Statement of Your Current Monthly Income* (Official Form 122A-1, 122B, or 122C-1):**
Copy your total current monthly income from line 11........................................................................................    _____ N/A

**9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*...............................**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.)................................................................. | _____ N/A |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.)......................... | _____ N/A |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) ............... | _____ N/A |
| 9d. Student loans. (Copy line 6f.)........................................................................................ | _____ N/A |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)........................................................................................ | _____ N/A |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)............ | _____ N/A |
| 9g. **Total.** Add lines 9a through 9f...................................................................................... | _____ N/A |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

---

**Fill in this information to identify your case:**

Debtor 1      **Barry Wisner Chapin**

Debtor 2      
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number      **1:20-bk-10324**
(If known)

☒ Check if this is an amended filing

---

## Official Form 106E/F
# Amended Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ☒ No. Go to Part 2.
    ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| | |
|---|---|
| **4.1** | |
| **3-D Immersive Collaborative Consulting** | Last 4 digits of account number: **N/A**       $0.00 |
| Nonpriority Creditor's Name | |
| **Adam Eltorai** | When was the debt incurred: **N/A** |
| Number   Street | |
| **2729 Old Washingotn Road** | As of the date you file, the claim is: Check all that apply |
| | ☐ Contingent |
| **Westminster MD 21157** | ☒ Unliquidated |
| City, State, ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☒ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Student loans |
| ☐ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☒ Other. Specify **Notice Only** |
| **Is the claim subject to offset?** | |
| ☒ No | |
| ☐ Yes | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.2**
**3D Immersive Collaborative**
Nonpriority Creditor's Name
**Julie LeMoine**
Number   Street
**2729 Old Washington Road**

**Westminster MD 21157**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.3**
**A Focused Force**
Nonpriority Creditor's Name
**William Comeau**
Number   Street
**66 Orchard Street**

**Leominster MA 01453**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.4**
**A123 Systems**
Nonpriority Creditor's Name
**Accounts Payable**
Number   Street
**39000 Seven Mile Road**

**Livonia MI 48152**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.5**
**Abel and Imray**
Nonpriority Creditor's Name
**20 St. Andrew Street**
Number   Street
**London EC4A 3AG**

**England**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

|  | Total claim |
|---|---|

**4.6**
**Acacia Research**
Nonpriority Creditor's Name
**Matthew Vella**
Number  Street
**4 Park Plaza, Suite 550**

**Irvine CA 92614**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                           $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.7**
**Adam Charles Frank**
Nonpriority Creditor's Name
**177 Amity Street #3**
Number  Street

**Brooklyn NY 11201**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                           $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.8**
**Adobe Systems**
Nonpriority Creditor's Name
**Legal Dept.**
Number  Street
**345 Park Avenue**

**San Jose CA 95110**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                           $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.9**
**Advanced Business**
Nonpriority Creditor's Name
**Paul Laskow**
Number  Street
**39 Blossom Court**

**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                           $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.10**
**Aladdin Connolly**
Nonpriority Creditor's Name
**c/o A&A Accountants**
Number  Street
**539 Massasoit Road**

**Worcester MA 01604**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.11**
**Alan Osmundsen**
Nonpriority Creditor's Name
**56 Station Avenue**
Number  Street

**Staten Island NY 10309**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.12**
**Altova GmbH**
Nonpriority Creditor's Name
**Rudolfsplatz 13a/9**
Number  Street
**Vienna A-1010**

**Austria**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.13**
**American Express**
Nonpriority Creditor's Name
**PO Box 981537**
Number  Street

**El Paso TX 79998**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**                    $53,650.00

When was the debt incurred? **07/31/2006**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.14**

**AmSher Collection Services, Inc.**

Nonpriority Creditor's Name

**4524 Southlake Pkwy Ste. 15**

Number  Street

**Birmingham AL 35244**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**                          $124.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Account**

---

**4.15**

**Analog Devices**

Nonpriority Creditor's Name

**IP Legal Dept - Tom Philbin**

Number  Street

**Three Technology Way**

**Norwood MA 02062**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.16**

**Analogic Corp.**

Nonpriority Creditor's Name

**John Fry**

Number  Street

**8 Centennial Drive**

**Peabody MA 01960**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.17**

**Anthony Linn**

Nonpriority Creditor's Name

**10 Mohawk Drive**

Number  Street

**Westborough MA 01581**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.18**

**Antwaine Debnam**
Nonpriority Creditor's Name

**c/o Capri Media Co.**
Number  Street

**885 Garden Street**

**Hartford CT 06112**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.19**

**AOYAMA and PARTNERS**
Nonpriority Creditor's Name

**Umeda Hankyu Bldg  Office Tower  8-1  Kakuda-cho  Kita-ku**
Number  Street

**Osaka 530-0017**

**Japan**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.20**

**Ardence Inc.**
Nonpriority Creditor's Name

**Anne Huemme**
Number  Street

**851 West Cypress Creek Road**

**Fort Lauderdale FL 33309**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.21**

**ARIEL Field Services**
Nonpriority Creditor's Name

**Legal Dept. / Steven J. Salimbas CEO**
Number  Street

**6 C Street**

**Billerica MA 01821**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.22**

Arnold G. Reinhold
_____
Nonpriority Creditor's Name

**14 Fresh Pond Place**
_____
Number   Street
_____
_____
**Cambridge MA 02138**
_____
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.23**

Arod Shatil
_____
Nonpriority Creditor's Name

**2 Long Meadow Rd,**
_____
Number   Street
_____
_____
**Westford MA 01886-2401**
_____
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.24**

Artificial Cognition
_____
Nonpriority Creditor's Name

**Legal Dept.**
_____
Number   Street
**27 Pill Hill Lane**
_____
_____
**Duxbury MA 02332**
_____
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.25**

Arxan Technologies
_____
Nonpriority Creditor's Name

**Attn. Accounts Payble**
_____
Number   Street
**650 California Street, Suite 2750**
_____
_____
**San Francisco CA 94108**
_____
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.26**
**AT&T**
Nonpriority Creditor's Name
**4331 Communications Dr. Flr 4W**
Number   Street

**Dallas TX 75211**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                          $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

---

**4.27**
**AVAYA**
Nonpriority Creditor's Name
**4655 Great America Parrkway**
Number   Street

**Santa Clara CA 95054**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.28**
**AVTECH Software**
Nonpriority Creditor's Name
**Rick Grundy**
Number   Street
**16 Cutler Street**

**Warren RI 02885**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.29**
**Baker and McKenzie - CIS  Limited**
Nonpriority Creditor's Name
**White Gardens  10th Floor  9 Lesnaya Street**
Number   Street
**Moscow 125196**

**Russia**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

| | Total claim |
|---|---|

**4.30**

**Bakku Technologies**
Nonpriority Creditor's Name

**Mitch Gaines**
Number   Street

**4307 Parkmead Drive**

**Seabrook TX 77586**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.31**

**Bank Of The West**
Nonpriority Creditor's Name

**13505 California Street**
Number   Street

**Omaha NE 68154**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **03/29/2011**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Car Loan**

$0.00

---

**4.32**

**Barrett Productions**
Nonpriority Creditor's Name

**Dennis Waldman**
Number   Street

**62 Windsor Road**

**Newton MA 02468**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.33**

**Bartz Engineering**
Nonpriority Creditor's Name

**Legal Dept. / James C. Bartz**
Number   Street

**279 Aikane Place**

**Kailua HI 96734**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.34**

**Barun**
Nonpriority Creditor's Name

**WegoWise, Inc.**
Number  Street

**15 Court Square, Suite 420**

**Boston MA 02108**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.35**

**BEAM**
Nonpriority Creditor's Name

**Milenko Beslic**
Number  Street

**118 Pleasant Street**

**Brookline MA 02446**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.36**

**Beijing Sanyou Intellectual Property Agency Ltd**
Nonpriority Creditor's Name

**16th Fl. Block A  Corporate Square  No.35 Jinrong Street**
Number  Street

**Beijing 100033**

**China**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.37**

**Ben Fishbein**
Nonpriority Creditor's Name

**2 Gold Street, Apt 4604**
Number  Street

**New York NY 10038**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.38**
**Benjamin Williams**
Nonpriority Creditor's Name
**44 Hemlock Street**
Number   Street

**East Walpole MA 02032**
City, State, ZIP Code

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.39**
**Bhartendu Parekh**
Nonpriority Creditor's Name
**Bhartendu Parekh**
Number   Street
**919 John Friend Drive**

**Naperville IL 60540**
City, State, ZIP Code

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.40**
**Biolink**
Nonpriority Creditor's Name
**Alex Bonner**
Number   Street
**109 School Street**

**Watertown MA 02472**
City, State, ZIP Code

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.41**
**Blitz Innovations**
Nonpriority Creditor's Name
**Jeff D'Urso**
Number   Street
**8 Old Farm Road**

**Randolph MA 02368**
City, State, ZIP Code

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.42**
**Blue Bamboo**
Nonpriority Creditor's Name
**Jason S. Jones**
Number  Street
**401 SW 4th Avenue Unit 503**

**Fort Lauderdale FL 33315**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**   $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.43**
**Bluevine Capital  Inc.**
Nonpriority Creditor's Name
**401 Warren Street Ste 300**
Number  Street

**Redwood City CA 94063**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:   $0.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other - business loan to law practice**

---

**4.44**
**Bodhistone**
Nonpriority Creditor's Name
**James Russell**
Number  Street
**P O Box 884**

**Barnstable MA 02668**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**   $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.45**
**BookSprout**
Nonpriority Creditor's Name
**Gregory Pappas**
Number  Street
**18 Lee Way**

**Madison CT 06443**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**   $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.46**

Borden  Ladner Gervais LLP
Nonpriority Creditor's Name

World Exchange Plaza  100 Queen St  Suite 1300
Number  Street

Ottawa K1P 1J9

Canada
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.47**

Boston University
Nonpriority Creditor's Name

Office of Technology Development
Number  Street

108 Bay State Road

Boston MA 02215
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.48**

Boult Wade Tennant
Nonpriority Creditor's Name

70 Gray's Inn Road
Number  Street

London WC1X 8BT

England
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.49**

Brandon Lam
Nonpriority Creditor's Name

11 Hillcrest Road
Number  Street

Braintree MA 02184
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.50**

**Brown University**
Nonpriority Creditor's Name

**Technology Ventures Office**
Number  Street

**Box 1949**

**Providence RI 02912**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.51**

**Buckingham Brown & Noble**
Nonpriority Creditor's Name

**Legal Dept. / David Lintz**
Number  Street

**10 Moulton Street**

**Cambridge MA 02138**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.52**

**Bullet Detection**
Nonpriority Creditor's Name

**c/o Carolyn Keyes**
Number  Street

**6 Merrimack Street**

**Concord NH 03301**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.53**

**Cagdas Onal**
Nonpriority Creditor's Name

**Ubiros Inc.**
Number  Street

**251 W Central St, Ste 35**

**Natick MA 01760**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.54**

**Canaan Partners**
Nonpriority Creditor's Name
**11 HaMenofim Street**
Number  Street
**Akerstein Towers**

**Herzliivia Pituach ISRAEL**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.55**

**Capital One Bank**
Nonpriority Creditor's Name
**PO Box 30281**
Number  Street

**Salt Lake City UT 84130**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**                $0.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

**4.56**

**Cathy Graham**
Nonpriority Creditor's Name
**15 Slab Bridge Road**
Number  Street

**Assonet MA 02702**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.57**

**CCPIT PATENT AND TRADEMARK LAW OFFICE**
Nonpriority Creditor's Name
**10/F  Ocean Plaza  158  Fuxingmennei Street**
Number  Street
**Beijing 100031**

**China**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.58**

**CENTRAL Intellectual Property and Law**
Nonpriority Creditor's Name
**KOREAN RE BLDG. 5F  68  Jong-ro 5-gil  Jongno-gu**
Number  Street
**Seoul 3151**

**Korea**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.59**

**Chandra Associates**
Nonpriority Creditor's Name
**Attn:Legal Dept. /  Shubham Chandra**
Number  Street
**27634 Braydenhill Trail**

**Katy TX 77494**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.60**

**Charles Babiana**
Nonpriority Creditor's Name
**5409 Overseas Highway Box 299**
Number  Street

**Key Colony Beach FL 33051**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.61**

**Charles L. Housman**
Nonpriority Creditor's Name
**269 Park Street**
Number  Street

**Newton MA 02458**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

| | Total claim |
|---|---|

**4.62**

**Charter Communications Operating**
Nonpriority Creditor's Name

**Legal Dept. / John Silverio**
Number  Street

**12405 Powerscourt Drive**

**St. Louis MO 63131**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.63**

**Cheryl A.Rowan**
Nonpriority Creditor's Name

**400 15th Street, S. #1505**
Number  Street

**Arlington VA 22202**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.64**

**CHINA PAT INTELLECTUAL PROPERTY OFFICE**
Nonpriority Creditor's Name

**2nd Floor  Zhongguancun Intellectual Property Building  Block B  No.21 Haidian South Road  Haidian District**
Number  Street

**Beijing 100080**

**China**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Firm's Client**

---

**4.65**

**Chitika, Inc.**
Nonpriority Creditor's Name

**Legal Dept. / Venkat Kolluri**
Number  Street

**4 Bummet Brook Cir.**

**Shrewsbury MA 01545**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.66**

__Choice Stream__
Nonpriority Creditor's Name

__Legal Dept.__
Number  Street

__210 Broadway, Fourth Floor__

__Cambridge MA 02139__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.67**

__Chris Manning__
Nonpriority Creditor's Name

__298 Upper North Row Road__
Number  Street

__Sterling MA 01564__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.68**

__Christopher J. Vranos__
Nonpriority Creditor's Name

__19 Meadow Lane__
Number  Street

__Charlton MA 01507__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.69**

__CIT C/O NORTHERN BUSINESS__
Nonpriority Creditor's Name

__21146 NETWORK PLACE__
Number  Street

__Chicago IL 60673__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.70**
**Claire Chapin**
Nonpriority Creditor's Name
**25 Olde Coach Road**
Number   Street



**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                                    $90,000.00

When was the debt incurred? **10/21/2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☒ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

---

**4.71**
**Clark University**
Nonpriority Creditor's Name
**Susan Puryear**
Number   Street
**950 Main Street**


**Worcester MA 01610**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.72**
**clarkemodet**
Nonpriority Creditor's Name
**Av. Marechal CÊmara 160 - 12ß andar Centro**
Number   Street
**Rio de Janeiro 20020-080**


**Brazil**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.73**
**Claude-Reynald Lecorps**
Nonpriority Creditor's Name
**138 Stillman Avenue**
Number   Street



**Brockton MA 02302**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.74**

Clifton C. Georgaklis
Nonpriority Creditor's Name
35 George Lane
Number   Street


Brookline MA 02445
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.75**

Cohausz & Florack
Nonpriority Creditor's Name
Bleichstrasse 14
Number   Street
Dusseldorf D-40211

 Germany
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.76**

ComCam International
Nonpriority Creditor's Name
c/o  Rajant/ Don Gilbreath
Number   Street
200 Chesterfield Parkway

Malvern PA 19355
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.77**

Comcast
Nonpriority Creditor's Name
One Comcast Center
Number   Street


Philadelphia PA 19103
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:            $300.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

---

**4.78**
**Compiricus AG**
Nonpriority Creditor's Name
**Kasernenstrasse 27**
Number   Street
**Dusseldorf 40237**

**Germany**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.79**
**Computer Sports Systems**
Nonpriority Creditor's Name
**Charles Housman**
Number   Street
**15 Soldiers Field Pl**

**Brighton MA 02135**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.80**
**Compuware**
Nonpriority Creditor's Name
**Elliot Mark**
Number   Street
**One Campus Martius**

**Detroit MI 48226**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.81**
**Concept House**
Nonpriority Creditor's Name
**Cardiff Road**
Number   Street
**Newport NP10 8QQ**

**Wales**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

| | Total claim |
|---|---|

**4.82**

**Constantine Karnis**

Nonpriority Creditor's Name

**40 Tilegate Gld**

Number   Street

**Fairport NY 14450**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number:                                $50,000.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Personal Loan**

---

**4.83**

**Contour Designs**

Nonpriority Creditor's Name

**Steve Wang**

Number   Street

**10 Industrial Drive**

**Windham NH 03087**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.84**

**Conversant Intellectual Property Management Inc.**

Nonpriority Creditor's Name

**515 Legget Drive Ste 704**

Number   Street

**Ottawa K2K3G4**

**Canada**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.85**

**Cool & Useful**

Nonpriority Creditor's Name

**Steve K. Nelson**

Number   Street

**640 West Street**

**Carlisle MA 01741**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.86**

Cool Flow Dynamics

Nonpriority Creditor's Name

**Kahoru Watanabe**

Number   Street

**4457 Sandpine Lane**

**Sarasota FL 34241**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.87**

Cor-Tek

Nonpriority Creditor's Name

**Braxton Corley**

Number   Street

**6517 Smithfield Road, Suite D**

**North Richland Hills TX 76182**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.88**

Core Handyman Services

Nonpriority Creditor's Name

**Corey Plourde**

Number   Street

**215 South Street**

**Auburn MA 01501**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.89**

Corelogic

Nonpriority Creditor's Name

**Rouz Tabaddor**

Number   Street

**40 Pacifica, Suite 900**

**Irvine CA 92618**

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.90**

**CPA Global Limited**

Nonpriority Creditor's Name

**2318 Mill Road  12th Floor**

Number   Street

**Alexandria**

**VA**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.91**

**Crash Point**

Nonpriority Creditor's Name

**Justin E. Forkuo**

Number   Street

**1 Stowell Avenue**

**Worcester MA 01606**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.92**

**CrashSense**

Nonpriority Creditor's Name

**Joe McNeil**

Number   Street

**5204 Point Harbor Lane**

**Apollo Beach FL 33572**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.93**

**CRS Drafting**

Nonpriority Creditor's Name

**79 Tispaquin Street**

Number   Street

**Middleborough MA 02346**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.94**
**CSPi**
Nonpriority Creditor's Name
**Gary Southwell**
Number   Street
**175 Cabot Street Ste 210**

**Lowell MA 01854**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.95**
**Cusop**
Nonpriority Creditor's Name
**Trevor Havard**
Number   Street
**11006 Charmwood Drive**

**Riverview FL 33569**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.96**
**Cynthia Foss**
Nonpriority Creditor's Name
**9 Ansonia Road #B**
Number   Street

**Worcester MA 01605**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.97**
**CyPhy**
Nonpriority Creditor's Name
**c/o IS Robotics, Inc.**
Number   Street
**22 McGrath Highway**

**Somerville MA 02143**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.98**
**DAE-A International IP & Law Firm**
Nonpriority Creditor's Name
**123 Yeoksam-ro**
Number  Street
**Seoul 135-936**

**Korea**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.99**
**Dangel Robots & Machinery**
Nonpriority Creditor's Name
**59 Notre Dame Road**
Number  Street

**Bedford MA 01730**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.100**
**Daniel Mezynski**
Nonpriority Creditor's Name
**256 Riverlin Street**
Number  Street

**Millbury MA 01527**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.101**
**Daniel R. Zaleski**
Nonpriority Creditor's Name
**66 Freeman Street**
Number  Street

**Avon MA 02322**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.102**
**Daniel Shuman**
Nonpriority Creditor's Name
**32033 Royceton Court**
Number Street


**Westlake Village CA 91361**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**　　　　　　　　$0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.103**
**Daniel Stenning**
Nonpriority Creditor's Name
**Kemp House, 160 City Road**
Number Street


**London, Ec1v 2nx**

**UNITED KINGDOM**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**　　　　　　　　$0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.104**
**Danxa**
Nonpriority Creditor's Name
**IP/Legal Gaston de los Reyes**
Number Street
**271 Summer Street Ste #1**

**Somerville MA 02144**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**　　　　　　　　$0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.105**
**David Eric Abramowitz**
Nonpriority Creditor's Name
**Kulkea Inc.**
Number Street
**444 Far Reach Road**

**Westwood MA 02090**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**　　　　　　　　$0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.106**
David M. Belcher
Nonpriority Creditor's Name
Belcher Fitzgerald LLP
Number   Street
Two Oliver Street STe. 302

Boston MA 02110
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.107**
David V. Keeler
Nonpriority Creditor's Name
262 Chestnut St., 1st Floor
Number   Street

Clinton MA 01510
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.108**
Day2Night Convertible
Nonpriority Creditor's Name
Candice Cabe
Number   Street
35 Cochato Park

Spring Hill TN 37174
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.109**
DayLight Technology
Nonpriority Creditor's Name
Legal Dept. / Christopher P. Pimentel
Number   Street
59-71 59th Street

Maspeth NY 11378
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.110**                                                           $0.00
**DE PENNING and DE PENNING**
Nonpriority Creditor's Name
**120  VELACHERY MAIN ROAD  GUINDY  CHENNAI**
Number   Street
**Tamil Nadu 600032**

**India**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.111**                                                           $0.00
**Delray Beach Tax Collector**
Nonpriority Creditor's Name
**501 S. Congress Avenue**
Number   Street

**Delray Beach FL 33445**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

---

**4.112**                                                           $0.00
**Delta-V Capital**
Nonpriority Creditor's Name
**4514 Cole Avenue Suite 1225**
Number   Street

**Dallas TX 75205**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.113**                                                           $0.00
**Denise Burke Designs**
Nonpriority Creditor's Name
**LLC**
Number   Street
**12 High Street**

**Southborough MA 01772**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

|  | Total claim |
|---|---|

**4.114**

**Design Automation**
Nonpriority Creditor's Name

**Robert Lambert**
Number  Street

**12 Northgate Drive**

**Windsor Locks CT 06096**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.115**

**Design Automation Assoc.**
Nonpriority Creditor's Name

**John Sinisi**
Number  Street

**1465 Stony Road**

**Warminster PA 18974**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.116**

**Desktone**
Nonpriority Creditor's Name

**Steve Baron**
Number  Street

**430 Bedford Street, Suite 200**

**Lexington MA 02420**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.117**

**Devin Weafer**
Nonpriority Creditor's Name

**87 Ressique Street**
Number  Street

**Carmel NY 10512**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.118**

Devon Co.

Nonpriority Creditor's Name

John Garrett, CEO

Number   Street

680 Main Street, Ste 206

Watertown CT 06795

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.119**

Dimitri Sinkel

Nonpriority Creditor's Name

13 Wintergreen Court

Number   Street

Lunenburg MA 01462

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.120**

Diran Apelian

Nonpriority Creditor's Name

100 Institute Road

Number   Street

Worcester MA 01609

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.121**

Dive Corr Inc.

Nonpriority Creditor's Name

Dan Gross

Number   Street

P O Box 30427

Long Beach CA 90853

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.122**
**Donna Grenon**
Nonpriority Creditor's Name
**194 Lower Gore Road**
Number   Street

**Webster MA 01570**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.123**
**Doug Kimball**
Nonpriority Creditor's Name
**280 Bishop St.**
Number   Street

**Framingham MA 01702**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.124**
**dp ahuja and co.**
Nonpriority Creditor's Name
**14/2 Palm Avenue**
Number   Street
**Kolkata 700019**

**India**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.125**
**Dr. Ashley & Co.**
Nonpriority Creditor's Name
**Adam Eltorai**
Number   Street
**280 Bishop St.**

**Framingham MA 01702**
City, State, ZIP Code

**Who incurred the debt? Check one.**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.126**
Dr. Samuel D. Schenker
Nonpriority Creditor's Name
**437 Lakehurst Road**
Number   Street


**Toms River NJ 08755**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.127**
Dynawave
Nonpriority Creditor's Name
**Bob McLaughlin**
Number   Street
**135 Ward Hill Avenue**

**Haverhill MA 01835**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.128**
E. Michael Flynn
Nonpriority Creditor's Name
**17 Ward Lane**
Number   Street


**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.129**
eData Platform
Nonpriority Creditor's Name
**Nathan Rozenfeld, CEO**
Number   Street
**11528 West State Rd 84 Suite 1012**

**Davie FL 33355**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.130**

**Edo O'Hayon**
Nonpriority Creditor's Name
**Chelsmore Apts**
Number   Street
**205W 15th Street**

**New York NY 10011**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.131**

**Edward Teecil**
Nonpriority Creditor's Name
**55 O'Bannon Place**
Number   Street

**Swansea MA 02777**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.132**

**Egenera**
Nonpriority Creditor's Name
**Legal Dept. / Kevin Kerrigan**
Number   Street
**80 Central Street, Suite 300**

**Boxboro MA 01719**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.133**

**EIP Fairfax House**
Nonpriority Creditor's Name
**15 Fulwood Place**
Number   Street

**London WC2V 6HU**

**England**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.134**
Elsevier
Nonpriority Creditor's Name
Matthew Braman
Number  Street
50 High Street, Suite 21

North Andover MA 01845
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.135**
Emanuel D. Torti
Nonpriority Creditor's Name
146 Main Street
Number  Street

Norfolk MA 02056
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.136**
EMC Corp.
Nonpriority Creditor's Name
176 South Street
Number  Street
Finance/Legal Department

Hopkinton MA 01748
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.137**
EMI, Inc.
Nonpriority Creditor's Name
Howard Isenstein
Number  Street
6523 Elgin Lane

Bethesda MD 20817
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.138**
**EMVCo**
Nonpriority Creditor's Name
**Michael Ward**
Number  Street
**901 Metro Center Boulevard**

**Foster City CA 94404**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.139**
**En Di Lu**
Nonpriority Creditor's Name
**131 Patrick Cir.**
Number  Street

**State College PA 16801**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other - co-signed son's apartment lease**

---

**4.140**
**Energy Initiatives**
Nonpriority Creditor's Name
**Donna Phelps**
Number  Street
**29 Bartlett Street**

**Marlborough MA 01752**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.141**
**Energy Research**
Nonpriority Creditor's Name
**Robert De Saro**
Number  Street
**400 Leland Ave.;**

**Plainfield NJ 07062**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.142**
**Enow, Inc.**
Nonpriority Creditor's Name
**Jeff Flath**
Number  Street
**133 Hallene Road, B2**

**Warwick RI 02886**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.143**
**Ettem USA**
Nonpriority Creditor's Name
**Christopher O. Nichols**
Number  Street
**602 Park St. Ste. 1**

**Baytown TX 77520**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.144**
**Eugene Chang**
Nonpriority Creditor's Name
**8 Freshet Road**
Number  Street

**Madbury NH 03823**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.145**
**Evan Solomonides**
Nonpriority Creditor's Name
**43 Duffy Road**
Number  Street

**Boylston MA 01505**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.146**
**EVERSITAS**
Nonpriority Creditor's Name
**Legal Dept. / Paul Keel**
Number  Street
**872 Mass Ave Ste. 1004**

**Cambridge MA 02139**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.147**
**Eversource Electric**
Nonpriority Creditor's Name
**300 Cadwell Drive**
Number  Street

**Springfield MA 01104**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Utility**

$2,000.00

---

**4.148**
**Exposed Seam**
Nonpriority Creditor's Name
**c.o Jennifer Stark, LLC**
Number  Street
**300 Summer Street, #44**

**Boston MA 02210**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.149**
**EYESTARR**
Nonpriority Creditor's Name
**Andrea Starr**
Number  Street
**291 Newbury St.**

**Boston MA 02115**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

| | Total claim |
|---|---|

**4.150**
**EZ Lift Tailgate**
Nonpriority Creditor's Name
**Rodney Libby**
Number  Street
**1180 Palms Road**

**Columbus MI 48063**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.151**
**Felix Deleon**
Nonpriority Creditor's Name
**c/o Pica Services LLC**
Number  Street
**2207 Windsor Ridge Dr.**

**Westborough MA 01581**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.152**
**First Inland Bank PLC**
Nonpriority Creditor's Name
**Plot 4/5 Adetokunboh Ademola Street**
Number  Street
**Victoria Island 101241**

**Lagos**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.153**
**Foamaction Sports**
Nonpriority Creditor's Name
**Mike Gleick/RossDouglas**
Number  Street
**298 Neck Road**

**Rochester MA 02770**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.154**
**FPA Patent Attorneys Pty Ltd**
Nonpriority Creditor's Name
**101 Collins Street**
Number  Street
**Melbourne 3000**

**Australia**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

---

**4.155**
**Frank Mosca**
Nonpriority Creditor's Name
**Harrington Talents**
Number  Street
**213 Fordham Street**

**Bronx NY 10464**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.156**
**FRKelly**
Nonpriority Creditor's Name
**4 Mount Charles; Belfast Bt7 1nz, UK**
Number  Street
**Belfast Bt7 1NZ**

**UNITED KINGDOM**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.157**
**Fulham & Company**
Nonpriority Creditor's Name
**John Rich**
Number  Street
**593 Washington Street**

**Wellesley MA 02482**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.158**
**Fundbox**
Nonpriority Creditor's Name
**300 Montgomery Street #900**
Number   Street


**San Francisco CA 94104**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred: **2019**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other - business loan to law practice.**

$113,326.21

---

**4.159**
**G-5 Electronics**
Nonpriority Creditor's Name
**Thomas A. Kenny**
Number   Street
**1090 Doris Road**

**Auburn Hills MI 48326**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.160**
**G.E.T. Secure ID**
Nonpriority Creditor's Name
**Joshua Marmol**
Number   Street
**230 Third Avenue**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.161**
**G360Link**
Nonpriority Creditor's Name
**85 Swanson Road, Suite 120**
Number   Street


**Boxborough MA 01719**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.162**
**Gail Lucas**
Nonpriority Creditor's Name
**54 Union Point Road**
Number   Street

**Webster MA 01570**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.163**
**Galaxy Scientific**
Nonpriority Creditor's Name
**Richard Jackson**
Number   Street
**14 Celina Avenue Unit 17**

**Nashua NH 03063**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.164**
**Gary Epstein**
Nonpriority Creditor's Name
**763 Waverly Street**
Number   Street

**Framingham MA 01702**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.165**
**GasBuddy**
Nonpriority Creditor's Name
**9737 Washington Blvd., Suite 200;**
Number   Street

**Gaithersburg MD 20878**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | **Total claim** |
|---|---|---|

**4.166**
Geac Computer Corporation
Nonpriority Creditor's Name
c/o Golden Gate Capital
Number  Street
One Embarcadero Center, 39th FL.

San Francisco CA 94111
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.167**
Genue Inc.
Nonpriority Creditor's Name
Denise Burke
Number  Street
12 High Street

Southborough MA 01772
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.168**
George Cowan
Nonpriority Creditor's Name
47 High Street Ext
Number  Street

Westborough MA 01581
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

---

**4.169**
Gerald A. LaLiberte
Nonpriority Creditor's Name
29 Padelford Street
Number  Street

Berkley MA 02779
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                              $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.170**
**Global Pacific Manufacturing**
Nonpriority Creditor's Name
**63 Union Street**
Number   Street

**Gardner MA 01440**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.171**
**GlobalPlatform**
Nonpriority Creditor's Name
**Legal Dept.**
Number   Street
**1515 Cordilleras Rd.**

**Redwood City CA 94062**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.172**
**GloTech**
Nonpriority Creditor's Name
**Kevin Donahue**
Number   Street
**493 Lancaster Street**

**Leominster MA 01453**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.173**
**Goal.com**
Nonpriority Creditor's Name
**Legal Dept. / Brian Day**
Number   Street
**420 Fifth Avenue, 7th Floor**

**New York NY 10018**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

| | | Total claim |
|---|---|---|

**4.174**

Goulston & Storrs
Nonpriority Creditor's Name

Legal Dept.
Number  Street

400 Atlantic Avenue

Boston MA 02109
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.175**

GRAHAM WATT and CO LLP
Nonpriority Creditor's Name

ST. BOTOLPH'S HOUSE   7-9 ST. BOTOLPH'S ROAD
Number  Street

Sevenoaks TN13 3AJ

England
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.176**

GrandViewInsight
Nonpriority Creditor's Name

Laurie Webster-Saft
Number  Street

384 Hillcrest Rd.

Needham MA 02492
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.177**

Green Core Technologies
Nonpriority Creditor's Name

Mike Kenny
Number  Street

1090 Doris Road

Auburn Hills MI 48326
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.178**
Greenburg Traurig LLP
Nonpriority Creditor's Name
One International Place Ste. 2000
Number   Street

Boston MA 02110
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **01/28/2020**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other**

---

**4.179**
Grenotek
Nonpriority Creditor's Name
Jerry Zhai
Number   Street
37 Pine Ridge Road

Wellesley MA 02481
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.180**
GuitarFetish
Nonpriority Creditor's Name
Jay Abend
Number   Street
45 Hopkinton Road

Westborough MA 01581
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.181**
HARVARD PILGRIM HEALTH
Nonpriority Creditor's Name
1600 Crown Colony Drive
Number   Street

Quincy MA 02169
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.182**
**Harvest Beverage Group LLC dba**
Nonpriority Creditor's Name
**David Milburn**
Number   Street
**2 Dingle Ridge Road**

**North Salem NY 10560**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.183**
**Hawaii Medical**
Nonpriority Creditor's Name
**Reed McCarty**
Number   Street
**750 Corporate Park**

**Pembroke MA 02359**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.184**
**Healing Point**
Nonpriority Creditor's Name
**Marisa Fanelli**
Number   Street
**365 Boston Post Rd**

**Sudbury MA  01776**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.185**
**HealthBeacon**
Nonpriority Creditor's Name
**Unit 20 Muirfield Road**
Number   Street
**Dublin D12 WD85**

**Ireland**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

| | Total claim |
|---|---|

**4.186**
**Hey Platforms Limited**
Nonpriority Creditor's Name
**Mazaya Tower AA! 27th Floor**
Number  Street
**Dubai**

**UAE**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.187**
**HGF Limited**
Nonpriority Creditor's Name
**1 City Walk**
Number  Street
**Leeds L511 9DX**

**England**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

---

**4.188**
**Hickey Love**
Nonpriority Creditor's Name
**Nikki Oden - Managing Mbr**
Number  Street
**937 SW 34 Ct.**
**Boynton Beach FL 33435**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.189**
**Highland Bath & Body**
Nonpriority Creditor's Name
**Kristin Forsberg**
Number  Street
**7 Highland Street**

**Concord MA 01742**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                        $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Barry Wisner Chapin

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.190**
**Hillside Corp.**
Nonpriority Creditor's Name
**136 Kildeer Island**
Number  Street
**83 Lake Street**

**Webster MA 01570**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.191**
**Holosonics**
Nonpriority Creditor's Name
**F. Joseph Pompei**
Number  Street
**400 Pleasant Street**

**Watertown MA 02472**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.192**
**Home Energy**
Nonpriority Creditor's Name
**Jon Morgan**
Number  Street
**335 Arlington Street**

**Watertown MA 02472**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.193**
**Homestaff**
Nonpriority Creditor's Name
**c/o VNA Care Advantage**
**120 Thomas Street**

**Worcester MA 01608**
City, State, ZIP Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.194**
**Houssam Alkhoury**
Nonpriority Creditor's Name
**10 Winthrop St Ste. 217,**
Number   Street

**Worcester MA 01604**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.195**
**ICOSA  Conseils en Propriete Industrielle**
Nonpriority Creditor's Name
**83 avenue Denfert-Rochereau**
Number   Street

**Paris 75014**

**France**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

---

**4.196**
**IDC - IDC**
Nonpriority Creditor's Name
**Legal Dept. / Shawn McCarthy**
Number   Street
**5 Speen Street**

**Framingham MA 01701**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.197**
**Immedia Semiconductor**
Nonpriority Creditor's Name
**410 Terry Avenue North**
Number   Street

**Seattle WA 98109**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.198**

**Infineon Technologies AG**
Nonpriority Creditor's Name

**Am Campeon 1-15**
Number   Street

**85579 Neubiberg**

**GERMANY**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.199**

**Infinibox**
Nonpriority Creditor's Name

**c/o Infinidat**
Number   Street

**500 Totten Pond Road**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.200**

**Infinity Fluids**
Nonpriority Creditor's Name

**Robert Evans**
Number   Street

**346 Franklin Street POBox 992**

**Worcester MA 01613**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.201**

**Informatics In Context**
Nonpriority Creditor's Name

**Steve Sandy**
**1 Boston Place Ste 2600**

**Boston MA 02108**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

| | | Total claim |
|---|---|---|

**4.202**

**Ingenuity**
Nonpriority Creditor's Name
**c/o Quality Air Service Inc.**
Number  Street
**PO Box 2947**

**Kalamazoo MI 49003**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.203**

**Innovation  Science and Economic Development Canada**
Nonpriority Creditor's Name
**RIDOUT and MAYBEE LLP  11 HOLLAND AVE SUITE 601**
Number  Street
**Ottawa K1Y 451**

**Canada**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.204**

**Intel Corp.**
Nonpriority Creditor's Name
**Intel Patent Group**
Number  Street
**1300S. Mo Pac Expy**

**Austin TX 78746**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.205**

**Interactive Mounts**
Nonpriority Creditor's Name
**Les Bishop**
Number  Street
**275 Billerica Road, Suite 3**

**Chelmsford MA 01824**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.206**
**InterChange Corp.**
Nonpriority Creditor's Name
**130 W. Union Street**
Number   Street

**Pasadena CA 91103**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.207**
**Internal Revenue Service**
Nonpriority Creditor's Name
**PO Box 7346**
Number   Street

**Philadelphia PA 19101**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Taxes**

$327,000.00

---

**4.208**
**International Business Machines**
Nonpriority Creditor's Name
**Dept T81/Bldg. 503**
Number   Street
**PO Box 12195**

**Durham NC 27709**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.209**
**IPT Assoc.**
Nonpriority Creditor's Name
**Gary P. Davis**
Number   Street
**700 Technology Park Drive, Ste 204**

**Billerica MA 01821**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.210**

**Ira Tichnor**
Nonpriority Creditor's Name

**14 Overlook Dr. E.**
Number  Street


**Framingham MA 01701**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.211**

**Isaias Palermo**
Nonpriority Creditor's Name

**22 Spring Street**
Number  Street


**Athol MA 01331**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.212**

**Istanbul Patent A.S.**
Nonpriority Creditor's Name

**Plaza-33, Buyukdere Cad. No: 33 / 16 Sisli**
Number  Street

**Istanbul 34381**


**TR**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.213**

**iTagged Mobile Limited**
Nonpriority Creditor's Name

**c/o Fred Stafford**
Number  Street

**44 Fitzwilliam Plae**


**Dublin 2, D02 PO27  IRELAND**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.214**
**Ivenix, Inc.**
Nonpriority Creditor's Name
**Carolyn Malleck**
Number  Street
**50 High Street Ste. 50**

**North Andover MA 01845**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.215**
**Jack Cards, LLC**
Nonpriority Creditor's Name
**Katherine Santer**
Number  Street
**1335 California Street**

**San Francisco CA 94109**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.216**
**James J. Ruskowski**
Nonpriority Creditor's Name
**31 Blake Street Unit 1**
Number  Street

**Northborough MA 01532**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.217**
**James Prater**
Nonpriority Creditor's Name
**36 Clifford Street**
Number  Street

**Southborough MA 01772**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

| | | Total claim |
|---|---|---|

**4.218**
**Jan Murray**
Nonpriority Creditor's Name
**The Center for Movement**
Number  Street
**14 Iron Hill Street**

**East Weymouth MA 02189**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.219**
**Janelle Gagnon**
Nonpriority Creditor's Name
**Mount Holyoke College**
Number  Street
**50 College Street**

**South Hadley MA 01075**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.220**
**Jasmin Cosic**
Nonpriority Creditor's Name
**45 Nye Street**
Number  Street

**Pawtucket RI 02861**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.221**
**Jason Lamprey**
Nonpriority Creditor's Name
**104a West Main Street**
Number  Street

**Dudley MA 01571**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.222**

**Jay Marketing Associates**
Nonpriority Creditor's Name
**P O Box 701515**
Number  Street
**44752 Helm St.**

**Plymouth MI 48170**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.223**

**Jesse Lewis**
Nonpriority Creditor's Name
**7 Irving Drive**
Number  Street

**Shrewsbury MA 01545**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.224**

**Jisto Inc.**
Nonpriority Creditor's Name
**20 Speen St., Suite 200**
Number  Street

**Framingham MA 01701**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.225**

**Joan E. Connors**
Nonpriority Creditor's Name
**448 West Main Street**
Number  Street

**Shrewsbury MA 01545**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.226**

__Joanna Feldheim__
Nonpriority Creditor's Name

__14 Walden Pl Apt 2__
Number   Street

__Montclair NJ 07042__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.227**

__John D Hammer__
Nonpriority Creditor's Name

__75 Main Street__
Number   Street

__Hollis NH 03049__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.228**

__John Foy__
Nonpriority Creditor's Name

__35 Cochato Park__
Number   Street

__Randolph MA 02368__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.229**

__John M. Madura__
Nonpriority Creditor's Name

__131 County Road__
Number   Street

__Hewitt NJ 07421__
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.230**
**John Mahassel**
Nonpriority Creditor's Name
**89 Kenberma Road**
Number  Street

**Worcester MA 01604**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.231**
**John Mallon**
Nonpriority Creditor's Name
**192 Plantation Drive**
Number  Street

**Tavernier FL 33070**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.232**
**Jon St. Pierre**
Nonpriority Creditor's Name
**P O Box 4261**
Number  Street

**Shrewsbury MA 01545**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.233**
**Jonathan D'Aige**
Nonpriority Creditor's Name
**406 Lake Avenue**
Number  Street

**Worcester MA 01604**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.234**

Jonathan J. Kingsbury
Nonpriority Creditor's Name
**75 N Main Street, Suite 1050**
Number   Street

**Randolph MA 02368**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.235**

Jose Maria DeMiranda
Nonpriority Creditor's Name
**Rua Belisario Augusto 20**
Number   Street
**Rio de Janerio 24230**

**Brazil**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.236**

Joseph E. Conroy
Nonpriority Creditor's Name
**119 Hosmer St.**
Number   Street

**Acton MA 01720**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.237**

JPMCB Card
Nonpriority Creditor's Name
**PO Box 15369**
Number   Street

**Wilmington DE 19850**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-xxxx**

When was the debt incurred? **12/16/2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

$9,515.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | **Total claim** |
|---|---|

**4.238**
**Juliette Nelson Valin**
Nonpriority Creditor's Name
**5400 San Jose Drive**
Number   Street

**Sarasota FL 34235**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.239**
**Kabbage**
Nonpriority Creditor's Name
**PO Box 77081**
Number   Street

**Atlanta GA 30357**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other - business loan to LLC**

$57,000.00

---

**4.240**
**KATAYOSE P ATENT**
Nonpriority Creditor's Name
**Tokyo Kensetsu Kaikan  2-5-1 Hacchobori  Chuo-ku**
Number   Street
**Tokyo 104-0032**

 **Japan**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.241**
**Katherine Schweikert**
Nonpriority Creditor's Name
**198 Swannanoa Ave;**
Number   Street

**Asheville NC 28806**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.242**
Kavounas Patent Law Office
Nonpriority Creditor's Name
PLLC
Number  Street
15600 NE 8th Street, Suite B1-255

Bellevue WA 98008
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.243**
Keith Miller
Nonpriority Creditor's Name
24 Sylvan Lane
Number  Street

Boylston MA 01505
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.244**
Kevin Donahue
Nonpriority Creditor's Name
44 Brown Road
Number  Street

Harvard MA 01451
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.245**
KEZI LLC
Nonpriority Creditor's Name
OLIVIA ASHJIAN JAMES
Number  Street
211 Homer Street

Newton MA 02459
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.246**
**Khalid Alkusayer**
Nonpriority Creditor's Name
**Sabic Innovatie Plastics**
Number   Street
**One Plastics Avenue**

**Pittsfield MA 01201**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.247**
**Kilburn and Strode LLP**
Nonpriority Creditor's Name
**Lacon London  84  Theobalds Road**
Number   Street
**London WC1X 8NL**

**England**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.248**
**Kimberly C. Kranker**
Nonpriority Creditor's Name
**55 Orchard Street**
Number   Street

**Medfield MA 02052**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.249**
**Ksplice, Inc.**
Nonpriority Creditor's Name
**Greg Price**
Number   Street
**48 Pearl Street**

**Cambridge MA 02139**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.250**
**L.S. DAVAR and CO.**
Nonpriority Creditor's Name
**Globsyn Crystals  Tower 1  2nd Floor  Block EP  Plot No. 11 and 12**
**Salt Lake  Sector V**
Number  Street
**Kolkata 700091**

**India**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.251**
**Lakshmi Kumaran and Sridharan attorneys**
Nonpriority Creditor's Name
**B-6/10  Safdarjung Enclave**
Number  Street
**New Delhi 110 029**

**India**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.252**
**Lea MacLean**
Nonpriority Creditor's Name
**15-3 Milk**
Number  Street

**Westborough MA 01581**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

---

**4.253**
**Lee and Li**
Nonpriority Creditor's Name
**7th Floor  201  Tun Hua N. Road**
Number  Street
**Taipei 10508**

**Taiwan**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  |  | Total claim |
|---|---|---|

**4.254**

**Lee International**
Nonpriority Creditor's Name
**14 F. Poongan Bldg 23 Chungjeong- RO**
Number  Street
**Seoul 3737**

**Korea**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.255**

**Lettuce Be Local**
Nonpriority Creditor's Name
**Lynn Stromberg**
Number  Street
**15 Brentwood Drive**

**Holden MA 01520**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.256**

**LeveragePoint Innovations**
Nonpriority Creditor's Name
**10 Cabot Rd #205**
Number  Street

**Medford MA 02155**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.257**

**Life Image**
Nonpriority Creditor's Name
**Legal Dept. / L. Sanderson/A. Blackmer**
Number  Street
**One Gateway Center Ste. 200**

**Newton MA 02458**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.258**
**Life Medical**
Nonpriority Creditor's Name
**Legal Dept. / Carol Fitzgerald**
Number   Street
**2070 Rre 51 21a BUilding 320a**

**Hopewell Junction NY 12533**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.259**
**Linda Reyes-Flores**
Nonpriority Creditor's Name
**c/o Dennis Bottone, Esq.**
Number   Street
**63 Atlantic Avenue 3rd Floor**

**Boston MA 02110**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **12/07/2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other - action on a judgment, BMC**

$15,134.78

---

**4.260**
**Little Star Media**
Nonpriority Creditor's Name
**Tony Mugavero**
Number   Street
**574 Broadway, Ste 603**

**New York NY 10012**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.261**
**LoanCare LLC**
Nonpriority Creditor's Name
**3637 Semtara Way ste 303**
Number   Street

**Virginia Beach VA 23452**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **-4xxx**

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other**

$0.00

| | Total claim |
|---|---|

**4.262**
Logo Protect s.c.
Nonpriority Creditor's Name
Ul. Baluckiego 26/1
Number   Street
Krakow 30-318

Poland
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.263**
Lori Glover
Nonpriority Creditor's Name
P O Box 493
Number   Street

Hopkinton MA 01748
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.264**
Lyric Semiconductor
Nonpriority Creditor's Name
Legal Dept. / Ben Vagoda
Number   Street
One Technology Way

Norwood MA 02062
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.265**
M J Peake
Nonpriority Creditor's Name
570 Rockingham Hill Road
Number   Street

Bellows Falls VT 05101
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.266** | Last 4 digits of account number: **N/A** | $0.00

**Maggie's Farm**
Nonpriority Creditor's Name
**Allison Longshore**
Number   Street
**5310 DTC Pkwy Suite F**

**Greenwood Village CO 80111**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.267** | Last 4 digits of account number: **N/A** | $0.00

**Mahesh Babani**
Nonpriority Creditor's Name
**4 Shadowbrook Lane, Apt # 8**
Number   Street

**Milford MA 01757**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.268** | Last 4 digits of account number: **N/A** | $0.00

**Maine Medical**
Nonpriority Creditor's Name
**Todd Keiller**
Number   Street
**22 Bramhall**

**Portland ME 04102**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.269** | Last 4 digits of account number: **N/A** | $0.00

**Makelight Interactive LTD**
Nonpriority Creditor's Name
**258 Kingsland Road**
Number   Street
**London E84 DG**

**ENGLAND**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.270**
**Marco Barrile**
Nonpriority Creditor's Name
**3 Coweeset Lane**
Number  Street

**West Bridgewater MA 02379**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.271**
**Mark Schuparra**
Nonpriority Creditor's Name
**26 Mt. Vernon Street Apt. 3**
Number  Street

**Boston MA 02125**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

$7,000.00

---

**4.272**
**Massachusetts Dept of Revenue**
Nonpriority Creditor's Name
**PO Box 9564**
Number  Street

**Boston MA 02114**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

$25,000.00

---

**4.273**
**Massachusetts Institute of**
Nonpriority Creditor's Name
**Legal Dept.**
Number  Street
**Five Cambridge Center**

**Cambridge MA 02142**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.274**

**Mathew Taylor**
Nonpriority Creditor's Name

**41 Upland Street**
Number    Street

**Worcester MA 01607**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.275**

**Matthew Mulvey**
Nonpriority Creditor's Name

**22 Blanchard Road**
Number    Street

**Grafton MA 01519**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.276**

**McCarthy, Burgess & Wolff, Inc.**
Nonpriority Creditor's Name

**26000 Cannon Road**
Number    Street

**Cleveland OH 44146**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.277**

**Medullan Inc.**
Nonpriority Creditor's Name

**Weston Headley**
Number    Street

**1388 Haight Street**

**San Francisco CA 94117**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.278**

**MEL Science**
Nonpriority Creditor's Name

**Bell lane Amersham**
Number  Street

**Buckingham HP6 6FA**

**England**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.279**

**Memotec Inc.**
Nonpriority Creditor's Name

**7755 Boul Henri-Bourassa W**
Number  Street

**Quebec H45 1P7**

**Canada**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.280**

**Michael Botelho**
Nonpriority Creditor's Name

**21 Turning Leaf Lane**
Number  Street

**Millbury MA 01527**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.281**

**Michael Domesick**
Nonpriority Creditor's Name

**50 Franklin Street Apt. 726**
Number  Street

**Worcester MA 01608**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.282**
**Michael Gordon**
Nonpriority Creditor's Name
**Terry**
Number   Street
**3603 Big Piney Drive**

**Kingwood TX 77345**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.283**
**MicroPay**
Nonpriority Creditor's Name
**Glenn Butler**
Number   Street
**325 Winter Street**

**Holliston MA 01746**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.284**
**Microsoft Corp**
Nonpriority Creditor's Name
**LegalDept./IP**
Number   Street
**One Microsoft Way**

**Redmond WA 98052**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.285**
**Mind First Health and Fitness**
Nonpriority Creditor's Name
**Baystate Benefits c/o Robert Jacobs**
Number   Street
**22 River St # 2**

**Braintree MA 02184**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.286**
**Mo Garad**
Nonpriority Creditor's Name
**95 Hayden**
Number  Street


**Lexington MA 02421**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.287**
**Modiano Josif  Pisanty and Staub S.r.l**
Nonpriority Creditor's Name
**Via Meravigli  16**
Number  Street
**Milan 20123**

**Italy**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

**4.288**
**Mohegan Sun**
Nonpriority Creditor's Name
**1 Mohegan Sun Boulevard**
Number  Street


**Uncasville CT 06382**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

$0.00

**4.289**
**Monitor Building**
Nonpriority Creditor's Name
**c/o New England Developmen**
Number  Street
**75 Park Plaza**

**Boston MA 02116**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.290**
**Mouhcine Lazraq**
Nonpriority Creditor's Name
**35 Nutmeg Drive**
Number   Street

**Worcester MA 01603**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.291**
**Mr. Fan Bi, c/o Blank Label Group, Inc.**
Nonpriority Creditor's Name
**Casner & Edwards - John Morrier, Esq.**
Number   Street
**303 Congress Street**

**Boston MA 02210**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.292**
**Mr. Kelly E. Ward**
Nonpriority Creditor's Name
**7 Beechwood Road**
Number   Street

**Sandown NH 03873**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.293**
**MRI Lightpainting**
Nonpriority Creditor's Name
**Michelle McSwain**
Number   Street
**141 Spencer Street #107**

**Brooklyn NY 11205**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.294**
**MUS Inc.**
Nonpriority Creditor's Name
**DBA The Green Door**
Number  Street
**953 East Sahara Ave**

**Las Vegas NV 89104**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.295**
**My-Take LLC**
Nonpriority Creditor's Name
**Todd Hoskins**
Number  Street
**2000 West Park Drive, Suite 240**

**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.296**
**MyDROBE**
Nonpriority Creditor's Name
**Julia Wetherell**
Number  Street
**14 Prince Street**

**New York NY 10012**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.297**
**Nancy L. Cantor**
Nonpriority Creditor's Name
**27 Tri Street**
Number  Street

**Ashland MA 01721**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.298**
**NanoWave**
Nonpriority Creditor's Name
**Charlie Kohn**
Number   Street
**11 Meadowbrook Road**

**Needham MA 02492**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.299**
**Nathan C. Backman**
Nonpriority Creditor's Name
**108 Ludlow Street Suite 4D**
Number   Street

**New York NY 10002**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.300**
**National Grid**
Nonpriority Creditor's Name
**Attn: Christophewr Aronson, Esq.**
Number   Street
**40 Sylvan Road**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                    $0.00

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Utility**

---

**4.301**
**NEC Energy Solutions**
Nonpriority Creditor's Name
**Legal Dept. / C. Michael Hoff**
Number   Street
**155 Flanders Road**

**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.302**
**Neosens S.A.**
Nonpriority Creditor's Name
**90 Rue du Professeur Paul Milliez**
Number  Street
**Champigny-syr-Marne**

**Ile-de-France 94500  FRANCE**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.303**
**Nested Bean**
Nonpriority Creditor's Name
**Manasi Gangan**
Number  Street
**111 Brigham St. 8G**

**Hudson MA 01749**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.304**
**netBlazr**
Nonpriority Creditor's Name
**Legal Dept. / Brough Turner**
Number  Street
**421 Watertown Street**

**Newton MA 02458**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

**4.305**
**New Creditor**
Nonpriority Creditor's Name

Number  Street

City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred: **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

$0.00

| | Total claim |
|---|---|

**4.306**
New England Complex Systems
Nonpriority Creditor's Name
**Mr. Yaneer Bar-Yam**
Number   Street
**101 Claremont Street**

**Newton MA 02458**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.307**
Nexus Global
Nonpriority Creditor's Name
**James Clement**
Number   Street
**1257 Worcester Road, Suite 279**

**Framingham MA 01701**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.308**
NicknLeela LLC
Nonpriority Creditor's Name
**NicoleSettle,JayAnnadurai**
Number   Street
**16917 Boulder Drive**

**Northville MI 48168**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.309**
Novations LLC
Nonpriority Creditor's Name
**RE: QC Check LLC**
Number   Street
**5 Greenleaf Woods Drive Ste. 101**

**Portsmouth NH 03801**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.310**
**NTD Patent and Trade Mark Agency Limited**
Nonpriority Creditor's Name
**800 W El Camino Real Suite 180**
Number   Street

**Mountain View CA 94040**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.311**
**NTT Multimedia Communications Laboratories**
Nonpriority Creditor's Name
**Kenji Takahashi**
Number   Street
**100 Global View Suite 500**

**Warrendale PA 15086**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.312**
**Nuance**
Nonpriority Creditor's Name
**Legal Dept.**
Number   Street
**1 Wayside Road**

**Burlington MA 01803**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.313**
**NV3 Technologies**
Nonpriority Creditor's Name
**c/o Powerup**
Number   Street
**3840 Bank Street**

**Baltimore MD 21224**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.314**
**Oak Knoll Software**
Nonpriority Creditor's Name
**Donald A. Dzikot**
Number  Street
**P.O. Box 539**

**Upton MA 01568**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.315**
**Octo Telematics North America**
Nonpriority Creditor's Name
**LLC**
Number  Street
**134 Rumford Avenue**

**Newton MA 02466**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.316**
**Old Road Computing**
Nonpriority Creditor's Name
**Alex Vasilevsky**
Number  Street
**851 West Cypress Creek Road**

**Fort Lauderdale FL 33309**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.317**
**Olly Shoes**
Nonpriority Creditor's Name
**C/O Lawson & Weitzen, LLP**
Number  Street
**88 Falcon Avenue, Suite 345**

**Boston MA 02210**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.318**
**Olympus NDT**
Nonpriority Creditor's Name
**Legal Dept. / Michael Drummy**
Number   Street
**48 Woerd Avenue**

**Waltham MA 02453**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.319**
**Olympus Surgical Technologies**
Nonpriority Creditor's Name
**Legal Dept.**
Number   Street
**136 Turnpike Road**

**Southborough MA 01772**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.320**
**ONDA TECHNO Intl. Patent Attys.**
Nonpriority Creditor's Name
**12-1 Omiya-cho 2-chome**
Number   Street
**Gifu 500-8731**

**Japan**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.321**
**One Off Apparel**
Nonpriority Creditor's Name
**Jeffrey Lavin**
Number   Street
**94 Tuttle Road**

**Sterling MA 01564**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | **Total claim** |
|---|---|

**4.322**
**Oneiro NA**
Nonpriority Creditor's Name
**Matt Dias**
Number   Street
**545 Boylston Street, 6th Floor**

**Boston MA 02116**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.323**
**OnMobile Live**
Nonpriority Creditor's Name
**Legal Dept.**
Number   Street
**136-40 39th Ave, #602**

**Miami FL 33134**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.324**
**Optoglo**
Nonpriority Creditor's Name
**Kevin Donahue**
Number   Street
**44 Brown Road**

**Harvard MA 01451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.325**
**orLater Productions, LLC**
Nonpriority Creditor's Name
**Todd H. Davis**
Number   Street
**321 Hill Road**

**Boxborough MA 01719**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

| | | Total claim |
|---|---|---|

**4.326**
Orthopedix
<small>Nonpriority Creditor's Name</small>
Adam Eltorai, CEO
<small>Number  Street</small>
201 East Jefferson Street 111d

Louisville KY 40202
<small>City, State, ZIP Code</small>
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: <small>Check all that apply</small>
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.327**
Outcome Sciences
<small>Nonpriority Creditor's Name</small>
Legal Dept. / Dr. Richard E. Gliklich
<small>Number  Street</small>
201 Broadway

Cambridge MA 02139
<small>City, State, ZIP Code</small>
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: <small>Check all that apply</small>
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.328**
Pain and Ceballos LLP
<small>Nonpriority Creditor's Name</small>
10388 Keele Street
<small>Number  Street</small>
Vaughan, Ontario  L6A 4M9

CANADA
<small>City, State, ZIP Code</small>
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: <small>Check all that apply</small>
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.329**
PANAWELL and PARTNERS  LLC
<small>Nonpriority Creditor's Name</small>
1002-1005  China Life Tower  16 Chao Yang Men Wai Street
Chaoyang District
<small>Number  Street</small>
Beijing 100020

China
<small>City, State, ZIP Code</small>
**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: <small>Check all that apply</small>
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.330**

Patrick Igwenagu

Nonpriority Creditor's Name

P O Box 7354

Number    Street

Worcester MA 01605

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.331**

Patrick Notti

Nonpriority Creditor's Name

885 South Brooksvale Road

Number    Street

Cheshire CT 06410

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.332**

Paul Leger

Nonpriority Creditor's Name

2 Shawmut Avenue

Number    Street

Marlborough MA 01752

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.333**

Paul R. Movsesian

Nonpriority Creditor's Name

53 White Ave,.

Number    Street

Riverside RI 02915

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                            $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.334**
**PEDTECH**
Nonpriority Creditor's Name
**c/o Pedology, LLC**
Number  Street
**715 Sandstone Drive**

**South Windsor CT 06074**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.335**
**Pennsylvania State University**
Nonpriority Creditor's Name
**Office of the Bursar**
Number  Street
**103 Shields Bldg.**

**University Park PA 16802**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Other - possible liability for son's tuition.**

$0.00

---

**4.336**
**Perimeter Internetworking**
Nonpriority Creditor's Name
**440 Wheelers Farm Road**
Number  Street
**Merritt Crossing, Suite 202**

**Milford CT 00064**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.337**
**Peter Singluff**
Nonpriority Creditor's Name
**2 Appian Way**
Number  Street

**Allston MA 02134**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.338**
PhotOral, Inc.
Nonpriority Creditor's Name
**80 Hayden Avenue**
Number   Street

**Lexington MA 02421**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.339**
Plimoth Bay
Nonpriority Creditor's Name
**Patrick Cook**
**11 South Park Ave**
Number   Street

**Plymouth MA 02360**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.340**
Pluhg
Nonpriority Creditor's Name
**c/o Ximzee**
Number   Street
**5049 Bonnie Brae Rd; North Chesterfield, VA, 23234**

**North Chesterfield VA 23234**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.341**
PLUM Computer Consulting
Nonpriority Creditor's Name
**Bruce Pezzlo**
Number   Street
**304 Newbury Street, #354**

**Boston MA 02115**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.342**

**Pnc IP Group**
Nonpriority Creditor's Name

**10388 Keele Street**
Number   Street

**Vaughan OPN L6A 4M9**

**Canada**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.343**

**PollyMorphic, Inc.**
Nonpriority Creditor's Name

**Paul Hodara**

**204 Croton Avenue**
Number   Street

**Mt. Kisco NY 10549**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.344**

**Popsurvey**
Nonpriority Creditor's Name

**Siamak Taghaddos**

**197 1st Ave, Suite 200**
Number   Street

**Needham MA 02494**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.345**

**Power Development International**
Nonpriority Creditor's Name

**Thomas M. Feldman, CEO**

**48 Griscom Road**
Number   Street

**Wayland MA 01778**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.346**
**Precision Fabricators**
Nonpriority Creditor's Name
**David Diamond**
Number  Street
**171 Tosca Drive**

**Stoughton MA 02072**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.347**
**ProcessUnity, Inc.**
Nonpriority Creditor's Name
**Legal Dept. / Todd A. Stone**
Number  Street
**470 Totten Pond Road**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.348**
**Prof. Christopher A. Brown**
Nonpriority Creditor's Name
**WPI 235WB**
Number  Street
**100 Institute Road**

**Worcester MA 01609**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.349**
**Professional Technologies International**
Nonpriority Creditor's Name
**Martin Andersson**
Number  Street
**184 Century Mill Road**

**Bolton MA 01740**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.350**
**Prolucid Technologies**
Nonpriority Creditor's Name
**Inc.**
Number   Street
**190 Robert Specik Parkway Canada**

**Mississauga L4Z 3K3**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.351**
**Pure BS Maple**
Nonpriority Creditor's Name
**Bruce Hopper**
Number   Street
**149 Central Street**

**Auburn MA 01501**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.352**
**Pyrigan & Company**
Nonpriority Creditor's Name
**John Partridge**
Number   Street
**15 Lanark Road**

**Wellesley MA 02481**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

---

**4.353**
**Quewey Inc.**
Nonpriority Creditor's Name
**c/o Allied Security Trust**
Number   Street
**100 Overlook Center, 2nd FLoor**

**Princeton NJ 08540**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**                                                   $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.354**

**Radeum Inc.**
Nonpriority Creditor's Name

**DBA Freelinc**
Number   Street

**266 W. Center Street**

**Orem UT 84057**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                 $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.355**

**Radosveta Rizzo**
Nonpriority Creditor's Name

**9495 Graud Est. Way**
Number   Street

**Boca Raton FL 33496**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:                 $0.00

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other - judgment in Florida**

---

**4.356**

**Ramp Holdings**
Nonpriority Creditor's Name

**Anthony D'Amore**
Number   Street

**100 Franklin Street Ste. 705**

**Boston MA 02110**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                 $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.357**

**Ria Guerra**
Nonpriority Creditor's Name

**65 McGill Drive**
Number   Street

**Grafton MA 01519**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                 $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.358**
Richard K Perry
Nonpriority Creditor's Name
350 Flax Hill Road
Number    Street

Norwalk CT 06854
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.359**
Richard N. Koch
Nonpriority Creditor's Name
500 Atlantic Avenue Unit 21E
Number    Street

Boston MA 02210
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.360**
Rigaku Raman Technologies
Nonpriority Creditor's Name
Bree Allen
Number    Street
30 Upton Dr. Ste. 2

Wilmington MA 01887
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.361**
Riverbed Technology
Nonpriority Creditor's Name
Ryan Damon
Number    Street
680 Folsom St.

San Francisco CA 94107
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.362**
**RNK Telecom**
Nonpriority Creditor's Name
**Legal Dept. / Michael Tenore**
Number  Street
**333 Elm Street, Suite 310**

**Dedham MA 02026**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.363**
**Rob Ladeau**
Nonpriority Creditor's Name
**Dedicated2imaging LLC**
Number  Street
**200 International Dr. Ste. 195**

**Portsmouth NH 03801**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.364**
**Robert Evans**
Nonpriority Creditor's Name
**153 Belcher Drive**
Number  Street

**Sudbury MA 01776**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice only**

$0.00

---

**4.365**
**Robert Richards**
Nonpriority Creditor's Name
**15 Lucia Drive**
Number  Street

**Milford MA 01757**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

| | Total claim |
|---|---|

**4.366**
**Rodney Libby**
Nonpriority Creditor's Name
**1180 Palms Road**
Number  Street

**Columbus MI 48063**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.367**
**Ron Ben-Natan**
Nonpriority Creditor's Name
**370 Marrett Road**
Number  Street

**Lexington MA 02421**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.368**
**Ron Leger**
Nonpriority Creditor's Name
**41 Wyman Road**
Number  Street

**Billerica MA 01821**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.369**
**S.C. TRIDI SYSTEMS S.R.L.**
Nonpriority Creditor's Name
**Str. Ion Creanga No. 4  A6**
Number  Street
**Medias 551017**

**Romania**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.370**
**S2 Security**
Nonpriority Creditor's Name
**Legal Dept.**
Number  Street
**One Speen Street**

**Framingham MA 01701**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.371**
**S4 Inc.**
Nonpriority Creditor's Name
**Chandu Shah**
Number  Street
**209 Burlington Road Ste 105**

**Bedford MA 01730**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.372**
**Saba and Co. Intellectual Property s.a.l. (Offshore)**
Nonpriority Creditor's Name
**Saba House, Saïd Freiha Street**
Number  Street
**Hazmieh, Beirut**

**LEBANON**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

---

**4.373**
**Salesforce.com**
Nonpriority Creditor's Name
**Legal/IP**
Number  Street
**415 Mission Street 3rd Floor**

**San Francisco CA 94105**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.374**
Sam Pendergast
Nonpriority Creditor's Name
**26 Peach Hill Road**
Number   Street

**Berlin MA 01503**
City, State, ZIP Code

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.375**
Sanbolic Inc.
Nonpriority Creditor's Name
**Legal Dept. / Momchil V. Michailov, CEO**
Number   Street
**112 Highland Avenue**

**Somerville MA 02143**
City, State, ZIP Code

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.376**
Sanz, Inc.
Nonpriority Creditor's Name
**Legal Dept. / Mark Hardy, VP**
Number   Street
**8480 E Orchard Road**

**Englewood CO 80111**
City, State, ZIP Code

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.377**
Saralsoft LLC
Nonpriority Creditor's Name
**Fenil Shah**
Number   Street
**4A, 1700 Main Street**

**Houston TX 77002**
City, State, ZIP Code

Last 4 digits of account number: **N/A**          $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.378**

**Sartorius Lab Instruments GmbH & Co. KG**
Nonpriority Creditor's Name

**Otto-Brenner-Str. 20**
Number  Street

**Boettingen 37079**

**Germany**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.379**

**Schroff Technologies International**
Nonpriority Creditor's Name

**Richard DeFelice**
Number  Street

**376 Dry Bridge Road, Bldg H-1**

**North Kingstown RI 02852**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.380**

**Scooterbug**
Nonpriority Creditor's Name

**Jim Moroney**
Number  Street

**6 Jersey Lane**

**Manchester MA 01944**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.381**

**Sensata Technologies**
Nonpriority Creditor's Name

**P.O. Box 2964**
Number  Street

**529 Pleasant Street**

**Attleboro MA 02703**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.382**
**Seven Seas IP Agency Shanghai**
Nonpriority Creditor's Name
**Unit 02B  43rd Floor  Hong Kong New World Tower  300 Huaihai Road Central  Huangpu District**
Number  Street
**Shanghai 20021**

**China**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Firm's Client**

---

**4.383**
**Seventh Wave Brewing**
Nonpriority Creditor's Name
**120 North Meadows Road**
Number  Street

**Medfield MA 02052**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.384**
**Shareable Inc**
Nonpriority Creditor's Name
**3 City Avenue ste 400**
Number  Street

**Nashville TN 37209**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.385**
**Shawn Michael Freeman**
Nonpriority Creditor's Name
**43 High Street**
Number  Street

**Plainville MA 02762**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                     $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

Debtor 1    Barry Wisner Chapin

Case number: 1:20-bk-10324

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.386**

**Shelston IP**

Nonpriority Creditor's Name

**Level 21 60 Margaret Street**

Number   Street

**Sydney 2000 Wales**

**New South**

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.387**

**ShesConnected Multimedia**

Nonpriority Creditor's Name

**Donna Marie Antoniadis**

Number   Street

**2300 Yonge Street, Suite 1600**

**TORONTO, ON M4P 1E4, CA**

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.388**

**SHIGA INTERNATIONAL PATENT OFFICE**

Nonpriority Creditor's Name

**GranTokyo South Tower  1-9-2 Marunouchi  Chiyoda-ku**

Number   Street

**Tokyo 100+6620**

**Japan**

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.389**

**Shingle Eater**

Nonpriority Creditor's Name

**16 Jones Creek**

Number   Street

**Scarborough ME 04074**

City, State, ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**     $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

| | Total claim |
|---|---|

**4.390**
**Shuai Chen**
Nonpriority Creditor's Name
**125 South Street, Unit 263**
Number   Street

**Vernon Rockville CT 06066**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

**4.391**
**Siavash Mortazavi**
Nonpriority Creditor's Name
**5001 Windsor Oaks Dr;**
Number   Street

**Fort Wayne IN 46835**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

**4.392**
**Sifferman Technology**
Nonpriority Creditor's Name
**Andy Sifferman**
Number   Street
**36 Gage Road**

**Bedford NH 03110**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

**4.393**
**Sifos Technologies**
Nonpriority Creditor's Name
**Legal Dept. / David M. Lucia**
Number   Street
**One Tech Drive, Ste 100**

**Andover MA 01810**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.394**

**Simon Edelhaus**
Nonpriority Creditor's Name

**Transwitch Corp.**
Number  Street

**3 Enterprise Drive**

**Shelton CT 06484**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.395**

**Simple Machine**
Nonpriority Creditor's Name

**David Duchnowski**
Number  Street

**16 Chace Street**

**Clinton MA 01510**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.396**

**Sirvisetti Systems Corporation**
Nonpriority Creditor's Name

**Krishna Gazula**
Number  Street

**20 Freemont Street**

**Lexington MA 02421**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.397**

**Smart and Biggar LLP**
Nonpriority Creditor's Name

**55 Metcalfe Street  Suite 900  P.O. Box 2999  Station D**
Number  Street

**Ottawa K1P 5Y6**

**Canada**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.398**

**Smith & Nephew**
Nonpriority Creditor's Name

**Legal Dept.**
Number  Street

**150 Minuteman Road**

**Andover MA 01810**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.399**

**Sobrio**
Nonpriority Creditor's Name

**Nadav Ullman**
Number  Street

**270 Middle Tpke (Rt 44)-Unit 203**

**Storrs CT 06269**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.400**

**Sorriso Technologies**
Nonpriority Creditor's Name

**George Finn**
Number  Street

**610 Devenwood Way**

**Clinton MA 01510**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.401**

**Soteria Networks**
Nonpriority Creditor's Name

**Brandon Chen**
Number  Street

**1500 District Avenue**

**Burlington MA 01803**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.402**

Source Audio
Nonpriority Creditor's Name

Legal Dept. / Roger Smith
Number  Street

P O Box 290058

Boston MA 02129
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.403**

SourcedCity
Nonpriority Creditor's Name

Bonnie Burgett - Quartz Properties
Number  Street

275 Grove Street Ste 2-401

Auburndale MA 02466
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.404**

South Shore Cooperative
Nonpriority Creditor's Name

Legal Dept.
Number  Street

195 Washington Street

Weymouth MA 02188
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.405**

Spb Software
Nonpriority Creditor's Name

Legal Dept. / A. Moskvitch/J. Dowdy
Number  Street

14 Washington Place

Hackensack NJ 07601
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**  $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  |  | Total claim |
|---|---|---|

**4.406**
Spb TV AG
Nonpriority Creditor's Name
Baarerstrasse 10
Number  Street
Zug 6304

 Switzerland
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.407**
Spectrum Metal Works
Nonpriority Creditor's Name
Thomas A. Kenny
Number  Street
1090 Doris Road

Auburn Hills MI 48326
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.408**
Spinnaker Venture Partners
Nonpriority Creditor's Name
Legal Dept. / Mark Roth
Number  Street
1 Broadway (Kendal Sq)

Cambridge MA 02142
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.409**
SPINNEY
Nonpriority Creditor's Name
23 Gordon Avenue
Number  Street

Pelham NH 03076
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.410**

Spruson and Ferguson Pty Limited
Nonpriority Creditor's Name
GPO Box 3898
Number  Street
New South Wales 2001

Australia
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.411**

Stegosystems
Nonpriority Creditor's Name
Jack Shields
Number  Street
460 11th Ave South

Naples FL 34102
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.412**

Stephen L Blumberg
Nonpriority Creditor's Name
Kyrus Mobile LLC
Number  Street
33 Bradford Street

Concord MA 01742
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.413**

Sterilis Medical
Nonpriority Creditor's Name
85 Swanson Road, Suite 110
Number  Street

Boxborough MA 01719
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.414**

**Steven Hickey**
Nonpriority Creditor's Name

**PO Box 539**
Number   Street

**Ashland MA 01721**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.415**

**Stoller Sportswear**
Nonpriority Creditor's Name

**Mike Stoller**
Number   Street

**120 Whipple Street**

**Weymouth MA 02190**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.416**

**STONEMAKERS**
Nonpriority Creditor's Name

**Judy Armstrong**
Number   Street

**63 Elm Road**

**Devens MA 01434**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.417**

**Stoplift Inc.**
Nonpriority Creditor's Name

**Legal Dept. / Malay Kundu**
Number   Street

**864 Spring Street NW**

**Atlanta GA 30308**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.418**

**Streaming Media Technologies GmBH dba make.tv**
Nonpriority Creditor's Name

**ImMediaPark 5**
Number  Street

**Koln 50670**

**Germany**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.419**

**Summit International Medical**
Nonpriority Creditor's Name

**Mike Merchant**
Number  Street

**20 Addison Avenue**

**Franklin MA 02038**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.420**

**SwipeOut**
Nonpriority Creditor's Name

**Ming-Tai Huh**
Number  Street

**257 Washington Street**

**Cambridge MA 02139**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.421**

**Tactician Corp.**
Nonpriority Creditor's Name

**Tony Buxton**
Number  Street

**305 North Main Street**

**Andover MA 01810**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

|  | | Total claim |
|---|---|---|

**4.422**

**TAFI Media**
Nonpriority Creditor's Name

**Rokach Blvd 101 (MIXER), P.O.B. 53169.**
Number   Street

**6153101, ISRAEL, TEL AVIV**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.423**

**TAIWAN INTERNATIONAL PATENT and LAW OFFICE**
Nonpriority Creditor's Name

**7TH FLOOR  WE SHENG BUILDING**
Number   Street

**NO. 125 NANKING EAST ROAD  SEC. 2**

**Taipei 10409  TAIWAN**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Firm's Client**

$0.00

---

**4.424**

**Teleslope Deckforms**
Nonpriority Creditor's Name

**Dennis Carignan**
Number   Street

**2180 Whispering Waters Pass**

**Flushing MI 48433**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.425**

**Tender Touch**
Nonpriority Creditor's Name

**Shari McStay**
Number   Street

**2 Stevens Road**

**Marblehead MA 01945**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.426**
**That's My Ticket**
Nonpriority Creditor's Name
**Legal Dept. / Dean Macchi**
Number   Street
**165 Main St ste. 109**

**Medway MA 02053**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.427**
**The Goodness Inc.**
Nonpriority Creditor's Name
**Jay Sun**
Number   Street
**61 Brookline Ave, Unit 322**

**Boston MA 02115**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.428**
**The Talaria Co. dba Hinckley**
Nonpriority Creditor's Name
**Sheryl Altman**
Number   Street
**One Little Harbor Landing**

**Portsmouth RI 02871**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

---

**4.429**
**Thermo Fisher Scientific**
Nonpriority Creditor's Name
**Legal Dept.**
Number   Street
**168 Third Ave.**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

$0.00

| | | Total claim |
|---|---|---|

**4.430** | Last 4 digits of account number: **N/A** | $0.00
**ThingMagic**
Nonpriority Creditor's Name

When was the debt incurred? **N/A**

**Legal Dept. / Bernd Schoner**
Number   Street

As of the date you file, the claim is: Check all that apply

**108 Auburn Street**
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Cambridge MA 02138**
City, State, ZIP Code

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.431** | Last 4 digits of account number: **N/A** | $0.00
**Thinkflood**
Nonpriority Creditor's Name

When was the debt incurred? **N/A**

**Mattew Eagar**
Number   Street

As of the date you file, the claim is: Check all that apply

**138 Claflin Street**
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Belmont MA 02478**
City, State, ZIP Code

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.432** | Last 4 digits of account number: | $7,737.50
**Thirty 2 Fairfield Street LLC**
Nonpriority Creditor's Name

When was the debt incurred? **2019**

**32 Fairfield Street Unit 2**
Number   Street

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Boston MA 02116**
City, State, ZIP Code

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Personal Loan**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**4.433** | Last 4 digits of account number: **N/A** | $0.00
**Thomas H. Rap[ko**
Nonpriority Creditor's Name

When was the debt incurred? **N/A**

**16 Concord Square, Apt. 4**
Number   Street

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Boston MA 02118**
City, State, ZIP Code

**Who incurred the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.434**
**Thomas Kilgallen**
Nonpriority Creditor's Name
**44 Cutler Road**
Number   Street

**Andover MA 01810**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.435**
**Tick Tock LLC**
Nonpriority Creditor's Name
**Keri Steckler**
Number   Street
**151 Chestnut Street**

**Andover MA 01810**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.436**
**Tilera Corp.**
Nonpriority Creditor's Name
**John Brown**
Number   Street
**350 Oakmead Pkwy, Ste 100**

**Sunnyvale CA 94085**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.437**
**Tim Bulman**
Nonpriority Creditor's Name
**32 Fairfield Street #2**
Number   Street

**Boston MA 02116**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | | Total claim |
|---|---|---|

**4.438**
Timothy O'Neil
Nonpriority Creditor's Name
**Team O'Neil Rally School**
Number    Street
**178 Miller Road**

**Dalton NH 03598**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.439**
Tivoli Audio
Nonpriority Creditor's Name
**Legal Dept.**
Number    Street
**451 D Street, Suite 902**

**Boston MA 02210**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.440**
Touch Give
Nonpriority Creditor's Name
**Glenn Butler**
Number    Street
**325 Winter Street**

**Holliston MA 01746**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.441**
Town of Westborough
Nonpriority Creditor's Name
**34 West Main Street**
Number    Street

**Westborough MA 01581**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number:

When was the debt incurred? **UNKNOWN**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Taxes**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.442**
trilioData
Nonpriority Creditor's Name
David S. Safaii
Number  Street
105B South Street

Hopkinton MA 01748
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.443**
Tronox
Nonpriority Creditor's Name
211 North Robinson Avenue
Number  Street
One Leadership Square, Suite 300

Oklahoma City OK 73102
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.444**
Tufts Medical Center
Nonpriority Creditor's Name
800 Washington Street
Number  Street

Boston MA 02111
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.445**
Two Six Labs
Nonpriority Creditor's Name
Adam Bernstein
Number  Street
4350 N. Fairfax Drive Ste. 410

Arlington VA 22203
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.446**
**UMass Amherst**
Nonpriority Creditor's Name
**Technology Transfer Office**
Number   Street

**Amherst MA 01003**
City, State, ZIP Code

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.447**
**UMass fall River**
Nonpriority Creditor's Name
**Commercial Ventures and IP**
Number   Street
**151 Maritime Street**

**Fall River MA 02723**
City, State, ZIP Code

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.448**
**UMass Lowell**
Nonpriority Creditor's Name
**Director CVIP**
Number   Street
**600 Suffolk Street 2nd Fl. S.**

**Lowell MA 01854**
City, State, ZIP Code

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.449**
**UMass Medical**
Nonpriority Creditor's Name
**Office of Technology Management**
Number   Street
**55 Lake Avenue North S4-110**

**Worcester MA 01655**
City, State, ZIP Code

Last 4 digits of account number: **N/A**                                                  $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.450**
**Unspoken Emotions**
Nonpriority Creditor's Name
**c/o Genevieve Botelho**
Number  Street
**945 W. Boylston Street**

**Worcester MA 01606**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.451**
**USA Sharp**
Nonpriority Creditor's Name
**Cindy Femino**
Number  Street
**201 W. Grove Street**

**Middleboro MA 02346**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.452**
**V-Nova Ltd**
Nonpriority Creditor's Name
**One Sheldon Square**
Number  Street
**London W2 6TT**

 **England**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.453**
**Valerie K Parker**
Nonpriority Creditor's Name
**172 Middle Street Ste 107**
Number  Street

**Lowell MA 01852**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

|  | Total claim |
|---|---|

**4.454**

**Vassili Philippov**
Nonpriority Creditor's Name

**34 Shire Lane**
Number   Street

**Chorleywood WD 3 5NP ENGLAND**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.455**

**VCE Compoany**
Nonpriority Creditor's Name

**Jane Merrit Balcom**
Number   Street

**One Dell Way**

**Round Rock TX 78682**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.456**

**VeriFone**
Nonpriority Creditor's Name

**Albert Liu**
Number   Street

**88 West Plumeria Drive**

**San Jose CA 95134**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.457**

**Veterans United Craft**
Nonpriority Creditor's Name

**Ronald Gamble**
Number   Street

**8999 Western Way #104**

**Jacksonville FL 32256**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.458**

Veterans' Group LLC dba

Nonpriority Creditor's Name

**Jay Hoflich**

Number  Street

**320 Nevada Street, Suite 301**

**Newton MA 02460**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.459**

Vicente Sederberg

Nonpriority Creditor's Name

**Christian Sederberg**

Number  Street

**2 Seaport Lane 11th Floor**

**Boston MA 02210**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.460**

Victor Vaval

Nonpriority Creditor's Name

**53 Cass Avenue**

Number  Street

**Dedham MA 02026**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.461**

VidSys Inc.

Nonpriority Creditor's Name

**Legal Dept. / Susan Gniadek**

Number  Street

**8219 Leesburg Pike Ste. 250**

**Vienna VA 22182**

City, State, ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number: **N/A**                                $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

### 4.462
**Vijay L. Sood**
Nonpriority Creditor's Name
**75 Middlesex Turnpike**
Number  Street

**Burlington MA 01803**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

### 4.463
**Vincent M. DiTaranto**
Nonpriority Creditor's Name
**670 West Boylston Street**
Number  Street

**Worcester MA 01606**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

### 4.464
**Virsec Systems**
Nonpriority Creditor's Name
**Ray DeMeo**
Number  Street
**125 Nagog Park, Ste 220**

**Acton MA 01720**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

### 4.465
**Vistaprint**
Nonpriority Creditor's Name
**IP/Legal Jessica Costa**
Number  Street
**75 Wyman Street**

**Waltham MA 02451**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.466**
**Vistaprint Schweiz GmbH**
Nonpriority Creditor's Name
**Tech oparkstrasse Ch**
Number   Street
**Winterthur 8406**

**Switzerland**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.467**
**Vowbids**
Nonpriority Creditor's Name
**Matt Marhefka**
Number   Street
**20751 Sorolla Ter**

**Boca Raton FL 33433**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.468**
**Vsnap Inc.**
Nonpriority Creditor's Name
**Dave McLaughlin, CEO**
Number   Street
**94 Hemlock St.**

**Arlington MA 02474**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.469**
**Waleed Syed**
Nonpriority Creditor's Name
**106 High Street**
Number   Street

**Ashland MA 01721**
City, State, ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**      $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

| | | Total claim |
|---|---|---|

**4.470**
**Waste to Watts**
Nonpriority Creditor's Name
**Chris Hamman**
Number  Street
**905 Cleveland Street, Suite B**

**Durham NC 27701**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.471**
**WattJoule Corp.**
Nonpriority Creditor's Name
**Greg Cipriano**
Number  Street
**100 Jackson Road, Suite 10**

**Devens MA 01434**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.472**
**Wayne Gibson**
Nonpriority Creditor's Name
**37 Riverside Street**
Number  Street

**Portsmouth RI 02871**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

---

**4.473**
**WEbook**
Nonpriority Creditor's Name
**Don Sullivan**
Number  Street
**110 W. 40th Street, Suite 1601**

**New York NY 10018**
City, State, ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.474**

Wendell E. Bishop

Nonpriority Creditor's Name

110 Antlers Shore Drive

Number   Street

East Falmouth MA 02536

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.475**

Westborough Toyota

Nonpriority Creditor's Name

Charley Tonelli

Number   Street

271 Turnpike Road

Westborough MA 01581

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.476**

Will Vazquez

Nonpriority Creditor's Name

168 Third Ave.

Number   Street

Waltham MA 02451

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.477**

William R. Kelly Jr.

Nonpriority Creditor's Name

85 Highland Ave

Number   Street

Hull MA 02045

City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Total claim |
|---|---|---|

**4.478**
**Wing Power**
Nonpriority Creditor's Name
**Harry Ruda, CEO**
Number  Street
**67 S Bedford St 400W**

**Burlington MA 01803**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.479**
**Wire Structures**
Nonpriority Creditor's Name
**Andrew M. Knott**
Number  Street
**115 Glen Avenue**

**Upton MA 01568**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.480**
**Wireless On Water**
Nonpriority Creditor's Name
**3604 Parker St;**
Number  Street


**Dearborn MI 48124**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

---

**4.481**
**Withers & Rogers LLP**
Nonpriority Creditor's Name
**150 Arundel Gate**
Number  Street
**Sheffild S1 2FN**

**England**
City, State, ZIP Code
**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

$0.00

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | Total claim |
|---|---|

**4.482**

**Worcester Manufacturing**
Nonpriority Creditor's Name
**Charles Flanagan**
Number  Street
**35 New Street**

**Worcester MA 01605**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.483**

**Worcester Polytechnic Institute**
Nonpriority Creditor's Name
**Todd Keiller**
Number  Street
**100 Institute Road**

**Worcester MA 01609**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.484**

**Wrays Pty Ltd**
Nonpriority Creditor's Name
**PO Box Z5466 St Georges Tce**
Number  Street
**Perth 6000**

**Australia**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.485**

**Wyngspan**
Nonpriority Creditor's Name
**Christopher Walsh**
Number  Street
**25 Braintree Office Park Suite 200;**

**Braintree MA 02184**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**                    $0.00

When was the debt incurred? **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

| | Total claim |
|---|---|
| | |

**4.486**
**XpresspaX**
Nonpriority Creditor's Name
**David A. Moses, President**
Number  Street
**65 South Street Ste 102**

**Hopkinton MA 01748**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.487**
**Y.P. LEE  MOCK PARTNERS**
Nonpriority Creditor's Name
**12F Daelim Acrotel  13 Eonju-ro 30-gil  Gangnam-gu**
Number  Street
**Seoul 6292**

**Korea**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Firm's Client**

---

**4.488**
**Yakaback**
Nonpriority Creditor's Name
**Robert Pais**
Number  Street
**15 South Main Street PO Box 173**

**Sharon MA 02067**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

---

**4.489**
**Yale University**
Nonpriority Creditor's Name
**Office of Cooperative Research**
Number  Street
**433 Temple Street**

**New Haven CT 06511**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number: **N/A**    $0.00

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Notice Only**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| | Total claim |
|---|---|

**4.490**
**Yandex Europe AG**
Nonpriority Creditor's Name
**Citybay BUsiness Center, Weftestrasse 4**
Number  Street
**CH 6005 Lucerne**

**SWITZERLAND**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.491**
**Zhengxing Yang**
Nonpriority Creditor's Name
**Fang Chui Tech Usa, Inc**
Number  Street
**136-40 39th Ave, #602**

**Flushing NY 11354**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.492**
**Zoundry LLC**
Nonpriority Creditor's Name
**Lawrence C. Lee**
Number  Street
**60 Jerimoth Drive**

**Branford CT 06405**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

**4.493**
**Zvox**
Nonpriority Creditor's Name
**Tom Hannaher**
Number  Street
**17 Columbia Street**

**Swampscott MA 01907**
City, State, ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number: **N/A**

When was the debt incurred: **N/A**

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

$0.00

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Debtor 1    Barry Wisner Chapin

Case number: 1:20-bk-10324

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| 1 | |
|---|---|
| **Dennis M. Bottone, Esq.** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Creditor's Name | Line **4.70** of (Check one): |
| **Bottone|Reiling** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **63 Atlantic Avenue 3rd Floor** | |
| | Last 4 digits of account number: **UNKNOWN** |
| **Boston MA 02110** | |
| City, State, ZIP Code | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** ........................................................... | 6a. | $0.00 |
| | **6b. Taxes and certain other debts you owe the government** ...................................... | 6b. | $0.00 |
| | **6c. Claims for death or personal injury while you were intoxicated**........................................ | 6c. | $0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here................ | 6d. | $0.00 |
| | **6e. Total** Add lines 6a through 6d. ......................................................... | 6e. | $0.00 |
| **Total claims from Part 2** | **6f. Student loans**........................................................................ | 6f. | $0.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** ...................................................... | 6g. | $90,000.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts**...................................... | 6h. | $0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here................................ | 6i. | $667,787.49 |
| | **6j. Total.** Add lines 6f through 6i. ........................................................... | 6j. | $757,787.49 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    **Barry Wisner Chapin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number    **1:20-bk-10324**
(If known)

☒ Check if this is an amended filing

## Official Form 106Dec
# Amended Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person **N/A**. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

Signature of Debtor 1                              10/16/2020
                                                   Date

Signature of Debtor 2                              10/16/2020
                                                   Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

# United States Bankruptcy Court
## District of Massachusetts
## Boston Division

In re: **Chapin, Barry**                                    Case No. **1:20-bk-10324**

## VERIFICATION OF AMENDED CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.

_____        10/16/2020
Debtor                                                                    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

3-D Immersive Collaborative Consulting
Adam Eltorai
2729 Old Washingotn Road
Westminster, MD  21157

32-34 Fairfield Street Condo. Assn
c/o Modica Associates
131 Park Drive
Boston, MA  02115

3D Immersive Collaborative
Julie LeMoine
2729 Old Washington Road
Westminster, MD  21157

A Focused Force
William Comeau
66 Orchard Street
Leominster, MA  01453

A123 Systems
Accounts Payable
39000 Seven Mile Road
Livonia, MI  48152

Abel and Imray
20 St. Andrew Street
London EC4A 3AG
England

Acacia Research
Matthew Vella
4 Park Plaza, Suite 550
Irvine, CA  92614

Adam Charles Frank
177 Amity Street #3
Brooklyn, NY  11201

Adobe Systems
Legal Dept.
345 Park Avenue
San Jose, CA  95110

Advanced Business
Paul Laskow
39 Blossom Court
Westborough, MA  01581

Aladdin Connolly
c/o A&A Accountants
539 Massasoit Road
Worcester, MA  01604

Alan Osmundsen
56 Station Avenue
Staten Island, NY  10309

Altova GmbH
Rudolfsplatz 13a/9
Vienna A-1010
Austria

American Express
PO Box 981537
El Paso, TX  79998

AmSher Collection Services, Inc.
4524 Southlake Pkwy Ste. 15
Birmingham, AL  35244

Analog Devices
IP Legal Dept - Tom Philbin
Three Technology Way
Norwood, MA  02062

Analogic Corp.
John Fry
8 Centennial Drive
Peabody, MA  01960

Anthony Linn
10 Mohawk Drive
Westborough, MA  01581

Antwaine Debnam
c/o Capri Media Co.
885 Garden Street
Hartford, CT  06112

AOYAMA and PARTNERS
Umeda Hankyu Bldg  Office Tower  8-1  Kakuda-cho  Kita-ku
Osaka 530-0017
Japan

Ardence Inc.
Anne Huemme
851 West Cypress Creek Road
Fort Lauderdale, FL   33309

ARIEL Field Services
Legal Dept. / Steven J. Salimbas CEO
6 C Street
Billerica, MA   01821

Arnold G. Reinhold
14 Fresh Pond Place
Cambridge, MA   02138

Arod Shatil
2 Long Meadow Rd,
Westford, MA   01886-2401

Artificial Cognition
Legal Dept.
27 Pill Hill Lane
Duxbury, MA   02332

Arxan Technologies
Attn. Accounts Payble
650 California Street, Suite 2750
San Franciso, CA   94108

Astor Condo Assoc. Inc.
c/o First Service Residential
2590 N. 28th Terr.
Hollywood, FL   33020

AT&T
4331 Communications Dr. Flr 4W
Dallas, TX   75211

AVAYA
4655 Great America Parrkway
Santa Clara, CA   95054

AVTECH Software
Rick Grundy
16 Cutler Street
Warren, RI  02885

Baker and McKenzie - CIS  Limited
White Gardens  10th Floor  9 Lesnaya Street
Moscow 125196
Russia

Bakku Technologies
Mitch Gaines
4307 Parkmead Drive
Seabrook, TX  77586

Bank Of The West
13505 California Street
Omaha, NE  68154

Barrett Productions
Dennis Waldman
62 Windsor Road
Newton, MA  02468

Bartz Engineering
Legal Dept. / James C. Bartz
279 Aikane Place
Kailua, HI  96734

Barun
WegoWise, Inc.
15 Court Square, Suite 420
Boston, MA  02108

BEAM
Milenko Beslic
118 Pleasant Street
Brookline, MA  02446

Beijing Sanyou Intellectual Property Agency Ltd
16th Fl. Block A  Corporate Square  No.35 Jinrong Street
Beijing 100033
China

Ben Fishbein
2 Gold Street, Apt 4604
New York, NY  10038

Benjamin Williams
44 Hemlock Street
East Walpole, MA  02032

Bhartendu Parekh
Bhartendu Parekh
919 John Friend Drive
Naperville, IL  60540

Biolink
Alex Bonner
109 School Street
Watertown, MA  02472

Blitz Innovations
Jeff D'Urso
8 Old Farm Road
Randolph, MA  02368

Blue Bamboo
Jason S. Jones
401 SW 4th Avenue Unit 503
Fort Lauderdale, FL  33315

Bluevine Capital  Inc.
401 Warren Street Ste 300
Redwood City, CA  94063

Bodhistone
James Russell
P O Box 884
Barnstable, MA  02668

BookSprout
Gregory Pappas
18 Lee Way
Madison, CT  06443

Borden  Ladner Gervais LLP
World Exchange Plaza  100 Queen St  Suite 1300
Ottawa K1P 1J9
Canada

Boston University
Office of Technology Development
108 Bay State Road
Boston, MA   02215

Boult Wade Tennant
70 Gray's Inn Road
London WC1X 8BT
England

Brandon Lam
11 Hillcrest Road
Braintree, MA   02184

Brown University
Technology Ventures Office
Box 1949
Providence, RI   02912

Buckingham Brown & Noble
Legal Dept. / David Lintz
10 Moulton Street
Cambridge, MA   02138

Bullet Detection
c/o Carolyn Keyes
6 Merrimack Street
Concord, NH   03301

Cagdas Onal
Ubiros Inc.
251 W Central St, Ste 35
Natick, MA   01760

Canaan Partners
11 HaMenofim Street
Akerstein Towers
Herzliivia Pituach
ISRAEL

Capital One Bank
PO Box 30281
Salt Lake City, UT   84130

Carlton Gardens Condo. Assoc.
c/o Northborough Property Management
27 South Street
Northborough, MA  01532

Cathy Graham
15 Slab Bridge Road
Assonet, MA  02702

CCPIT PATENT AND TRADEMARK LAW OFFICE
10/F  Ocean Plaza  158  Fuxingmennei Street
Beijing 100031
China

CENTRAL Intellectual Property and Law
KOREAN RE BLDG. 5F  68  Jong-ro 5-gil  Jongno-gu
Seoul 3151
Korea

Chandra Associates
Attn:Legal Dept. /  Shubham Chandra
27302 Braydenhill Trail
Katy, TX  77494

Charles Babiana
5409 Overseas Highway Box 299
Key Colony Beach, FL  33051

Charles L. Housman
269 Park Street
Newton, MA  02458

Charter Communications Operating
Legal Dept. / John Silverio
12405 Powerscourt Drive
St. Louis, MO  63131

Cheryl A.Rowan
400 15th Street, S. #1505
Arlington, VA  22202

CHINA PAT INTELLECTUAL PROPERTY OFFICE
2nd Floor  Zhongguancun Intellectual Property Building  Block B
No.21 Haidian South Road  Haidian District
Beijing 100080
China

Chitika, Inc.
Legal Dept. / Venkat Kolluri
4 Bummet Brook Cir.
Shrewsbury, MA  01545

Choice Stream
Legal Dept.
210 Broadway, Fourth Floor
Cambridge, MA  02139

Chris Manning
298 Upper North Row Road
Sterling, MA  01564

Christopher J. Vranos
19 Meadow Lane
Charlton, MA  01507

CIT C/O NORTHERN BUSINESS
21146 NETWORK PLACE
Chicago, IL  60673

City of Boston
Treasury Dept. Bankruptcy Coordinator
One City Hall Plaza
Boston, MA  02201

Claire Chapin
25 Olde Coach Road
Westborough, MA  01581

Clark University
Susan Puryear
950 Main Street
Worcester, MA  01610

clarkemodet
Av. Marechal CÉmara 160 - 12ß andar Centro
Rio de Janeiro 20020-080
Brazil

Claude-Reynald Lecorps
138 Stillman Avenue
Brockton, MA  02302

Clifton C. Georgaklis
35 George Lane
Brookline, MA   02445

Cohausz & Florack
Bleichstrasse 14
Dusseldorf D-40211
Germany

Columbus B&T/Synovus B
PO Box 120
Columbus, GA   31902

ComCam International
c/o  Rajant/ Don Gilbreath
200 Chesterfield Parkway
Malvern, PA  19355

Comcast
One Comcast Center
Philadelphia, PA   19103

Compiricus AG
Kasernenstrasse 27
Dusseldorf 40237
Germany

Computer Sports Systems
Charles Housman
15 Soldiers Field Pl
Brighton, MA   02135

Compuware
Elliot Mark
One Campus Martius
Detroit, MI   48226

Concept House
Cardiff Road
Newport NP10 8QQ
Wales

Constantine Karnis
40 Tilegate Gld
Fairport, NY   14450

Contour Designs
Steve Wang
10 Industrial Drive
Windham, NH  03087

Conversant Intellectual Property Management Inc.
515 Legget Drive Ste 704
Ottawa K2K3G4
Canada

Cool & Useful
Steve K. Nelson
640 West Street
Carlisle, MA  01741

Cool Flow Dynamics
Kahoru Watanabe
4457 Sandpine Lane
Sarasota, FL  34241

Cor-Tek
Braxton Corley
6517 Smithfield Road, Suite D
North Richland Hills, TX  76182

Core Handyman Services
Corey Plourde
215 South Street
Auburn, MA  01501

Corelogic
Rouz Tabaddor
40 Pacifica, Suite 900
Irvine, CA  92618

CPA Global Limited
2318 Mill Road  12th Floor
Alexandria
VA

Crash Point
Justin E. Forkuo
1 Stowell Avenue
Worcester, MA  01606

CrashSense
Joe McNeil
5204 Point Harbor Lane
Apollo Beach, FL   33572

CRS Drafting
79 Tispaquin Street
Middleborough, MA   02346

CSPi
Gary Southwell
175 Cabot Street Ste 210
Lowell, MA   01854

Cusop
Trevor Havard
11006 Charmwood Drive
Riverview, FL   33569

Cynthia Foss
9 Ansonia Road #B
Worcester, MA   01605

CyPhy
c/o IS Robotics, Inc.
22 McGrath Highway
Somerville, MA   02143

DAE-A International IP & Law Firm
123 Yeoksam-ro
Seoul 135-936
Korea

Dangel Robots & Machinery
59 Notre Dame Road
Bedford, MA   01730

Daniel Mezynski
256 Riverlin Street
Millbury, MA   01527

Daniel R. Zaleski
66 Freeman Street
Avon, MA   02322

Daniel Shuman
32033 Royceton Court
Westlake Village, CA   91361

Daniel Stenning
Kemp House, 160 City Road
London, Ec1v 2nx
UNITED KINGDOM

Danxa
IP/Legal Gaston de los Reyes
271 Summer Street Ste #1
Somerville, MA   02144

David Eric Abramowitz
Kulkea Inc.
444 Far Reach Road
Westwood, MA   02090

David M. Belcher
Belcher Fitzgerald LLP
Two Oliver Street STe. 302
Boston, MA   02110

David V. Keeler
262 Chestnut St., 1st Floor
Clinton, MA   01510

Day2Night Convertible
Candice Cabe
35 Cochato Park
Spring Hill, TN   37174

DayLight Technology
Legal Dept. / Christopher P. Pimentel
59-71 59th Street
Maspeth, NY   11378

DE PENNING and DE PENNING
120  VELACHERY MAIN ROAD  GUINDY  CHENNAI
Tamil Nadu 600032
India

Delray Beach Tax Collector
501 S. Congress Avenue
Delray Beach, FL   33445

Delta-V Capital
4514 Cole Avenue Suite 1225
Dallas, TX  75205

Denise Burke Designs
LLC
12 High Street
Southborough, MA  01772

Dennis M. Bottone, Esq.
Bottone|Reiling
63 Atlantic Avenue 3rd Floor
Boston, MA  02110

Design Automation
Robert Lambert
12 Northgate Drive
Windsor Locks, CT  06096

Design Automation Assoc.
John Sinisi
1465 Stony Road
Warminster, PA  18974

Desktone
Steve Baron
430 Bedford Street, Suite 200
Lexington, MA  02420

Devin Weafer
87 Ressique Street
Carmel, NY  10512

Devon Co.
John Garrett, CEO
680 Main Street, Ste 206
Watertown, CT  06795

Dimitri Sinkel
13 Wintergreen Court
Lunenburg, MA  01462

Diran Apelian
100 Institute Road
Worcester, MA  01609

Dive Corr Inc.
Dan Gross
P O Box 30427
Long Beach, CA  90853

Donna Grenon
194 Lower Gore Road
Webster, MA  01570

Doug Kimball
280 Bishop St.
Framingham, MA  01702

dp ahuja and co.
14/2 Palm Avenue
Kolkata 700019
India

Dr. Ashley & Co.
Adam Eltorai
280 Bishop St.
Framingham, MA  01702

Dr. Samuel D. Schenker
437 Lakehurst Road
Toms River, NJ  08755

Dynawave
Bob McLaughlin
135 Ward Hill Avenue
Haverhill, MA  01835

E. Michael Flynn
17 Ward Lane
Westborough, MA  01581

eData Platform
Nathan Rozenfeld, CEO
11528 West State Rd 84 Suite 1012
Davie, FL  33355

Edo O'Hayon
Chelsmore Apts
205W 15th Street
New York, NY  10011

Edward Teecil
55 O'Bannon Place
Swansea, MA   02777

Egenera
Legal Dept. / Kevin Kerrigan
80 Central Street, Suite 300
Boxboro, MA   01719

EIP Fairfax House
15 Fulwood Place
London WC2V 6HU
England

Elsevier
Matthew Braman
50 High Street, Suite 21
North Andover, MA   01845

Emanuel D. Torti
146 Main Street
Norfolk, MA   02056

EMC Corp.
176 South Street
Finance/Legal Department
Hopkinton, MA   01748

EMI, Inc.
Howard Isenstein
6523 Elgin Lane
Bethesda, MD   20817

EMVCo
Michael Ward
901 Metro Center Boulevard
Foster City, CA   94404

En Di Lu
131 Patrick Cir.
State College, PA   16801

Energy Initiatives
Donna Phelps
29 Bartlett Street
Marlborough, MA   01752

Energy Research
Robert De Saro
400 Leland Ave.;
Plainfield, NJ  07062

Enow, Inc.
Jeff Flath
133 Hallene Road, B2
Warwick, RI  02886

Ettem USA
Christopher O. Nichols
602 Park St. Ste. 1
Baytown, TX  77520

Eugene Chang
8 Freshet Road
Madbury, NH  03823

Evan Solomonides
43 Duffy Road
Boylston, MA  01505

EVERSITAS
Legal Dept. / Paul Keel
872 Mass Ave Ste. 1004
Cambridge, MA  02139

Eversource Electric
300 Cadwell Drive
Springfield, MA  01104

Exposed Seam
c.o Jennifer Stark, LLC
300 Summer Street, #44
Boston, MA  02210

EYESTARR
Andrea Starr
291 Newbury St.
Boston, MA  02115

EZ Lift Tailgate
Rodney Libby
1180 Palms Road
Columbus, MI  48063

Felix Deleon
c/o Pica Services LLC
2207 Windsor Ridge Dr.
Westborough, MA   01581

Ferris Development
325 Donald Lynch Blvd. #200
Marlborough, MA   01752

First Inland Bank PLC
Plot 4/5 Adetokunboh Ademola Street
Victoria Island 101241
Lagos

Foamaction Sports
Mike Gleick/RossDouglas
298 Neck Road
Rochester, MA   02770

FPA Patent Attorneys Pty Ltd
101 Collins Street
Melbourne 3000
Australia

Frank Mosca
Harrington Talents
213 Fordham Street
Bronx, NY   10464

Freedom Mortgage
PO Box 50485
Indianapolis, IN   46250

FRKelly
4 Mount Charles; Belfast Bt7 1nz, UK
Belfast Bt7 1NZ
UNITED KINGDOM

Fulham & Company
John Rich
593 Washington Street
Wellesley, MA   02482

Fundbox
300 Montgomery Street #900
San Francisco, CA   94104

G-5 Electronics
Thomas A. Kenny
1090 Doris Road
Auburn Hills, MI   48326

G.E.T. Secure ID
Joshua Marmol
230 Third Avenue
Waltham, MA   02451

G360Link
85 Swanson Road, Suite 120
Boxborough, MA   01719

Gail Lucas
54 Union Point Road
Webster, MA   01570

Galaxy Scientific
Richard Jackson
14 Celina Avenue Unit 17
Nashua, NH   03063

Gary Epstein
763 Waverly Street
Framingham, MA   01702

GasBuddy
9737 Washington Blvd., Suite 200;
Gaithersburg, MD   20878

Gaughen, Gaughen, Lane & Hernando, LLP
528 Broad Street
East Weymouth, MA   02189

Geac Computer Corporation
c/o Golden Gate Capital
One Embarcadero Center, 39th FL.
San Francisco, CA   94111

Genue Inc.
Denise Burke
12 High Street
Southborough, MA   01772

George Cowan
47 High Street Ext
Westborough, MA   01581

Gerald A. LaLiberte
29 Padelford Street
Berkley, MA   02779

Global Pacific Manufacturing
63 Union Street
Gardner, MA   01440

GlobalPlatform
Legal Dept.
1515 Cordilleras Rd.
Redwood City, CA   94062

GloTech
Kevin Donahue
493 Lancaster Street
Leominster, MA   01453

Goal.com
Legal Dept. / Brian Day
420 Fifth Avenue, 7th Floor
New York, NY   10018

Goulston & Storrs
Legal Dept.
400 Atlantic Avenue
Boston, MA   02109

GRAHAM WATT and CO LLP
ST. BOTOLPH'S HOUSE    7-9 ST. BOTOLPH'S ROAD
Sevenoaks TN13 3AJ
England

GrandViewInsight
Laurie Webster-Saft
384 Hillcrest Rd.
Needham, MA   02492

Green Core Technologies
Mike Kenny
1090 Doris Road
Auburn Hills, MI   48326

Greenburg Traurig LLP
One International Place Ste. 2000
Boston, MA   02110

Grenotek
Jerry Zhai
37 Pine Ridge Road
Wellesley, MA   02481

GuitarFetish
Jay Abend
45 Hopkinton Road
Westborough, MA   01581

HARVARD PILGRIM HEALTH
1600 Crown Colony Drive
Quincy, MA   02169

Harvest Beverage Group LLC dba
David Milburn
2 Dingle Ridge Road
North Salem, NY   10560

Hawaii Medical
Reed McCarty
750 Corporate Park
Pembroke, MA   02359

Healing Point
Marisa Fanelli
365 Boston Post Rd
Sudbury, MA   01776

HealthBeacon
Unit 20 Muirfield Road
Dublin D12 WD85
Ireland

Hey Platforms Limited
Mazaya Tower AA! 27th Floor
Dubai
UAE

HGF Limited
1 City Walk
Leeds L511 9DX
England

Hickey Love
Nikki Oden - Managing Mbr
937 SW 34 Ct.
Boynton Beach, FL   33435

Highland Bath & Body
Kristin Forsberg
7 Highland Street
Concord, MA   01742

Hillside Corp.
136 Kildeer Island
83 Lake Street
Webster, MA   01570

Hingham Institution for Savings
55 Main Street
Hingham, MA   02043

Holosonics
F. Joseph Pompei
400 Pleasant Street
Watertown, MA   02472

Home Energy
Jon Morgan
335 Arlington Street
Watertown, MA   02472

Homestaff
c/o VNA Care Advantage
120 Thomas Street
Worcester, MA   01608

Houssam Alkhoury
10 Winthrop St Ste. 217,
Worcester, MA   01604

ICOSA  Conseils en Propriete Industrielle
83 avenue Denfert-Rochereau
Paris 75014
France

IDC - IDC
Legal Dept. / Shawn McCarthy
5 Speen Street
Framingham, MA   01701

Immedia Semiconductor
410 Terry Avenue North
Seattle, WA  98109

Infineon Technologies AG
Am Campeon 1-15
85579 Neubiberg
GERMANY

Infinibox
c/o Infinidat
500 Totten Pond Road
Waltham, MA  02451

Infinity Fluids
Robert Evans
346 Franklin Street POBox 992
Worcester, MA  01613

Informatics In Context
Steve Sandy
1 Boston Place Ste 2600
Boston, MA  02108

Ingenuity
c/o Quality Air Service Inc.
PO Box 2947
Kalamazoo, MI  49003

Innovation  Science and Economic Development Canada
RIDOUT and MAYBEE LLP  11 HOLLAND AVE SUITE 601
Ottawa K1Y 451
Canada

Intel Corp.
Intel Patent Group
1300S. Mo Pac Expy
Austin, TX  78746

Interactive Mounts
Les Bishop
275 Billerica Road, Suite 3
Chelmsford, MA  01824

InterChange Corp.
130 W. Union Street
Pasadena, CA   91103

Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101

International Business Machines
Dept T81/Bldg. 503
PO Box 12195
Durham, NC   27709

IPT Assoc.
Gary P. Davis
700 Technology Park Drive, Ste 204
Billerica, MA   01821

Ira Tichnor
14 Overlook Dr. E.
Framingham, MA   01701

Isaias Palermo
22 Spring Street
Athol, MA   01331

Istanbul Patent A.S.
Plaza-33, Buyukdere Cad. No: 33 / 16 Sisli
Istanbul 34381
TR

iTagged Mobile Limited
c/o Fred Stafford
44 Fitzwilliam Plae
Dublin 2, D02 PO27
IRELAND

Ivenix, Inc.
Carolyn Malleck
50 High Street Ste. 50
North Andover, MA   01845

Jack Cards, LLC
Katherine Santer
1335 California Street
San Francisco, CA   94109

James J. Ruskowski
31 Blake Street Unit 1
Northborough, MA  01532

James Prater
36 Clifford Street
Southborough, MA  01772

Jan Murray
The Center for Movement
14 Iron Hill Street
East Weymouth, MA  02189

Janelle Gagnon
Mount Holyoke College
50 College Street
South Hadley, MA  01075

Jasmin Cosic
45 Nye Street
Pawtucket, RI  02861

Jason Lamprey
104a West Main Street
Dudley, MA  01571

Jay Marketing Associates
P O Box 701515
44752 Helm St.
Plymouth, MI  48170

Jesse Lewis
7 Irving Drive
Shrewsbury, MA  01545

Jisto Inc.
20 Speen St., Suite 200
Framingham, MA  01701

Joan E. Connors
448 West Main Street
Shrewsbury, MA  01545

Joanna Feldheim
14 Walden Pl Apt 2
Montclair, NJ  07042

John D Hammer
75 Main Street
Hollis, NH   03049

John Foy
35 Cochato Park
Randolph, MA   02368

John M. Madura
131 County Road
Hewitt, NJ   07421

John Mahassel
89 Kenberma Road
Worcester, MA   01604

John Mallon
192 Plantation Drive
Tavernier, FL   33070

Jon St. Pierre
P O Box 4261
Shrewsbury, MA   01545

Jonathan D'Aige
406 Lake Avenue
Worcester, MA   01604

Jonathan J. Kingsbury
75 N Main Street, Suite 1050
Randolph, MA   02368

Jose Maria DeMiranda
Rua Belisario Augusto 20
Rio de Janerio 24230
Brazil

Joseph E. Conroy
119 Hosmer St.
Acton, MA   01720

JPMCB Card
PO Box 15369
Wilmington, DE   19850

Juliette Nelson Valin
5400 San Jose Drive
Sarasota, FL  34235

Kabbage
PO Box 77081
Atlanta, GA  30357

KATAYOSE P ATENT
Tokyo Kensetsu Kaikan  2-5-1 Hacchobori  Chuo-ku
Tokyo 104-0032
Japan

Katherine Schweikert
198 Swannanoa Ave;
Asheville, NC  28806

Kavounas Patent Law Office
PLLC
15600 NE 8th Street, Suite B1-255
Bellevue, WA  98008

Keith Miller
24 Sylvan Lane
Boylston, MA  01505

Kevin Donahue
44 Brown Road
Harvard, MA  01451

KEZI LLC
OLIVIA ASHJIAN JAMES
211 Homer Street
Newton, MA  02459

Khalid Alkusayer
Sabic Innovatie Plastics
One Plastics Avenue
Pittsfield, MA  01201

Kilburn and Strode LLP
Lacon London  84  Theobalds Road
London WC1X 8NL
England

Kimberly C. Kranker
55 Orchard Street
Medfield, MA  02052

Ksplice, Inc.
Greg Price
48 Pearl Street
Cambridge, MA  02139

L.S. DAVAR and CO.
Globsyn Crystals  Tower 1  2nd Floor  Block EP  Plot No. 11 and
12  Salt Lake  Sector V
Kolkata 700091
India

Lakshmi Kumaran and Sridharan attorneys
B-6/10  Safdarjung Enclave
New Delhi 110 029
India

Lea MacLean
15-3 Milk
Westborough, MA  01581

Lee and Li
7th Floor  201  Tun Hua N. Road
Taipei 10508
Taiwan

Lee International
14 F. Poongan Bldg 23 Chungjeong- RO
Seoul 3737
Korea

Lettuce Be Local
Lynn Stromberg
15 Brentwood Drive
Holden, MA  01520

LeveragePoint Innovations
10 Cabot Rd #205
Medford, MA  02155

Life Image
Legal Dept. / L. Sanderson/A. Blackmer
One Gateway Center Ste. 200
Newton, MA  02458

Life Medical
Legal Dept. / Carol Fitzgerald
2070 Rre 51 21a BUilding 320a
Hopewell Junction, NY  12533

Linda Reyes-Flores
c/o Dennis Bottone, Esq.
63 Atlantic Avenue 3rd Floor
Boston, MA  02110

Little Star Media
Tony Mugavero
574 Broadway, Ste 603
New York, NY  10012

LoanCare LLC
3637 Semtara Way ste 303
Virginia Beach, VA  23452

Logo Protect s.c.
Ul. Baluckiego 26/1
Krakow 30-318
Poland

Lori Glover
P O Box 493
Hopkinton, MA  01748

Lyric Semiconductor
Legal Dept. / Ben Vagoda
One Technology Way
Norwood, MA  02062

M J Peake
570 Rockingham Hill Road
Bellows Falls, VT  05101

Maggie's Farm
Allison Longshore
5310 DTC Pkwy Suite F
Greenwood Village, CO  80111

Mahesh Babani
4 Shadowbrook Lane, Apt # 8
Milford, MA  01757

Maine Medical
Todd Keiller
22 Bramhall
Portland, ME   04102

Makelight Interactive LTD
258 Kingsland Road
London E84 DG
ENGLAND

Marco Barrile
3 Coweeset Lane
West Bridgewater, MA   02379

Mark Schuparra
26 Mt. Vernon Street Apt. 3
Boston, MA   02125

Massachusetts Dept of Revenue
PO Box 9564
Boston, MA   02114

Massachusetts Institute of
Legal Dept.
Five Cambridge Center
Cambridge, MA   02142

Mathew Taylor
41 Upland Street
Worcester, MA   01607

Matthew Mulvey
22 Blanchard Road
Grafton, MA   01519

McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH   44146

Medullan Inc.
Weston Headley
1388 Haight Street
San Francisco, CA   94117

MEL Science
Bell lane Amersham
Buckingham HP6 6FA
England

Memotec Inc.
7755 Boul Henri-Bourassa W
Quebec H4S 1P7
Canada

Michael Botelho
21 Turning Leaf Lane
Millbury, MA  01527

Michael Domesick
50 Franklin Street Apt. 726
Worcester, MA  01608

Michael Gordon
Terry
3603 Big Piney Drive
Kingwood, TX  77345

MicroPay
Glenn Butler
325 Winter Street
Holliston, MA  01746

Microsoft Corp
LegalDept./IP
One Microsoft Way
Redmond, WA  98052

Mind First Health and Fitness
Baystate Benefits c/o Robert Jacobs
22 River St # 2
Braintree, MA  02184

Mo Garad
95 Hayden
Lexington, MA  02421

Modiano Josif  Pisanty and Staub S.r.l
Via Meravigli  16
Milan 20123
Italy

Mohegan Sun
1 Mohegan Sun Boulevard
Uncasville, CT  06382

Monitor Building
c/o New England Developmen
75 Park Plaza
Boston, MA  02116

Mouhcine Lazraq
35 Nutmeg Drive
Worcester, MA  01603

Mr. Fan Bi, c/o Blank Label Group, Inc.
Casner & Edwards - John Morrier, Esq.
303 Congress Street
Boston, MA  02210

Mr. Kelly E. Ward
7 Beechwood Road
Sandown, NH  03873

MRI Lightpainting
Michelle McSwain
141 Spencer Street #107
Brooklyn, NY  11205

MUS Inc.
DBA The Green Door
953 East Sahara Ave
Las Vegas, NV  89104

My-Take LLC
Todd Hoskins
2000 West Park Drive, Suite 240
Westborough, MA  01581

MyDROBE
Julia Wetherell
14 Prince Street
New York, NY  10012

Nancy L. Cantor
27 Tri Street
Ashland, MA  01721

NanoWave
Charlie Kohn
11 Meadowbrook Road
Needham, MA   02492

Nathan C. Backman
108 Ludlow Street Suite 4D
New York, NY   10002

National Grid
Attn: Christophewr Aronson, Esq.
40 Sylvan Road
Waltham, MA   02451

NEC Energy Solutions
Legal Dept. / C. Michael Hoff
155 Flanders Road
Westborough, MA   01581

Neosens S.A.
90 Rue du Professeur Paul Milliez
Champigny-syr-Marne
Ile-de-France 94500
FRANCE

Nested Bean
Manasi Gangan
111 Brigham St. 8G
Hudson, MA   01749

netBlazr
Legal Dept. / Brough Turner
421 Watertown Street
Newton, MA   02458

New Creditor

New England Complex Systems
Mr. Yaneer Bar-Yam
101 Claremont Street
Newton, MA   02458

Nexus Global
James Clement
1257 Worcester Road, Suite 279
Framingham, MA   01701

NicknLeela LLC
NicoleSettle,JayAnnadurai
16917 Boulder Drive
Northville, MI   48168

Novations LLC
RE: QC Check LLC
5 Greenleaf Woods Drive Ste. 101
Portsmouth, NH   03801

NTD Patent and Trade Mark Agency Limited
800 W El Camino Real Suite 180
Mountain View, CA   94040

NTT Multimedia Communications Laboratories
Kenji Takahashi
100 Global View Suite 500
Warrendale, PA   15086

Nuance
Legal Dept.
1 Wayside Road
Burlington, MA   01803

NV3 Technologies
c/o Powerup
3840 Bank Street
Baltimore, MD   21224

Oak Knoll Software
Donald A. Dzikot
P.O. Box 539
Upton, MA   01568

Ocean City Lofts
c/o First Service Residential
1855 Griffin Road, Ste A-330
Dania, FL   33004

Octo Telematics North America
LLC
134 Rumford Avenue
Newton, MA   02466

Old Road Computing
Alex Vasilevsky
851 West Cypress Creek Road
Fort Lauderdale, FL  33309

Olly Shoes
C/O Lawson & Weitzen, LLP
88 Falcon Avenue, Suite 345
Boston, MA  02210

Olympus NDT
Legal Dept. / Michael Drummy
48 Woerd Avenue
Waltham, MA  02453

Olympus Surgical Technologies
Legal Dept.
136 Turnpike Road
Southborough, MA  01772

ONDA TECHNO Intl. Patent Attys.
12-1 Omiya-cho 2-chome
Gifu 500-8731
Japan

One Off Apparel
Jeffrey Lavin
94 Tuttle Road
Sterling, MA  01564

Oneiro NA
Matt Dias
545 Boylston Street, 6th Floor
Boston, MA  02116

OnMobile Live
Legal Dept.
136-40 39th Ave, #602
Miami, FL  33134

Optoglo
Kevin Donahue
44 Brown Road
Harvard, MA  01451

orLater Productions, LLC
Todd H. Davis
321 Hill Road
Boxborough, MA   01719


Orthopedix
Adam Eltorai, CEO
201 East Jefferson Street 111d
Louisville, KY   40202


Outcome Sciences
Legal Dept. / Dr. Richard E. Gliklich
201 Broadway
Cambridge, MA   02139


Pain and Ceballos LLP
10388 Keele Street
Vaughan, Ontario   L6A 4M9
CANADA


Pamela M. Jonah, Esq.
Marcus, Errico, etc.
45 Braintree Hill Office Park
Braintree, MA   02184


PANAWELL and PARTNERS   LLC
1002-1005   China Life Tower   16 Chao Yang Men Wai Street
Chaoyang District
Beijing 100020
China


Patrick Igwenagu
P O Box 7354
Worcester, MA   01605


Patrick Notti
885 South Brooksvale Road
Cheshire, CT   06410


Paul Leger
2 Shawmut Avenue
Marlborough, MA   01752


Paul R. Movsesian
53 White Ave,.
Riverside, RI   02915

PEDTECH
c/o Pedology, LLC
715 Sandstone Drive
South Windsor, CT   06074

Pennsylvania State University
Office of the Bursar
103 Shields Bldg.
University Park, PA   16802

Perimeter Internetworking
440 Wheelers Farm Road
Merritt Crossing, Suite 202
Milford, CT   00064

Peter Singluff
2 Appian Way
Allston, MA   02134

PhotOral, Inc.
80 Hayden Avenue
Lexington, MA   02421

Plimoth Bay
Patrick Cook
11 South Park Ave
Plymouth, MA   02360

Pluhg
c/o Ximzee
5049 Bonnie Brae Rd; North Chesterfield, VA, 23234
North Chesterfield, VA   23234

PLUM Computer Consulting
Bruce Pezzlo
304 Newbury Street, #354
Boston, MA   02115

Pnc IP Group
10388 Keele Street
Vaughan OPN L6A 4M9
Canada

PollyMorphic, Inc.
Paul Hodara
204 Croton Avenue
Mt. Kisco, NY   10549

Popsurvey
Siamak Taghaddos
197 1st Ave, Suite 200
Needham, MA  02494

Power Development International
Thomas M. Feldman, CEO
48 Griscom Road
Wayland, MA  01778

Precision Fabricators
David Diamond
171 Tosca Drive
Stoughton, MA  02072

ProcessUnity, Inc.
Legal Dept. / Todd A. Stone
470 Totten Pond Road
Waltham, MA  02451

Prof. Christopher A. Brown
WPI 235WB
100 Institute Road
Worcester, MA  01609

Professional Technologies International
Martin Andersson
184 Century Mill Road
Bolton, MA  01740

Prolucid Technologies
Inc.
190 Robert Specik Parkway Canada
Mississauga L4Z 3K3

Pure BS Maple
Bruce Hopper
149 Central Street
Auburn, MA  01501

Pyrigan & Company
John Partridge
15 Lanark Road
Wellesley, MA  02481

Quewey Inc.
c/o Allied Security Trust
100 Overlook Center, 2nd FLoor
Princeton, NJ   08540

Radeum Inc.
DBA Freelinc
266 W. Center Street
Orem, UT   84057

Radosveta Rizzo
9495 Graud Est. Way
Boca Raton, FL   33496

Ramp Holdings
Anthony D'Amore
100 Franklin Street Ste. 705
Boston, MA   02110

Ria Guerra
65 McGill Drive
Grafton, MA   01519

Richard K Perry
350 Flax Hill Road
Norwalk, CT   06854

Richard Mulligan, Esq.
Harmon Law Offices
PO Box 610389
Newton Highlands, MA   02461

Richard N. Koch
500 Atlantic Avenue Unit 21E
Boston, MA   02210

Rigaku Raman Technologies
Bree Allen
30 Upton Dr. Ste. 2
Wilmington, MA   01887

Riverbed Technology
Ryan Damon
680 Folsom St.
San Francisco, CA   94107

RNK Telecom
Legal Dept. / Michael Tenore
333 Elm Street, Suite 310
Dedham, MA  02026

Rob Ladeau
Dedicated2imaging LLC
200 International Dr. Ste. 195
Portsmouth, NH  03801

Robert Evans
153 Belcher Drive
Sudbury, MA  01776

Robert Richards
15 Lucia Drive
Milford, MA  01757

Rodney Libby
1180 Palms Road
Columbus, MI  48063

Ron Ben-Natan
370 Marrett Road
Lexington, MA  02421

Ron Leger
41 Wyman Road
Billerica, MA  01821

S.C. TRIDI SYSTEMS S.R.L.
Str. Ion Creanga No. 4  A6
Medias 551017
Romania

S2 Security
Legal Dept.
One Speen Street
Framingham, MA  01701

S4 Inc.
Chandu Shah
209 Burlington Road Ste 105
Bedford, MA  01730

Saba and Co. Intellectual Property s.a.I. (Offshore)
Saba House, Saïd Freiha Street
Hazmieh, Beirut
LEBANON

Salesforce.com
Legal/IP
415 Mission Street 3rd Floor
San Francisco, CA  94105

Sam Pendergast
26 Peach Hill Road
Berlin, MA  01503

Sanbolic Inc.
Legal Dept. / Momchil V. Michailov, CEO
112 Highland Avenue
Somerville, MA  02143

Sanz, Inc.
Legal Dept. / Mark Hardy, VP
8480 E Orchard Road
Englewood, CO  80111

Saralsoft LLC
Fenil Shah
4A, 1700 Main Street
Houston, TX  77002

Sartorius Lab Instruments GmbH & Co. KG
Otto-Brenner-Str. 20
Boettingen 37079
Germany

Schroff Technologies International
Richard DeFelice
376 Dry Bridge Road, Bldg H-1
North Kingstown, RI  02852

Scooterbug
Jim Moroney
6 Jersey Lane
Manchester, MA  01944

Sensata Technologies
P.O. Box 2964
529 Pleasant Street
Attleboro, MA  02703

Seven Seas IP Agency Shanghai
Unit 02B  43rd Floor  Hong Kong New World Tower  300 Huaihai
Road Central  Huangpu District
Shanghai 20021
China

Seventh Wave Brewing
120 North Meadows Road
Medfield, MA  02052

Shareable Inc
3 City Avenue ste 400
Nashville, TN  37209

Shawn Michael Freeman
43 High Street
Plainville, MA  02762

Shelston IP
Level 21 60 Margaret Street
Sydney 2000 Wales
New South

ShesConnected Multimedia
Donna Marie Antoniadis
2300 Yonge Street, Suite 1600
TORONTO, ON M4P 1E4, CA

SHIGA INTERNATIONAL PATENT OFFICE
GranTokyo South Tower  1-9-2 Marunouchi  Chiyoda-ku
Tokyo 100+6620
Japan

Shingle Eater
16 Jones Creek
Scarborough, ME  04074

Shuai Chen
125 South Street, Unit 263
Vernon Rockville, CT  06066

Siavash Mortazavi
5001 Windsor Oaks Dr;
Fort Wayne, IN  46835

Sifferman Technology
Andy Sifferman
36 Gage Road
Bedford, NH  03110

Sifos Technologies
Legal Dept. / David M. Lucia
One Tech Drive, Ste 100
Andover, MA  01810

Simon Edelhaus
Transwitch Corp.
3 Enterprise Drive
Shelton, CT  06484

Simple Machine
David Duchnowski
16 Chace Street
Clinton, MA  01510

Sirvisetti Systems Corporation
Krishna Gazula
20 Freemont Street
Lexington, MA  02421

Smart and Biggar LLP
55 Metcalfe Street  Suite 900  P.O. Box 2999  Station D
Ottawa K1P 5Y6
Canada

Smith & Nephew
Legal Dept.
150 Minuteman Road
Andover, MA  01810

Sobrio
Nadav Ullman
270 Middle Tpke (Rt 44)-Unit 203
Storrs, CT  06269

Sorriso Technologies
George Finn
610 Devenwood Way
Clinton, MA  01510

Soteria Networks
Brandon Chen
1500 District Avenue
Burlington, MA  01803

Source Audio
Legal Dept. / Roger Smith
P O Box 290058
Boston, MA  02129

SourcedCity
Bonnie Burgett - Quartz Properties
275 Grove Street Ste 2-401
Auburndale, MA  02466

South Shore Cooperative
Legal Dept.
195 Washington Street
Weymouth, MA  02188

Spb Software
Legal Dept. / A. Moskvitch/J. Dowdy
14 Washington Place
Hackensack, NJ  07601

Spb TV AG
Baarerstrasse 10
Zug 6304
Switzerland

Spectrum Metal Works
Thomas A. Kenny
1090 Doris Road
Auburn Hills, MI  48326

Spinnaker Venture Partners
Legal Dept. / Mark Roth
1 Broadway (Kendal Sq)
Cambridge, MA  02142

SPINNEY
23 Gordon Avenue
Pelham, NH   03076

Spruson and Ferguson Pty Limited
GPO Box 3898
New South Wales 2001
Australia

Stegosystems
Jack Shields
460 11th Ave South
Naples, FL   34102

Stephen L Blumberg
Kyrus Mobile LLC
33 Bradford Street
Concord, MA   01742

Sterilis Medical
85 Swanson Road, Suite 110
Boxborough, MA   01719

Steven Hickey
PO Box 539
Ashland, MA   01721

Stoller Sportswear
Mike Stoller
120 Whipple Street
Weymouth, MA   02190

STONEMAKERS
Judy Armstrong
63 Elm Road
Devens, MA   01434

Stoplift Inc.
Legal Dept. / Malay Kundu
864 Spring Street NW
Atlanta, GA   30308

Streaming Media Technologies GmBH dba make.tv
ImMediaPark 5
Koln 50670
Germany

Summit International Medical
Mike Merchant
20 Addison Avenue
Franklin, MA  02038

SwipeOut
Ming-Tai Huh
257 Washington Street
Cambridge, MA  02139

Synovus Bank/Dovenmuele Mortgage
1 Corporate Dr. Ste. 360
Lake Zurich, IL  60047

Tactician Corp.
Tony Buxton
305 North Main Street
Andover, MA  01810

TAFI Media
Rokach Blvd 101 (MIXER), P.O.B. 53169.
6153101, ISRAEL, TEL AVIV

TAIWAN INTERNATIONAL PATENT and LAW OFFICE
7TH FLOOR  WE SHENG BUILDING
 NO. 125 NANKING EAST ROAD  SEC. 2
Taipei 10409
TAIWAN

Teleslope Deckforms
Dennis Carignan
2180 Whispering Waters Pass
Flushing, MI  48433

Tender Touch
Shari McStay
2 Stevens Road
Marblehead, MA  01945

That's My Ticket
Legal Dept. / Dean Macchi
165 Main St ste. 109
Medway, MA  02053

The Goodness Inc.
Jay Sun
61 Brookline Ave, Unit 322
Boston, MA   02115

The Talaria Co. dba Hinckley
Sheryl Altman
One Little Harbor Landing
Portsmouth, RI   02871

Thermo Fisher Scientific
Legal Dept.
168 Third Ave.
Waltham, MA   02451

ThingMagic
Legal Dept. / Bernd Schoner
108 Auburn Street
Cambridge, MA   02138

Thinkflood
Mattew Eagar
138 Claflin Street
Belmont, MA   02478

Thirty 2 Fairfield Street LLC
32 Fairfield Street Unit 2
Boston, MA   02116

Thomas H. Rap[ko
16 Concord Square, Apt. 4
Boston, MA   02118

Thomas Kilgallen
44 Cutler Road
Andover, MA   01810

Tick Tock LLC
Keri Steckler
151 Chestnut Street
Andover, MA   01810

Tilera Corp.
John Brown
350 Oakmead Pkwy, Ste 100
Sunnyvale, CA   94085

Tim Bulman
32 Fairfield Street #2
Boston, MA  02116

Timothy O'Neil
Team O'Neil Rally School
178 Miller Road
Dalton, NH  03598

Tivoli Audio
Legal Dept.
451 D Street, Suite 902
Boston, MA  02210

Touch Give
Glenn Butler
325 Winter Street
Holliston, MA  01746

Town of Westborough
34 West Main Street
Westborough, MA  01581

trilioData
David S. Safaii
105B South Street
Hopkinton, MA  01748

Tronox
211 North Robinson Avenue
One Leadership Square, Suite 300
Oklahoma City, OK  73102

Tufts Medical Center
800 Washington Street
Boston, MA  02111

Two Six Labs
Adam Bernstein
4350 N. Fairfax Drive Ste. 410
Arlington, VA  22203

UMass Amherst
Technology Transfer Office
Amherst, MA  01003

UMass fall River
Commercial Ventures and IP
151 Maritime Street
Fall River, MA   02723

UMass Lowell
Director CVIP
600 Suffolk Street 2nd Fl. S.
Lowell, MA   01854

UMass Medical
Office of Technology Management
55 Lake Avenue North S4-110
Worcester, MA   01655

Unspoken Emotions
c/o Genevieve Botelho
945 W. Boylston Street
Worcester, MA   01606

USA Sharp
Cindy Femino
201 W. Grove Street
Middleboro, MA   02346

V-Nova Ltd
One Sheldon Square
London W2 6TT
England

Valerie K Parker
172 Middle Street Ste 107
Lowell, MA   01852

Vassili Philippov
34 Shire Lane
Chorleywood WD 3 5NP
ENGLAND

VCE Compoany
Jane Merrit Balcom
One Dell Way
Round Rock, TX   78682

VeriFone
Albert Liu
88 West Plumeria Drive
San Jose, CA  95134

Veterans United Craft
Ronald Gamble
8999 Western Way #104
Jacksonville, FL  32256

Veterans' Group LLC dba
Jay Hoflich
320 Nevada Street, Suite 301
Newton, MA  02460

Vicente Sederberg
Christian Sederberg
2 Seaport Lane 11th Floor
Boston, MA  02210

Victor Vaval
53 Cass Avenue
Dedham, MA  02026

VidSys Inc.
Legal Dept. / Susan Gniadek
8219 Leesburg Pike Ste. 250
Vienna, VA  22182

Vijay L. Sood
75 Middlesex Turnpike
Burlington, MA  01803

Vincent M. DiTaranto
670 West Boylston Street
Worcester, MA  01606

Virsec Systems
Ray DeMeo
125 Nagog Park, Ste 220
Acton, MA  01720

Vistaprint
IP/Legal Jessica Costa
75 Wyman Street
Waltham, MA  02451

Vistaprint Schweiz GmbH
Tech oparkstrasse Ch
Winterthur 8406
Switzerland

Vowbids
Matt Marhefka
20751 Sorolla Ter
Boca Raton, FL   33433

Vsnap Inc.
Dave McLaughlin, CEO
94 Hemlock St.
Arlington, MA   02474

Waleed Syed
106 High Street
Ashland, MA   01721

Waste to Watts
Chris Hamman
905 Cleveland Street, Suite B
Durham, NC   27701

WattJoule Corp.
Greg Cipriano
100 Jackson Road, Suite 10
Devens, MA   01434

Wayne Gibson
37 Riverside Street
Portsmouth, RI   02871

WEbook
Don Sullivan
110 W. 40th Street, Suite 1601
New York, NY   10018

Wendell E. Bishop
110 Antlers Shore Drive
East Falmouth, MA   02536

Westborough Toyota
Charley Tonelli
271 Turnpike Road
Westborough, MA   01581

Will Vazquez
168 Third Ave.
Waltham, MA  02451

William R. Kelly Jr.
85 Highland Ave
Hull, MA  02045

Wing Power
Harry Ruda, CEO
67 S Bedford St 400W
Burlington, MA  01803

Wire Structures
Andrew M. Knott
115 Glen Avenue
Upton, MA  01568

Wireless On Water
3604 Parker St;
Dearborn, MI  48124

Withers & Rogers LLP
150 Arundel Gate
Sheffild S1 2FN
England

Worcester Manufacturing
Charles Flanagan
35 New Street
Worcester, MA  01605

Worcester Polytechnic Institute
Todd Keiller
100 Institute Road
Worcester, MA  01609

Wrays Pty Ltd
PO Box Z5466 St Georges Tce
Perth 6000
Australia

Wyngspan
Christopher Walsh
25 Braintree Office Park Suite 200;
Braintree, MA  02184

XpresspaX
David A. Moses, President
65 South Street Ste 102
Hopkinton, MA  01748


Y.P. LEE  MOCK PARTNERS
12F Daelim Acrotel  13 Eonju-ro 30-gil  Gangnam-gu
Seoul 6292
Korea


Yakaback
Robert Pais
15 South Main Street PO Box 173
Sharon, MA  02067


Yale University
Office of Cooperative Research
433 Temple Street
New Haven, CT  06511


Yandex Europe AG
Citybay BUsiness Center, Weftestrasse 4
CH 6005 Lucerne
SWITZERLAND


Zhengxing Yang
Fang Chui Tech Usa, Inc
136-40 39th Ave, #602
Flushing, NY  11354


Zoundry LLC
Lawrence C. Lee
60 Jerimoth Drive
Branford, CT  06405


Zvox
Tom Hannaher
17 Columbia Street
Swampscott, MA  01907