3-D Immersive Collaborative Consulting
Adam Eltorai
2729 Old Washingotn Road
Westminster, MD  21157

32-34 Fairfield Street Condo. Assn
c/o Modica Associates
131 Park Drive
Boston, MA  02115

3D Immersive Collaborative
Julie LeMoine
2729 Old Washington Road
Westminster, MD  21157

A Focused Force
William Comeau
66 Orchard Street
Leominster, MA  01453

A123 Systems
Accounts Payable
39000 Seven Mile Road
Livonia, MI  48152

Abel and Imray
20 St. Andrew Street
London EC4A 3AG
England

Acacia Research
Matthew Vella
4 Park Plaza, Suite 550
Irvine, CA  92614

Adam Charles Frank
177 Amity Street #3
Brooklyn, NY  11201

Adobe Systems
Legal Dept.
345 Park Avenue
San Jose, CA  95110

Advanced Business
Paul Laskow
39 Blossom Court
Westborough, MA  01581

Aladdin Connolly

c/o A&A Accountants
539 Massasoit Road
Worcester, MA  01604

Alan Osmundsen
56 Station Avenue
Staten Island, NY  10309

Altova GmbH
Rudolfsplatz 13a/9
Vienna A-1010
Austria

American Express
PO Box 981537
El Paso, TX  79998

AmSher Collection Services, Inc.
4524 Southlake Pkwy Ste. 15
Birmingham, AL  35244

Analog Devices
IP Legal Dept - Tom Philbin
Three Technology Way
Norwood, MA  02062

Analogic Corp.
John Fry
8 Centennial Drive
Peabody, MA  01960

Anthony Linn
10 Mohawk Drive
Westborough, MA  01581

Antwaine Debnam
c/o Capri Media Co.
885 Garden Street
Hartford, CT  06112

AOYAMA and PARTNERS
Umeda Hankyu Bldg  Office Tower  8-1  Kakuda-cho  Kita-ku
Osaka 530-0017
Japan

Ardence Inc.
Anne Huemme
851 West Cypress Creek Road
Fort Lauderdale, FL  33309

ARIEL Field Services
Legal Dept. / Steven J. Salimbas CEO
6 C Street
Billerica, MA  01821

Arnold G. Reinhold
14 Fresh Pond Place
Cambridge, MA  02138

Arod Shatil
2 Long Meadow Rd,
Westford, MA  01886-2401

Artificial Cognition
Legal Dept.
27 Pill Hill Lane
Duxbury, MA  02332

Arxan Technologies
Attn. Accounts Payble
650 California Street, Suite 2750
San Franciso, CA  94108

Astor Condo Assoc. Inc.
c/o First Service Residential
2590 N. 28th Terr.
Hollywood, FL  33020

AT&T
4331 Communications Dr. Flr 4W
Dallas, TX  75211

AVAYA
4655 Great America Parrkway
Santa Clara, CA  95054

AVTECH Software
Rick Grundy
16 Cutler Street
Warren, RI  02885

Baker and McKenzie - CIS  Limited
White Gardens  10th Floor  9 Lesnaya Street
Moscow 125196
Russia

Bakku Technologies
Mitch Gaines
4307 Parkmead Drive
Seabrook, TX  77586

Bank Of The West
13505 California Street
Omaha, NE  68154

Barrett Productions
Dennis Waldman
62 Windsor Road
Newton, MA  02468

Bartz Engineering
Legal Dept. / James C. Bartz
279 Aikane Place
Kailua, HI  96734

Barun
WegoWise, Inc.
15 Court Square, Suite 420
Boston, MA  02108

BEAM
Milenko Beslic
118 Pleasant Street
Brookline, MA  02446

Beijing Sanyou Intellectual Property Agency Ltd
16th Fl. Block A  Corporate Square  No.35 Jinrong Street
Beijing 100033
China

Ben Fishbein
2 Gold Street, Apt 4604
New York, NY  10038

Benjamin Williams
44 Hemlock Street
East Walpole, MA  02032

Bhartendu Parekh
Bhartendu Parekh
919 John Friend Drive
Naperville, IL  60540

Biolink
Alex Bonner
109 School Street
Watertown, MA  02472

Blitz Innovations
Jeff D'Urso

8 Old Farm Road
Randolph, MA  02368

Blue Bamboo
Jason S. Jones
401 SW 4th Avenue Unit 503
Fort Lauderdale, FL  33315

Bluevine Capital  Inc.
401 Warren Street Ste 300
Redwood City, CA  94063

Bodhistone
James Russell
P O Box 884
Barnstable, MA  02668

BookSprout
Gregory Pappas
18 Lee Way
Madison, CT  06443

Borden  Ladner Gervais LLP
World Exchange Plaza  100 Queen St  Suite 1300
Ottawa K1P 1J9
Canada

Boston University
Office of Technology Development
108 Bay State Road
Boston, MA  02215

Boult Wade Tennant
70 Gray's Inn Road
London WC1X 8BT
England

Brandon Lam
11 Hillcrest Road
Braintree, MA  02184

Brown University
Technology Ventures Office
Box 1949
Providence, RI  02912

Buckingham Brown & Noble
Legal Dept. / David Lintz
10 Moulton Street
Cambridge, MA  02138

Bullet Detection
c/o Carolyn Keyes
6 Merrimack Street
Concord, NH  03301

Cagdas Onal
Ubiros Inc.
251 W Central St, Ste 35
Natick, MA  01760

Canaan Partners
11 HaMenofim Street
Akerstein Towers
Herzliivia Pituach
ISRAEL

Capital One Bank
PO Box 30281
Salt Lake City, UT  84130

Carlton Gardens Condo. Assoc.
c/o Northborough Property Management
27 South Street
Northborough, MA  01532

Cathy Graham
15 Slab Bridge Road
Assonet, MA  02702

CCPIT PATENT AND TRADEMARK LAW OFFICE
10/F  Ocean Plaza  158  Fuxingmennei Street
Beijing 100031
China

CENTRAL Intellectual Property and Law
KOREAN RE BLDG. 5F  68  Jong-ro 5-gil  Jongno-gu
Seoul 3151
Korea

Chandra Associates
Attn:Legal Dept. /  Shubham Chandra
27302 Braydenhill Trail
Katy, TX  77494

Charles Babiana
5409 Overseas Highway Box 299
Key Colony Beach, FL  33051

Charles L. Housman

269 Park Street
Newton, MA  02458

Charter Communications Operating
Legal Dept. / John Silverio
12405 Powerscourt Drive
St. Louis, MO  63131

Cheryl A.Rowan
400 15th Street, S. #1505
Arlington, VA  22202

CHINA PAT INTELLECTUAL PROPERTY OFFICE
2nd Floor  Zhongguancun Intellectual Property Building  Block B  No.21
Haidian South Road  Haidian District
Beijing 100080
China

Chitika, Inc.
Legal Dept. / Venkat Kolluri
4 Bummet Brook Cir.
Shrewsbury, MA  01545

Choice Stream
Legal Dept.
210 Broadway, Fourth Floor
Cambridge, MA  02139

Chris Manning
298 Upper North Row Road
Sterling, MA  01564

Christopher J. Vranos
19 Meadow Lane
Charlton, MA  01507

CIT C/O NORTHERN BUSINESS
21146 NETWORK PLACE
Chicago, IL  60673

City of Boston
Treasury Dept. Bankruptcy Coordinator
One City Hall Plaza
Boston, MA  02201

Claire Chapin
25 Olde Coach Road
Westborough, MA  01581

Clark University

Susan Puryear
950 Main Street
Worcester, MA  01610

clarkemodet
Av. Marechal C…mara 160 – 12fl andar Centro
Rio de Janeiro 20020-080
Brazil

Claude-Reynald Lecorps
138 Stillman Avenue
Brockton, MA  02302

Clifton C. Georgaklis
35 George Lane
Brookline, MA  02445

Cohausz & Florack
Bleichstrasse 14
Dusseldorf D-40211
Germany

Columbus B&T/Synovus B
PO Box 120
Columbus, GA  31902

ComCam International
c/o  Rajant/ Don Gilbreath
200 Chesterfield Parkway
Malvern, PA  19355

Comcast
One Comcast Center
Philadelphia, PA  19103

Compiricus AG
Kasernenstrasse 27
Dusseldorf 40237
Germany

Computer Sports Systems
Charles Housman
15 Soldiers Field Pl
Brighton, MA  02135

Compuware
Elliot Mark
One Campus Martius
Detroit, MI  48226

Concept House
Cardiff Road
Newport NP10 8QQ
Wales

Constantine Karnis
40 Tilegate Gld
Fairport, NY  14450

Contour Designs
Steve Wang
10 Industrial Drive
Windham, NH  03087

Conversant Intellectual Property Management Inc.
515 Legget Drive Ste 704
Ottawa K2K3G4
Canada

Cool & Useful
Steve K. Nelson
640 West Street
Carlisle, MA  01741

Cool Flow Dynamics
Kahoru Watanabe
4457 Sandpine Lane
Sarasota, FL  34241

Cor—Tek
Braxton Corley
6517 Smithfield Road, Suite D
North Richland Hills, TX  76182

Core Handyman Services
Corey Plourde
215 South Street
Auburn, MA  01501

Corelogic
Rouz Tabaddor
40 Pacifica, Suite 900
Irvine, CA  92618

CPA Global Limited
2318 Mill Road  12th Floor
Alexandria
VA

Crash Point

Justin E. Forkuo
1 Stowell Avenue
Worcester, MA  01606

CrashSense
Joe McNeil
5204 Point Harbor Lane
Apollo Beach, FL  33572

CRS Drafting
79 Tispaquin Street
Middleborough, MA  02346

CSPi
Gary Southwell
175 Cabot Street Ste 210
Lowell, MA  01854

Cusop
Trevor Havard
11006 Charmwood Drive
Riverview, FL  33569

Cynthia Foss
9 Ansonia Road #B
Worcester, MA  01605

CyPhy
c/o IS Robotics, Inc.
22 McGrath Highway
Somerville, MA  02143

DAE—A International IP & Law Firm
123 Yeoksam—ro
Seoul 135—936
Korea

Dangel Robots & Machinery
59 Notre Dame Road
Bedford, MA  01730

Daniel Mezynski
256 Riverlin Street
Millbury, MA  01527

Daniel R. Zaleski
66 Freeman Street
Avon, MA  02322

Daniel Shuman

32033 Royceton Court
Westlake Village, CA  91361

Daniel Stenning
Kemp House, 160 City Road
London, Ec1v 2nx
UNITED KINGDOM

Danxa
IP/Legal Gaston de los Reyes
271 Summer Street Ste #1
Somerville, MA  02144

David Eric Abramowitz
Kulkea Inc.
444 Far Reach Road
Westwood, MA  02090

David M. Belcher
Belcher Fitzgerald LLP
Two Oliver Street STe. 302
Boston, MA  02110

David V. Keeler
262 Chestnut St., 1st Floor
Clinton, MA  01510

Day2Night Convertible
Candice Cabe
35 Cochato Park
Spring Hill, TN  37174

DayLight Technology
Legal Dept. / Christopher P. Pimentel
59-71 59th Street
Maspeth, NY  11378

DE PENNING and DE PENNING
120  VELACHERY MAIN ROAD  GUINDY  CHENNAI
Tamil Nadu 600032
India

Delray Beach Tax Collector
501 S. Congress Avenue
Delray Beach, FL  33445

Delta-V Capital
4514 Cole Avenue Suite 1225
Dallas, TX  75205

Denise Burke Designs
LLC
12 High Street
Southborough, MA  01772

Dennis M. Bottone, Esq.
Bottone|Reiling
63 Atlantic Avenue 3rd Floor
Boston, MA  02110

Design Automation
Robert Lambert
12 Northgate Drive
Windsor Locks, CT  06096

Design Automation Assoc.
John Sinisi
1465 Stony Road
Warminster, PA  18974

Desktone
Steve Baron
430 Bedford Street, Suite 200
Lexington, MA  02420

Devin Weafer
87 Ressique Street
Carmel, NY  10512

Devon Co.
John Garrett, CEO
680 Main Street, Ste 206
Watertown, CT  06795

Dimitri Sinkel
13 Wintergreen Court
Lunenburg, MA  01462

Diran Apelian
100 Institute Road
Worcester, MA  01609

Dive Corr Inc.
Dan Gross
P O Box 30427
Long Beach, CA  90853

Donna Grenon
194 Lower Gore Road
Webster, MA  01570

Doug Kimball
280 Bishop St.
Framingham, MA  01702

dp ahuja and co.
14/2 Palm Avenue
Kolkata 700019
India

Dr. Ashley & Co.
Adam Eltorai
280 Bishop St.
Framingham, MA  01702

Dr. Samuel D. Schenker
437 Lakehurst Road
Toms River, NJ  08755

Dynawave
Bob McLaughlin
135 Ward Hill Avenue
Haverhill, MA  01835

E. Michael Flynn
17 Ward Lane
Westborough, MA  01581

eData Platform
Nathan Rozenfeld, CEO
11528 West State Rd 84 Suite 1012
Davie, FL  33355

Edo O'Hayon
Chelsmore Apts
205W 15th Street
New York, NY  10011

Edward Teecil
55 O'Bannon Place
Swansea, MA  02777

Egenera
Legal Dept. / Kevin Kerrigan
80 Central Street, Suite 300
Boxboro, MA  01719

EIP Fairfax House
15 Fulwood Place
London WC2V 6HU

England

Elsevier
Matthew Braman
50 High Street, Suite 21
North Andover, MA  01845

Emanuel D. Torti
146 Main Street
Norfolk, MA  02056

EMC Corp.
176 South Street
Finance/Legal Department
Hopkinton, MA  01748

EMI, Inc.
Howard Isenstein
6523 Elgin Lane
Bethesda, MD  20817

EMVCo
Michael Ward
901 Metro Center Boulevard
Foster City, CA  94404

En Di Lu
131 Patrick Cir.
State College, PA  16801

Energy Initiatives
Donna Phelps
29 Bartlett Street
Marlborough, MA  01752

Energy Research
Robert De Saro
400 Leland Ave.;
Plainfield, NJ  07062

Enow, Inc.
Jeff Flath
133 Hallene Road, B2
Warwick, RI  02886

Ettem USA
Christopher O. Nichols
602 Park St. Ste. 1
Baytown, TX  77520

Eugene Chang
8 Freshet Road
Madbury, NH  03823

Evan Solomonides
43 Duffy Road
Boylston, MA  01505

EVERSITAS
Legal Dept. / Paul Keel
872 Mass Ave Ste. 1004
Cambridge, MA  02139

Eversource Electric
300 Cadwell Drive
Springfield, MA  01104

Exposed Seam
c.o Jennifer Stark, LLC
300 Summer Street, #44
Boston, MA  02210

EYESTARR
Andrea Starr
291 Newbury St.
Boston, MA  02115

EZ Lift Tailgate
Rodney Libby
1180 Palms Road
Columbus, MI  48063

Felix Deleon
c/o Pica Services LLC
2207 Windsor Ridge Dr.
Westborough, MA  01581

Ferris Development
325 Donald Lynch Blvd. #200
Marlborough, MA  01752

First Inland Bank PLC
Plot 4/5 Adetokunboh Ademola Street
Victoria Island 101241
Lagos

Foamaction Sports
Mike Gleick/RossDouglas
298 Neck Road
Rochester, MA  02770

FPA Patent Attorneys Pty Ltd
101 Collins Street
Melbourne 3000
Australia

Frank Mosca
Harrington Talents
213 Fordham Street
Bronx, NY  10464

Freedom Mortgage
PO Box 50485
Indianapolis, IN  46250

FRKelly
4 Mount Charles; Belfast Bt7 1nz, UK
Belfast Bt7 1NZ
UNITED KINGDOM

Fulham & Company
John Rich
593 Washington Street
Wellesley, MA  02482

Fundbox
300 Montgomery Street #900
San Francisco, CA  94104

G-5 Electronics
Thomas A. Kenny
1090 Doris Road
Auburn Hills, MI  48326

G.E.T. Secure ID
Joshua Marmol
230 Third Avenue
Waltham, MA  02451

G360Link
85 Swanson Road, Suite 120
Boxborough, MA  01719

Gail Lucas
54 Union Point Road
Webster, MA  01570

Galaxy Scientific
Richard Jackson
14 Celina Avenue Unit 17

Nashua, NH  03063

Gary Epstein
763 Waverly Street
Framingham, MA  01702

GasBuddy
9737 Washington Blvd., Suite 200;
Gaithersburg, MD  20878

Gaughen, Gaughen, Lane & Hernando, LLP
528 Broad Street
East Weymouth, MA  02189

Geac Computer Corporation
c/o Golden Gate Capital
One Embarcadero Center, 39th FL.
San Francisco, CA  94111

Genue Inc.
Denise Burke
12 High Street
Southborough, MA  01772

George Cowan
47 High Street Ext
Westborough, MA  01581

Gerald A. LaLiberte
29 Padelford Street
Berkley, MA  02779

Global Pacific Manufacturing
63 Union Street
Gardner, MA  01440

GlobalPlatform
Legal Dept.
1515 Cordilleras Rd.
Redwood City, CA  94062

GloTech
Kevin Donahue
493 Lancaster Street
Leominster, MA  01453

Goal.com
Legal Dept. / Brian Day
420 Fifth Avenue, 7th Floor
New York, NY  10018

Goulston & Storrs
Legal Dept.
400 Atlantic Avenue
Boston, MA  02109

GRAHAM WATT and CO LLP
ST. BOTOLPH'S HOUSE   7-9 ST. BOTOLPH'S ROAD
Sevenoaks TN13 3AJ
England

GrandViewInsight
Laurie Webster-Saft
384 Hillcrest Rd.
Needham, MA  02492

Green Core Technologies
Mike Kenny
1090 Doris Road
Auburn Hills, MI  48326

Greenburg Traurig LLP
One International Place Ste. 2000
Boston, MA  02110

Grenotek
Jerry Zhai
37 Pine Ridge Road
Wellesley, MA  02481

GuitarFetish
Jay Abend
45 Hopkinton Road
Westborough, MA  01581

HARVARD PILGRIM HEALTH
1600 Crown Colony Drive
Quincy, MA  02169

Harvest Beverage Group LLC dba
David Milburn
2 Dingle Ridge Road
North Salem, NY  10560

Hawaii Medical
Reed McCarty
750 Corporate Park
Pembroke, MA  02359

Healing Point

Marisa Fanelli
365 Boston Post Rd
Sudbury, MA   01776

HealthBeacon
Unit 20 Muirfield Road
Dublin D12 WD85
Ireland

Hey Platforms Limited
Mazaya Tower AA! 27th Floor
Dubai
UAE

HGF Limited
1 City Walk
Leeds L511 9DX
England

Hickey Love
Nikki Oden — Managing Mbr
937 SW 34 Ct.
Boynton Beach, FL   33435

Highland Bath & Body
Kristin Forsberg
7 Highland Street
Concord, MA  01742

Hillside Corp.
136 Kildeer Island
83 Lake Street
Webster, MA  01570

Hingham Institution for Savings
55 Main Street
Hingham, MA  02043

Holosonics
F. Joseph Pompei
400 Pleasant Street
Watertown, MA  02472

Home Energy
Jon Morgan
335 Arlington Street
Watertown, MA  02472

Homestaff
c/o VNA Care Advantage

120 Thomas Street
Worcester, MA  01608

Houssam Alkhoury
10 Winthrop St Ste. 217,
Worcester, MA  01604

ICOSA  Conseils en Propriete Industrielle
83 avenue Denfert-Rochereau
Paris 75014
France

IDC - IDC
Legal Dept. / Shawn McCarthy
5 Speen Street
Framingham, MA  01701

Immedia Semiconductor
410 Terry Avenue North
Seattle, WA  98109

Infineon Technologies AG
Am Campeon 1-15
85579 Neubiberg
GERMANY

Infinibox
c/o Infinidat
500 Totten Pond Road
Waltham, MA  02451

Infinity Fluids
Robert Evans
346 Franklin Street POBox 992
Worcester, MA  01613

Informatics In Context
Steve Sandy
1 Boston Place Ste 2600
Boston, MA  02108

Ingenuity
c/o Quality Air Service Inc.
PO Box 2947
Kalamazoo, MI  49003

Innovation  Science and Economic Development Canada
RIDOUT and MAYBEE LLP  11 HOLLAND AVE SUITE 601
Ottawa K1Y 451
Canada

Intel Corp.
Intel Patent Group
1300S. Mo Pac Expy
Austin, TX  78746

Interactive Mounts
Les Bishop
275 Billerica Road, Suite 3
Chelmsford, MA  01824

InterChange Corp.
130 W. Union Street
Pasadena, CA  91103

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

International Business Machines
Dept T81/Bldg. 503
PO Box 12195
Durham, NC  27709

IPT Assoc.
Gary P. Davis
700 Technology Park Drive, Ste 204
Billerica, MA  01821

Ira Tichnor
14 Overlook Dr. E.
Framingham, MA  01701

Isaias Palermo
22 Spring Street
Athol, MA  01331

Istanbul Patent A.S.
Plaza—33, Buyukdere Cad. No: 33 / 16 Sisli
Istanbul 34381
TR

iTagged Mobile Limited
c/o Fred Stafford
44 Fitzwilliam Plae
Dublin 2, D02 PO27
IRELAND

Ivenix, Inc.
Carolyn Malleck

50 High Street Ste. 50
North Andover, MA  01845

Jack Cards, LLC
Katherine Santer
1335 California Street
San Francisco, CA  94109

James J. Ruskowski
31 Blake Street Unit 1
Northborough, MA  01532

James Prater
36 Clifford Street
Southborough, MA  01772

Jan Murray
The Center for Movement
14 Iron Hill Street
East Weymouth, MA  02189

Janelle Gagnon
Mount Holyoke College
50 College Street
South Hadley, MA  01075

Jasmin Cosic
45 Nye Street
Pawtucket, RI  02861

Jason Lamprey
104a West Main Street
Dudley, MA  01571

Jay Marketing Associates
P O Box 701515
44752 Helm St.
Plymouth, MI  48170

Jesse Lewis
7 Irving Drive
Shrewsbury, MA  01545

Jisto Inc.
20 Speen St., Suite 200
Framingham, MA  01701

Joan E. Connors
448 West Main Street
Shrewsbury, MA  01545

Joanna Feldheim
14 Walden Pl Apt 2
Montclair, NJ  07042

John D Hammer
75 Main Street
Hollis, NH  03049

John Foy
35 Cochato Park
Randolph, MA  02368

John M. Madura
131 County Road
Hewitt, NJ  07421

John Mahassel
89 Kenberma Road
Worcester, MA  01604

John Mallon
192 Plantation Drive
Tavernier, FL  33070

Jon St. Pierre
P O Box 4261
Shrewsbury, MA  01545

Jonathan D'Aige
406 Lake Avenue
Worcester, MA  01604

Jonathan J. Kingsbury
75 N Main Street, Suite 1050
Randolph, MA  02368

Jose Maria DeMiranda
Rua Belisario Augusto 20
Rio de Janerio 24230
Brazil

Joseph E. Conroy
119 Hosmer St.
Acton, MA  01720

JPMCB Card
PO Box 15369
Wilmington, DE  19850

Juliette Nelson Valin
5400 San Jose Drive
Sarasota, FL  34235

Kabbage
PO Box 77081
Atlanta, GA  30357

KATAYOSE P ATENT
Tokyo Kensetsu Kaikan  2-5-1 Hacchobori  Chuo-ku
Tokyo 104-0032
Japan

Katherine Schweikert
198 Swannanoa Ave;
Asheville, NC  28806

Kavounas Patent Law Office
PLLC
15600 NE 8th Street, Suite B1-255
Bellevue, WA  98008

Keith Miller
24 Sylvan Lane
Boylston, MA  01505

Kevin Donahue
44 Brown Road
Harvard, MA  01451

KEZI LLC
OLIVIA ASHJIAN JAMES
211 Homer Street
Newton, MA  02459

Khalid Alkusayer
Sabic Innovatie Plastics
One Plastics Avenue
Pittsfield, MA  01201

Kilburn and Strode LLP
Lacon London  84  Theobalds Road
London WC1X 8NL
England

Kimberly C. Kranker
55 Orchard Street
Medfield, MA  02052

Ksplice, Inc.

Greg Price
48 Pearl Street
Cambridge, MA   02139

L.S. DAVAR and CO.
Globsyn Crystals   Tower 1   2nd Floor   Block EP   Plot No. 11 and 12
Salt Lake   Sector V
Kolkata 700091
India

Lakshmi Kumaran and Sridharan attorneys
B-6/10   Safdarjung Enclave
New Delhi 110 029
India

Lea MacLean
15-3 Milk
Westborough, MA   01581

Lee and Li
7th Floor   201   Tun Hua N. Road
Taipei 10508
Taiwan

Lee International
14 F. Poongan Bldg 23 Chungjeong- RO
Seoul 3737
Korea

Lettuce Be Local
Lynn Stromberg
15 Brentwood Drive
Holden, MA   01520

LeveragePoint Innovations
10 Cabot Rd #205
Medford, MA   02155

Life Image
Legal Dept. / L. Sanderson/A. Blackmer
One Gateway Center Ste. 200
Newton, MA   02458

Life Medical
Legal Dept. / Carol Fitzgerald
2070 Rre 51 21a BUilding 320a
Hopewell Junction, NY   12533

Linda Reyes-Flores
c/o Dennis Bottone, Esq.

```
63 Atlantic Avenue 3rd Floor
Boston, MA  02110

Little Star Media
Tony Mugavero
574 Broadway, Ste 603
New York, NY  10012

LoanCare LLC
3637 Semtara Way ste 303
Virginia Beach, VA  23452

Logo Protect s.c.
Ul. Baluckiego 26/1
Krakow 30-318
Poland

Lori Glover
P O Box 493
Hopkinton, MA  01748

Lyric Semiconductor
Legal Dept. / Ben Vagoda
One Technology Way
Norwood, MA  02062

M J Peake
570 Rockingham Hill Road
Bellows Falls, VT  05101

Maggie's Farm
Allison Longshore
5310 DTC Pkwy Suite F
Greenwood Village, CO  80111

Mahesh Babani
4 Shadowbrook Lane, Apt # 8
Milford, MA  01757

Maine Medical
Todd Keiller
22 Bramhall
Portland, ME  04102

Makelight Interactive LTD
258 Kingsland Road
London E84 DG
ENGLAND

Marco Barrile
```

3 Coweeset Lane
West Bridgewater, MA  02379

Mark Schuparra
26 Mt. Vernon Street Apt. 3
Boston, MA  02125

Massachusetts Dept of Revenue
PO Box 9564
Boston, MA  02114

Massachusetts Institute of
Legal Dept.
Five Cambridge Center
Cambridge, MA  02142

Mathew Taylor
41 Upland Street
Worcester, MA  01607

Matthew Mulvey
22 Blanchard Road
Grafton, MA  01519

McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, OH  44146

Medullan Inc.
Weston Headley
1388 Haight Street
San Francisco, CA  94117

MEL Science
Bell lane Amersham
Buckingham HP6 6FA
England

Memotec Inc.
7755 Boul Henri—Bourassa W
Quebec H45 1P7
Canada

Michael Botelho
21 Turning Leaf Lane
Millbury, MA  01527

Michael Domesick
50 Franklin Street Apt. 726
Worcester, MA  01608

Michael Gordon
Terry
3603 Big Piney Drive
Kingwood, TX  77345

MicroPay
Glenn Butler
325 Winter Street
Holliston, MA  01746

Microsoft Corp
LegalDept./IP
One Microsoft Way
Redmond, WA  98052

Mind First Health and Fitness
Baystate Benefits c/o Robert Jacobs
22 River St # 2
Braintree, MA  02184

Mo Garad
95 Hayden
Lexington, MA  02421

Modiano Josif  Pisanty and Staub S.r.l
Via Meravigli  16
Milan 20123
Italy

Mohegan Sun
1 Mohegan Sun Boulevard
Uncasville, CT  06382

Monitor Building
c/o New England Developmen
75 Park Plaza
Boston, MA  02116

Mouhcine Lazraq
35 Nutmeg Drive
Worcester, MA  01603

Mr. Fan Bi, c/o Blank Label Group, Inc.
Casner & Edwards – John Morrier, Esq.
303 Congress Street
Boston, MA  02210

Mr. Kelly E. Ward
7 Beechwood Road

Sandown, NH  03873

MRI Lightpainting
Michelle McSwain
141 Spencer Street #107
Brooklyn, NY  11205

MUS Inc.
DBA The Green Door
953 East Sahara Ave
Las Vegas, NV  89104

My-Take LLC
Todd Hoskins
2000 West Park Drive, Suite 240
Westborough, MA  01581

MyDROBE
Julia Wetherell
14 Prince Street
New York, NY  10012

Nancy L. Cantor
27 Tri Street
Ashland, MA  01721

NanoWave
Charlie Kohn
11 Meadowbrook Road
Needham, MA  02492

Nathan C. Backman
108 Ludlow Street Suite 4D
New York, NY  10002

National Grid
Attn: Christophewr Aronson, Esq.
40 Sylvan Road
Waltham, MA  02451

NEC Energy Solutions
Legal Dept. / C. Michael Hoff
155 Flanders Road
Westborough, MA  01581

Neosens S.A.
90 Rue du Professeur Paul Milliez
Champigny-syr-Marne
Ile-de-France 94500
FRANCE

Nested Bean
Manasi Gangan
111 Brigham St. 8G
Hudson, MA  01749

netBlazr
Legal Dept. / Brough Turner
421 Watertown Street
Newton, MA  02458

New England Complex Systems
Mr. Yaneer Bar-Yam
101 Claremont Street
Newton, MA  02458

Nexus Global
James Clement
1257 Worcester Road, Suite 279
Framingham, MA  01701

NicknLeela LLC
NicoleSettle,JayAnnadurai
16917 Boulder Drive
Northville, MI  48168

Novations LLC
RE: QC Check LLC
5 Greenleaf Woods Drive Ste. 101
Portsmouth, NH  03801

NTD Patent and Trade Mark Agency Limited
800 W El Camino Real Suite 180
Mountain View, CA  94040

NTT Multimedia Communications Laboratories
Kenji Takahashi
100 Global View Suite 500
Warrendale, PA  15086

Nuance
Legal Dept.
1 Wayside Road
Burlington, MA  01803

NV3 Technologies
c/o Powerup
3840 Bank Street
Baltimore, MD  21224

Oak Knoll Software
Donald A. Dzikot
P.O. Box 539
Upton, MA  01568

Ocean City Lofts
c/o First Service Residential
1855 Griffin Road, Ste A-330
Dania, FL  33004

Octo Telematics North America
LLC
134 Rumford Avenue
Newton, MA  02466

Old Road Computing
Alex Vasilevsky
851 West Cypress Creek Road
Fort Lauderdale, FL  33309

Olly Shoes
C/O Lawson & Weitzen, LLP
88 Falcon Avenue, Suite 345
Boston, MA  02210

Olympus NDT
Legal Dept. / Michael Drummy
48 Woerd Avenue
Waltham, MA  02453

Olympus Surgical Technologies
Legal Dept.
136 Turnpike Road
Southborough, MA  01772

ONDA TECHNO Intl. Patent Attys.
12-1 Omiya-cho 2-chome
Gifu 500-8731
Japan

One Off Apparel
Jeffrey Lavin
94 Tuttle Road
Sterling, MA  01564

Oneiro NA
Matt Dias
545 Boylston Street, 6th Floor
Boston, MA  02116

OnMobile Live
Legal Dept.
136-40 39th Ave, #602
Miami, FL  33134

Optoglo
Kevin Donahue
44 Brown Road
Harvard, MA  01451

orLater Productions, LLC
Todd H. Davis
321 Hill Road
Boxborough, MA  01719

Orthopedix
Adam Eltorai, CEO
201 East Jefferson Street 111d
Louisville, KY  40202

Outcome Sciences
Legal Dept. / Dr. Richard E. Gliklich
201 Broadway
Cambridge, MA  02139

Pain and Ceballos LLP
10388 Keele Street
Vaughan, Ontario  L6A 4M9
CANADA

Pamela M. Jonah, Esq.
Marcus, Errico, etc.
45 Braintree Hill Office Park
Braintree, MA  02184

PANAWELL and PARTNERS  LLC
1002-1005  China Life Tower  16 Chao Yang Men Wai Street  Chaoyang
District
Beijing 100020
China

Patrick Igwenagu
P O Box 7354
Worcester, MA  01605

Patrick Notti
885 South Brooksvale Road
Cheshire, CT  06410

Paul Leger

2 Shawmut Avenue
Marlborough, MA  01752

Paul R. Movsesian
53 White Ave,.
Riverside, RI  02915

PEDTECH
c/o Pedology, LLC
715 Sandstone Drive
South Windsor, CT  06074

Pennsylvania State University
Office of the Bursar
103 Shields Bldg.
University Park, PA  16802

Perimeter Internetworking
440 Wheelers Farm Road
Merritt Crossing, Suite 202
Milford, CT  00064

Peter Singluff
2 Appian Way
Allston, MA  02134

PhotOral, Inc.
80 Hayden Avenue
Lexington, MA  02421

Plimoth Bay
Patrick Cook
11 South Park Ave
Plymouth, MA  02360

Pluhg
c/o Ximzee
5049 Bonnie Brae Rd; North Chesterfield, VA, 23234
North Chesterfield, VA  23234

PLUM Computer Consulting
Bruce Pezzlo
304 Newbury Street, #354
Boston, MA  02115

Pnc IP Group
10388 Keele Street
Vaughan OPN L6A 4M9
Canada

PollyMorphic, Inc.
Paul Hodara
204 Croton Avenue
Mt. Kisco, NY  10549

Popsurvey
Siamak Taghaddos
197 1st Ave, Suite 200
Needham, MA  02494

Power Development International
Thomas M. Feldman, CEO
48 Griscom Road
Wayland, MA  01778

Precision Fabricators
David Diamond
171 Tosca Drive
Stoughton, MA  02072

ProcessUnity, Inc.
Legal Dept. / Todd A. Stone
470 Totten Pond Road
Waltham, MA  02451

Prof. Christopher A. Brown
WPI 235WB
100 Institute Road
Worcester, MA  01609

Professional Technologies International
Martin Andersson
184 Century Mill Road
Bolton, MA  01740

Prolucid Technologies
Inc.
190 Robert Specik Parkway Canada
Mississauga L4Z 3K3

Pure BS Maple
Bruce Hopper
149 Central Street
Auburn, MA  01501

Pyrigan & Company
John Partridge
15 Lanark Road
Wellesley, MA  02481

Quewey Inc.
c/o Allied Security Trust
100 Overlook Center, 2nd FLoor
Princeton, NJ  08540

Radeum Inc.
DBA Freelinc
266 W. Center Street
Orem, UT  84057

Radosveta Rizzo
9495 Graud Est. Way
Boca Raton, FL  33496

Ramp Holdings
Anthony D'Amore
100 Franklin Street Ste. 705
Boston, MA  02110

Ria Guerra
65 McGill Drive
Grafton, MA  01519

Richard K Perry
350 Flax Hill Road
Norwalk, CT  06854

Richard Mulligan, Esq.
Harmon Law Offices
PO Box 610389
Newton Highlands, MA  02461

Richard N. Koch
500 Atlantic Avenue Unit 21E
Boston, MA  02210

Rigaku Raman Technologies
Bree Allen
30 Upton Dr. Ste. 2
Wilmington, MA  01887

Riverbed Technology
Ryan Damon
680 Folsom St.
San Francisco, CA  94107

RNK Telecom
Legal Dept. / Michael Tenore
333 Elm Street, Suite 310
Dedham, MA  02026

Rob Ladeau
Dedicated2imaging LLC
200 International Dr. Ste. 195
Portsmouth, NH  03801

Robert Evans
153 Belcher Drive
Sudbury, MA  01776

Robert Richards
15 Lucia Drive
Milford, MA  01757

Rodney Libby
1180 Palms Road
Columbus, MI  48063

Ron Ben-Natan
370 Marrett Road
Lexington, MA  02421

Ron Leger
41 Wyman Road
Billerica, MA  01821

S.C. TRIDI SYSTEMS S.R.L.
Str. Ion Creanga No. 4  A6
Medias 551017
Romania

S2 Security
Legal Dept.
One Speen Street
Framingham, MA  01701

S4 Inc.
Chandu Shah
209 Burlington Road Ste 105
Bedford, MA  01730

Saba and Co. Intellectual Property s.a.I. (Offshore)
Saba House, SaÔd Freiha Street
Hazmieh, Beirut
LEBANON

Salesforce.com
Legal/IP
415 Mission Street 3rd Floor
San Francisco, CA  94105

Sam Pendergast
26 Peach Hill Road
Berlin, MA  01503

Sanbolic Inc.
Legal Dept. / Momchil V. Michailov, CEO
112 Highland Avenue
Somerville, MA  02143

Sanz, Inc.
Legal Dept. / Mark Hardy, VP
8480 E Orchard Road
Englewood, CO  80111

Saralsoft LLC
Fenil Shah
4A, 1700 Main Street
Houston, TX  77002

Sartorius Lab Instruments GmbH & Co. KG
Otto-Brenner-Str. 20
Boettingen 37079
Germany

Schroff Technologies International
Richard DeFelice
376 Dry Bridge Road, Bldg H-1
North Kingstown, RI  02852

Scooterbug
Jim Moroney
6 Jersey Lane
Manchester, MA  01944

Sensata Technologies
P.O. Box 2964
529 Pleasant Street
Attleboro, MA  02703

Seven Seas IP Agency Shanghai
Unit 02B  43rd Floor  Hong Kong New World Tower  300 Huaihai Road
Central  Huangpu District
Shanghai 20021
China

Seventh Wave Brewing
120 North Meadows Road
Medfield, MA  02052

Shareable Inc
3 City Avenue ste 400
Nashville, TN  37209

Shawn Michael Freeman
43 High Street
Plainville, MA  02762

Shelston IP
Level 21 60 Margaret Street
Sydney 2000 Wales
New South

ShesConnected Multimedia
Donna Marie Antoniadis
2300 Yonge Street, Suite 1600
TORONTO, ON M4P 1E4, CA

SHIGA INTERNATIONAL PATENT OFFICE
GranTokyo South Tower  1-9-2 Marunouchi  Chiyoda-ku
Tokyo 100+6620
Japan

Shingle Eater
16 Jones Creek
Scarborough, ME  04074

Shuai Chen
125 South Street, Unit 263
Vernon Rockville, CT  06066

Siavash Mortazavi
5001 Windsor Oaks Dr;
Fort Wayne, IN  46835

Sifferman Technology
Andy Sifferman
36 Gage Road
Bedford, NH  03110

Sifos Technologies
Legal Dept. / David M. Lucia
One Tech Drive, Ste 100
Andover, MA  01810

Simon Edelhaus
Transwitch Corp.
3 Enterprise Drive
Shelton, CT  06484

Simple Machine
David Duchnowski
16 Chace Street
Clinton, MA  01510

Sirvisetti Systems Corporation
Krishna Gazula
20 Freemont Street
Lexington, MA  02421

Smart and Biggar LLP
55 Metcalfe Street  Suite 900  P.O. Box 2999  Station D
Ottawa K1P 5Y6
Canada

Smith & Nephew
Legal Dept.
150 Minuteman Road
Andover, MA  01810

Sobrio
Nadav Ullman
270 Middle Tpke (Rt 44)-Unit 203
Storrs, CT  06269

Sorriso Technologies
George Finn
610 Devenwood Way
Clinton, MA  01510

Soteria Networks
Brandon Chen
1500 District Avenue
Burlington, MA  01803

Source Audio
Legal Dept. / Roger Smith
P O Box 290058
Boston, MA  02129

SourcedCity
Bonnie Burgett - Quartz Properties
275 Grove Street Ste 2-401
Auburndale, MA  02466

South Shore Cooperative
Legal Dept.
195 Washington Street
Weymouth, MA  02188

Spb Software
Legal Dept. / A. Moskvitch/J. Dowdy
14 Washington Place
Hackensack, NJ  07601

Spb TV AG
Baarerstrasse 10
Zug 6304
Switzerland

Spectrum Metal Works
Thomas A. Kenny
1090 Doris Road
Auburn Hills, MI  48326

Spinnaker Venture Partners
Legal Dept. / Mark Roth
1 Broadway (Kendal Sq)
Cambridge, MA  02142

SPINNEY
23 Gordon Avenue
Pelham, NH  03076

Spruson and Ferguson Pty Limited
GPO Box 3898
New South Wales 2001
Australia

Stegosystems
Jack Shields
460 11th Ave South
Naples, FL  34102

Stephen L Blumberg
Kyrus Mobile LLC
33 Bradford Street
Concord, MA  01742

Sterilis Medical
85 Swanson Road, Suite 110
Boxborough, MA  01719

Steven Hickey
PO Box 539
Ashland, MA  01721

Stoller Sportswear
Mike Stoller
120 Whipple Street

Weymouth, MA  02190

STONEMAKERS
Judy Armstrong
63 Elm Road
Devens, MA  01434

Stoplift Inc.
Legal Dept. / Malay Kundu
864 Spring Street NW
Atlanta, GA  30308

Streaming Media Technologies GmBH dba make.tv
ImMediaPark 5
Koln 50670
Germany

Summit International Medical
Mike Merchant
20 Addison Avenue
Franklin, MA  02038

SwipeOut
Ming—Tai Huh
257 Washington Street
Cambridge, MA  02139

Synovus Bank/Dovenmuele Mortgage
1 Corporate Dr. Ste. 360
Lake Zurich, IL  60047

Tactician Corp.
Tony Buxton
305 North Main Street
Andover, MA  01810

TAFI Media
Rokach Blvd 101 (MIXER), P.O.B. 53169.
6153101, ISRAEL, TEL AVIV

TAIWAN INTERNATIONAL PATENT and LAW OFFICE
7TH FLOOR  WE SHENG BUILDING
 NO. 125 NANKING EAST ROAD  SEC. 2
Taipei 10409
TAIWAN

Teleslope Deckforms
Dennis Carignan
2180 Whispering Waters Pass
Flushing, MI  48433

Tender Touch
Shari McStay
2 Stevens Road
Marblehead, MA  01945

That's My Ticket
Legal Dept. / Dean Macchi
165 Main St ste. 109
Medway, MA  02053

The Goodness Inc.
Jay Sun
61 Brookline Ave, Unit 322
Boston, MA  02115

The Talaria Co. dba Hinckley
Sheryl Altman
One Little Harbor Landing
Portsmouth, RI  02871

Thermo Fisher Scientific
Legal Dept.
168 Third Ave.
Waltham, MA  02451

ThingMagic
Legal Dept. / Bernd Schoner
108 Auburn Street
Cambridge, MA  02138

Thinkflood
Mattew Eagar
138 Claflin Street
Belmont, MA  02478

Thirty 2 Fairfield Street LLC
32 Fairfield Street Unit 2
Boston, MA  02116

Thomas H. Rap[ko
16 Concord Square, Apt. 4
Boston, MA  02118

Thomas Kilgallen
44 Cutler Road
Andover, MA  01810

Tick Tock LLC
Keri Steckler

151 Chestnut Street
Andover, MA  01810

Tilera Corp.
John Brown
350 Oakmead Pkwy, Ste 100
Sunnyvale, CA  94085

Tim Bulman
32 Fairfield Street #2
Boston, MA  02116

Timothy O'Neil
Team O'Neil Rally School
178 Miller Road
Dalton, NH  03598

Tivoli Audio
Legal Dept.
451 D Street, Suite 902
Boston, MA  02210

Touch Give
Glenn Butler
325 Winter Street
Holliston, MA  01746

Town of Westborough
34 West Main Street
Westborough, MA  01581

trilioData
David S. Safaii
105B South Street
Hopkinton, MA  01748

Tronox
211 North Robinson Avenue
One Leadership Square, Suite 300
Oklahoma City, OK  73102

Tufts Medical Center
800 Washington Street
Boston, MA  02111

Two Six Labs
Adam Bernstein
4350 N. Fairfax Drive Ste. 410
Arlington, VA  22203

UMass Amherst
Technology Transfer Office
Amherst, MA  01003

UMass fall River
Commercial Ventures and IP
151 Maritime Street
Fall River, MA  02723

UMass Lowell
Director CVIP
600 Suffolk Street 2nd Fl. S.
Lowell, MA  01854

UMass Medical
Office of Technology Management
55 Lake Avenue North S4—110
Worcester, MA  01655

Unspoken Emotions
c/o Genevieve Botelho
945 W. Boylston Street
Worcester, MA  01606

USA Sharp
Cindy Femino
201 W. Grove Street
Middleboro, MA  02346

V—Nova Ltd
One Sheldon Square
London W2 6TT
England

Valerie K Parker
172 Middle Street Ste 107
Lowell, MA  01852

Vassili Philippov
34 Shire Lane
Chorleywood WD 3 5NP
ENGLAND

VCE Compoany
Jane Merrit Balcom
One Dell Way
Round Rock, TX  78682

VeriFone
Albert Liu

88 West Plumeria Drive
San Jose, CA  95134

Veterans United Craft
Ronald Gamble
8999 Western Way #104
Jacksonville, FL  32256

Veterans' Group LLC dba
Jay Hoflich
320 Nevada Street, Suite 301
Newton, MA  02460

Vicente Sederberg
Christian Sederberg
2 Seaport Lane 11th Floor
Boston, MA  02210

Victor Vaval
53 Cass Avenue
Dedham, MA  02026

VidSys Inc.
Legal Dept. / Susan Gniadek
8219 Leesburg Pike Ste. 250
Vienna, VA  22182

Vijay L. Sood
75 Middlesex Turnpike
Burlington, MA  01803

Vincent M. DiTaranto
670 West Boylston Street
Worcester, MA  01606

Virsec Systems
Ray DeMeo
125 Nagog Park, Ste 220
Acton, MA  01720

Vistaprint
IP/Legal Jessica Costa
75 Wyman Street
Waltham, MA  02451

Vistaprint Schweiz GmbH
Tech oparkstrasse Ch
Winterthur 8406
Switzerland

Vowbids
Matt Marhefka
20751 Sorolla Ter
Boca Raton, FL  33433

Vsnap Inc.
Dave McLaughlin, CEO
94 Hemlock St.
Arlington, MA  02474

Waleed Syed
106 High Street
Ashland, MA  01721

Waste to Watts
Chris Hamman
905 Cleveland Street, Suite B
Durham, NC  27701

WattJoule Corp.
Greg Cipriano
100 Jackson Road, Suite 10
Devens, MA  01434

Wayne Gibson
37 Riverside Street
Portsmouth, RI  02871

WEbook
Don Sullivan
110 W. 40th Street, Suite 1601
New York, NY  10018

Wendell E. Bishop
110 Antlers Shore Drive
East Falmouth, MA  02536

Westborough Toyota
Charley Tonelli
271 Turnpike Road
Westborough, MA  01581

Will Vazquez
168 Third Ave.
Waltham, MA  02451

William R. Kelly Jr.
85 Highland Ave
Hull, MA  02045

Wing Power
Harry Ruda, CEO
67 S Bedford St 400W
Burlington, MA  01803

Wire Structures
Andrew M. Knott
115 Glen Avenue
Upton, MA  01568

Wireless On Water
3604 Parker St;
Dearborn, MI  48124

Withers & Rogers LLP
150 Arundel Gate
Sheffild S1 2FN
England

Worcester Manufacturing
Charles Flanagan
35 New Street
Worcester, MA  01605

Worcester Polytechnic Institute
Todd Keiller
100 Institute Road
Worcester, MA  01609

Wrays Pty Ltd
PO Box Z5466 St Georges Tce
Perth 6000
Australia

Wyngspan
Christopher Walsh
25 Braintree Office Park Suite 200;
Braintree, MA  02184

XpresspaX
David A. Moses, President
65 South Street Ste 102
Hopkinton, MA  01748

Y.P. LEE  MOCK PARTNERS
12F Daelim Acrotel  13 Eonju-ro 30-gil  Gangnam-gu
Seoul 6292
Korea

Yakaback

Robert Pais
15 South Main Street PO Box 173
Sharon, MA  02067

Yale University
Office of Cooperative Research
433 Temple Street
New Haven, CT  06511

Yandex Europe AG
Citybay BUsiness Center, Weftestrasse 4
CH 6005 Lucerne
SWITZERLAND

Zhengxing Yang
Fang Chui Tech Usa, Inc
136-40 39th Ave, #602
Flushing, NY  11354

Zoundry LLC
Lawrence C. Lee
60 Jerimoth Drive
Branford, CT  06405

Zvox
Tom Hannaher
17 Columbia Street
Swampscott, MA  01907