

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* <br><br> BARRY WISNER CHAPIN, <br> Debtor | Ch. 7 <br><br> 20-10324-JEB |

### Order

**MATTER:**

#540 Emergency Joint Motion filed by Trustee Harold B. Murphy For Order Continuing Hearings Re: #252 Motion for Relief From Stay, #382 Motion for Relief From Stay, #527 Motion for Order Authorizing Payment to Auctioneer and Real Estate Broker for Services Relative to Public Auction

Granted as follows. The hearings on the Motion for Relief from Stay filed by RH Fund XX, LLC and the Motion for Relief from Stay filed by United States of America (the "Hearings") are continued to **March 9, 2021 at 3:00 p.m.** The Order and Notice of Video Hearings dated December 1, 2020 shall apply to the continued Hearings. The hearing on the Trustee's Motion for Order Authorizing Payment to Auctioneer and Real Estate Broker for Services Relative to Public Auction [#527] will proceed as scheduled.

The Trustee is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **February 24, 2021**. If the Trustee fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate, which may include canceling the Hearings.

To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Dated: 2/23/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge