UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

In re:

Barry Wisner Chapin

Debtor

Chapter 7
Case No. 20-10324-JEB

LIMITED OBJECTION TO APPROVAL OF SETTLEMENT

NOW COMES Barry Wisner Chapin, and objects as limited herein to the motion to approve a certain settlement (document 548) between the trustee and various creditors. The objection relates to the following language in paragraph 3 on page 4: "… (2) relief from the stay to permit the State Court Action to continue as to all parties; …". This language *could be* construed to mean that relief from the automatic stay *as to the debtor* since he was a party to the action at issue, which is surely not the intent of the settlement. Thus if the court is otherwise inclined to approve the settlement, Chapin requests that the approval order make it clear that relief from the automatic stay does not apply to the debtor.

April 2, 2021

Respectfully submitted,
Barry Wisner Chapin,
By debtor's attorney,

/S/    *David G. Baker*
David G. Baker, Esq.
236 Huntington Avenue, Ste. 317
Boston, MA 02115
617-340-3680
BBO# 634889

CERTIFICATE OF SERVICE

The undersigned states upon information and belief that the within paper was served on the parties named below by the court's CM/ECF system on the date set forth above.

/S/    *David G. Baker*
David G. Baker

- William J. Amann on behalf of Defendant 104 Andover Court LLC - wamann@ba-lawgroup.com, cshaw@ba-lawgroup.com
- Cory S Carano on behalf of Defendant 104 Andover Court LLC - Cory.Carano@gmail.com
- Brian Charville on behalf of Counter-Defendant Ferris Development Group, LLC - bcharville@ferrisdevelopment.com
- Christopher M. Condon on behalf of Trustee Harold B. Murphy - ccondon@murphyking.com, imccormack@murphyking.com; ecf-06e49f159ba0@ecf.pacerpro.com

- Kathleen R. Cruickshank on behalf of Counter-Defendant Harold B. Murphy, Chapter 7 Trustee - kcruickshank@murphyking.com, bankruptcy@murphyking.com; rguarino@murphyking.com; ecf-f3829d9f3bd3@ecf.pacerpro.com
- Elizabeth Dailey on behalf of Creditor Freedom Mortgage Corporation - bd@dgandl.com, rjl@dgandl.com; mbd@dgandl.com; bs@dgandl.com
- Michael Denham on behalf of Creditor Massachusetts Department of Revenue, Child Support Enforcement Division - denhamm@dor.state.ma.us, csebankruptcy@dor.state.ma.us; oneilld@dor.state.ma.us
- Christine E. Devine on behalf of Creditor RH Fund XX, LLC - cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Jennifer V. Doran on behalf of Creditor Ocean City Lofts Condominium Associates, Inc. - jdoran@haslaw.com, calirm@haslaw.com; calirm@hinckleyallen.com; kabarrett@hinckleyallen.com
- Andrew W. Evans on behalf of Creditor Joanne Graf - andrew@evansevanslaw.com, lmdevansevanslaw@gmail.com, g36335@notify.cincompass.com, R56960@notify.bestcase.com, r56960@notify.bestcase.com, susan@evansevanslaw.com
- John Fitzgerald - USTPRegion01.BO.ECF@USDOJ.GOV
- Kate P. Foley on behalf of Interested Party RH Fund XX, LLC - kfoley@mirickoconnell.com
- Kevin Gaughen, Jr. on behalf of Creditor Hingham Institution for Savings - kevingaughenjr@gaughenlane.com
- Richard N. Gottlieb on behalf of Defendant 104 Andover Court LLC - rnglaw@verizon.net, r39800@notify.bestcase.com
- Andrew S. Harmon on behalf of Creditor Freedom Mortgage Corporation - mabk@harmonlaw.com, aharmon@ecf.courtdrive.com
- Dean Lennon on behalf of Creditor Carlton Gardens Condominium Trust - dlennon@meeb.com
- Reneau J. Longoria on behalf of Creditor Freedom Mortgage Corporation - rjl@dgandl.com, bd@dgandl.com; mbd@dgandl.com; bs@dgandl.com
- Shawn Lu on behalf of Defendant Harold B. Murphy, Chapter 7 Trustee - slu@murphyking.com, dmeyer@murphyking.com; ecf-8b8439714ea0@ecf.pacerpro.com
- Harold B. Murphy on behalf of Trustee Harold B. Murphy - bankruptcy@murphyking.com, dkonusevska@murphyking.com
- John B O'Donnell on behalf of Creditor Massachusetts Department of Revenue - odonnellj@dor.state.ma.us
- Richard B. Reiling on behalf of Creditor Linda Reyes-Flores - Reilinglaw@aol.com, richard@bottonereiling.com
- Bradley Sarnell on behalf of Creditor United States Of America - Bradley.a.sarnell@usdoj.gov, northern.taxcivil@usdoj.gov
- Ellen A. Shapiro on behalf of Creditor Board of Trustees of 32-34 Fairfield Street Condominium Trust - eshapiro@meeb.com
- David J Shlansky on behalf of Creditor Ivenix, Inc. - katherine.varnum@slglawfirm.com

2