

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> BARRY WISNER CHAPIN, <br>    Debtor | Ch. 7 <br><br> 20-10324-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#549 Motion of Chapter 7 Trustee for Order Authorizing and Approving (1) Settlement Agreement with USA Pursuant to Rule 9109 of Federal Rules of Bankruptcy; and (2) Certain Related Relief in Furtherance of Settlement Agreement

**Decision set forth more fully as follows:**

Hearing held.  For the reasons set forth on the record, the Motion is granted and the Settlement Agreement is approved. A separate order will enter. The Trustee shall by **May 21, 2021,** (i) file appropriate pleadings in Adversary Proceeding No. 20-01050 to dismiss the proceedings against the United States of America and the Massachusetts Department of Revenue; (ii) file a proposed order or appropriate pleadings in Adversary Proceeding No. 20-01063 to remand the proceeding to the Florida state court; (iii) file appropriate pleadings in Adversary Proceeding No. 20-01090 to dismiss the action.  The United States of America Department of Treasury shall by **May 21, 2021,** file an amended proof of claim reflecting the terms of the settlement.

Dated: 4/21/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge