

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BARRY WISNER CHAPIN,<br>    Debtor | Ch. 7<br>20-10324-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#552 Motion of Chapter 7 Trustee for Order Approving #550 Stipulation Agreement with Ocean City Lofts Condominium Association, Inc. Pursuant to Rule 9019

**Decision set forth more fully as follows:**

Hearing held.  For the reasons set forth on the record, the Motion is granted and the Stipulation of Settlement is approved. As provided in the Stipulation, Claim No. 8 filed by Ocean City Lofts Condominium Association, Inc. is disallowed. The Trustee shall by **May 21, 2021**, file an appropriate pleading in Adversary Proceeding No. 20-01090 to dismiss the counts against Ocean City.

Dated: 4/21/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge