**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)**

| | |
|---|---|
| In re<br><br>**BARRY WISNER CHAPIN**<br><br>Debtor | **Chapter 7**<br><br>**Case No. 20-10324-JEB** |

**REPORT OF CHAPTER 7 TRUSTEE REGARDING
PRIVATE SALE OF REAL PROPERTY**
*(225 NE 1st Street, No. 406, Delray Beach, Florida)*

Pursuant to Fed. Rule Bankruptcy 6004, Harold B. Murphy, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Barry Wisner Chapin (the "Debtor") submits a report with regard the private sale of 225 NE 1st Street, No. 406, Delray Beach, Florida (the "Astor Condo"), as follows:

1. On April 22, 2020, the Trustee filed the *Motion by Chapter 7 Trustee for Entry of Order Authorizing The Sale of Real Property by Private Sale, Free and Clear of Liens, Claims, Interests, and Encumbrances (225 NE 1st Street, No. 406, Delray Beach, Florida)* [ECF No. 64] (the "Sale Motion.") By the Sale Motion, the Trustee sought to sell the Estate's right, title and interest in the Astor Condo by private sale.

2. On October 9, 2020, the Court entered an order [ECF No. 358] authorizing the Trustee to sell the Astor Condo by private sale to Richard and Julie Simon (the "Purchasers") for the sum of $652,000.

3. On June 1, 2020, the Trustee closed the sale of the Astor Condo to the Purchasers.

Respectfully submitted,

HAROLD B. MURPHY, Chapter 7 Trustee of Barry Wisner Chapin

By his counsel,

*/s/ Kathleen R. Cruickshank*
Harold B. Murphy (BBO #362610)
Kathleen R. Cruickshank (BBO #550675)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
Tel:    (617) 423-0400
Email: kcruickshank@murphyking.com

Dated: February 2, 2022

806331

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| BARRY WISNER CHAPIN, ) | Case No. 20-10324-JEB |
| ) | |
| Debtor. ) | |

### CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on February 2, 2022, I caused a copy of the *Report of Chapter 7 Trustee Regarding Private Sale of Real Property (225 NE 1st Street, No. 406, Delray Beach, Florida)* to be served via this court's CM/ECF System and/or first class mail, postage prepaid on the parties as indicated on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING
Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Tel: (617) 423-0400
Email: kcruickshank@murphyking.com

DATED: February 2, 2022
806335

BARRY WISNER CHAPIN
Case No. 20-10324
ECF SERVICE LIST

**BY CM/ECF:**

- **William J. Amann**    wamann@ba-lawgroup.com, cshaw@ba-lawgroup.com
- **David G. Baker**    ecf@bostonbankruptcy.org;bkaecf@bostonbankruptcy.org;bkecf@bostonbankrkuptcy.org;bkecf@outlook.com;dgbecf@outlook.com
- **Cory S Carano**    Cory.Carano@gmail.com
- **Brian Charville**    bcharville@ferrisdevelopment.com
- **Christopher M. Condon**    ccondon@murphyking.com, imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com
- **Kathleen R. Cruickshank**    kcruickshank@murphyking.com, bankruptcy@murphyking.com;tlombardi@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- **Michael Denham**    denhamm@dor.state.ma.us, csebankruptcy@dor.state.ma.us;oneilld@dor.state.ma.us
- **Christine E. Devine**    Christine@CDevineLaw.com
- **Jennifer V. Doran**    jdoran@haslaw.com, calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- **Andrew W. Evans**    andrew@evansevanslaw.com, lmdevansevanslaw@gmail.com,g36335@notify.cincompass.com,R56960@notify.bestcase.com,r56960@notify.bestcase.com,susan@evansevanslaw.com
- **John Fitzgerald**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Kate P. Foley**    kfoley@mirickoconnell.com
- **Kevin Gaughen**    kevingaughenjr@gaughenlane.com
- **Richard N. Gottlieb**    rnglaw@verizon.net, r39800@notify.bestcase.com
- **Andrew S. Harmon**    mabk@harmonlaw.com, aharmon@ecf.courtdrive.com
- **Dean Lennon**    dlennon@meeb.com
- **Reneau J. Longoria**    rjl@dgandl.com, mbd@dgandl.com;mp@dgandl.com
- **Shawn Lu**    slu@murphyking.com, ppumphrey@murphyking.com;ecf-8b8439714ea0@ecf.pacerpro.com
- **Harold B. Murphy**    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- **Harold B. Murphy**    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- **John B O'Donnell**    odonnellj@dor.state.ma.us
- **Richard B. Reiling**    Reilinglaw@aol.com, richard@bottonereiling.com
- **Bradley Sarnell**    Bradley.a.sarnell@usdoj.gov, northern.taxcivil@usdoj.gov
- **Ellen A. Shapiro**    eshapiro@meeb.com
- **David J Shlansky**    katherine.varnum@slglawfirm.com

2

806335

**BY FIRST CLASS MAIL, POSTAGE PREPAID:**

**32-34 Fairfield Street Condo. Assn**
c/o Modica Associates
131 Park Drive
Boston, MA 02115

**Carlton Gardens Condo. Assoc.**
c/o Northborough Property Management
27 South Street
Northborough, MA 01532

3

806335