

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> BARRY WISNER CHAPIN, <br> Debtor | Ch. 7 <br> 20-10324-JEB |

### Order Approving Trustee's Amended Final Report and Account Before Distribution, Request for Compensation, and Report on Claims / Proposed Distribution

**MATTER:**

#620 Amended Final Report of Chapter 7 Trustee and Applications for Compensation of Professionals (H. Murphy)

Having reviewed the Trustee's Amended Final Report and Account before Distribution and attachments, no objections having been filed, and good cause being shown, IT IS ORDERED that:

The Trustee's Amended Final Report and Account is **approved** including all requests for compensation and expenses set forth in the Amended Final Report and attachments.

The hearing scheduled for **April 20, 2022**, is canceled.

Dated: 4/13/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge